THELEN REID & PRIEST LLP                    Hearing Date: September 7, 2005 @ 2:30 p.m.
Martin G. Bunin (MB 1602)
Craig E. Freeman (CF 5085)
875 Third Avenue
New York, New York 10022
(212) 603-2000

Proposed Attorneys for the Official Committee of Unsecured
Creditors of Saint Vincents Catholic Medical Centers of
New York d/b/a Saint Vincent Catholic Medical Centers, et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re                                                            :        Chapter 11
                                                                 :        Case No.: 05-14945 (PCB)
                                                                 :
Saint Vincents Catholic Medical Centers of New                  :
York d/b/a Saint Vincent Catholic Medical                       :        (Jointly Administered)
Centers, et al.,                                                 :
                        Debtors.                                 :
-----------------------------------------------------------------X

### STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 363, 365, AND 105(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO CLOSE ST. MARY'S HOSPITAL IN BROOKLYN, NEW YORK PURSUANT TO THE DIRECTIVES OF THE NEW YORK STATE DEPARTMENT OF HEALTH AND OTHER APPLICABLE GOVERNMENT AGENCIES AND REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**TO THE HONORABLE PRUDENCE CARTER BEATTY,
UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Unsecured Creditors (the "Committee") of Saint Vincents

Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al., by

its proposed counsel, Thelen Reid & Priest LLP, submits this Statement in Support of the

Debtors' Motion for Entry of an Order Pursuant to Sections 363, 365, and 105(a) of the

Bankruptcy Code Authorizing the Debtors to Close St. Mary's Hospital in Brooklyn, New York

Pursuant to the Directives of the New York State Department of Health and Other Applicable

NY #675951 v1

Government Agencies and Reject Certain Executory Contracts and Unexpired Leases (the

"Motion").

For the reasons set forth in the Motion, the Committee fully supports the Motion.

WHEREFORE, the Committee respectfully requests that the Court grant the Motion and

grant such other and further relief as this Court deems just and proper.

Dated:  New York, New York
September 2, 2005

THELEN REID & PRIEST LLP


By: /s/ Martin G. Bunin
Martin G. Bunin (MB 1602)
Craig E. Freeman (CF 5085)
875 Third Avenue
New York, New York 10022-6225
(212) 603-2000

Proposed Counsel for the Official Committee of
Unsecured Creditors of Saint Vincents Catholic
Medical Centers of New York d/b/a Saint Vincent
Catholic Medical Centers, *et al.*

2