**Hearing Date and Time: September 7, 2005 at 3:00 p.m.**

McDERMOTT WILL & EMERY LLP
William P. Smith (WS-3210)
David D. Cleary (DC-9166)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

*and*

McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 05 – 19545 (PCB)<br><br>(Jointly Administered) |

**DEBTORS' OMNIBUS RESPONSE TO OBJECTIONS TO DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER PURSUANT TO**
**SECTIONS 363, 365, AND 105(a) OF THE BANKRUPTCY CODE**
**AUTHORIZING THE DEBTORS TO CLOSE ST. MARY'S**
**HOSPITAL IN BROOKLYN, NEW YORK PURSUANT TO THE**
**DIRECTIVES OF THE NEW YORK STATE DEPARTMENT**
**OF HEALTH AND OTHER APPLICABLE GOVERNMENT AGENCIES AND**
**REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**TO THE HONORABLE PRUDENCE C. BEATTY:**

Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent

Catholic Medical Centers ("**SVCMC**"), CMC Physician Services, P.C., CMC Radiological

NYK 983397-3.074256.0010

Services P.C., CMC Cardiology Services P.C., CMC Occupational Health Services P.C., Medical Service of St. Vincent's Hospital and Medical Center, P.C., and Surgical Service of St. Vincent's, P.C., Chapter 11 debtors and debtors in possession (collectively, the "**Debtors**") in the above-referenced cases (the "**Cases**"), hereby submit an omnibus response (the "**Response**") to the objections to the motion (the "**Motion**") for entry of an order pursuant to sections 363, 365, and 105(a) of the Bankruptcy Code authorizing the Debtors to close St. Mary's Hospital in Brooklyn, New York pursuant to the directives of the New York State Department of Health and other applicable government agencies, and to reject certain executory contracts and unexpired leases.  In support of this Response, the Debtors respectfully represent as follows:

## PRELIMINARY STATEMENT

1.      The Board of Directors of SVCMC made the difficult decision to seek authority to close St. Mary's Hospital in June 2005 when year-long efforts to transfer the facility at no cost to another sponsor as an operating acute care hospital had failed.[1]  At that time, the Board of Directors regretfully concluded that continued operation of the chronically money-losing facility was endangering the financial stability of the entire SVCMC healthcare system and potentially jeopardizing creditor recoveries.  Closing St. Mary's Hospital was not a decision that was easy for the Board of Directors or one that was taken lightly.  SVCMC is a faith-based and mission oriented institution; its particular emphasis is on providing care to the sick and the poor.

2.      When the members of the Board of Directors reached their determination, they were mindful that their decision, although necessary, would be painful for various stakeholders in the St. Mary's Hospital community, including patients and employees.

---

[1] That effort failed primarily because Kingsbrook Jewish Medical Center (" **Kingsbrook**") determined that to operate St. Mary's Hospital, it would need a subsidy of $10 million for at least four years.  Kingsbrook sought, but was unable to obtain, such a subsidy from the New York Department of Health (the "**DOH**").

NYK 983397-3.074256.0010

Accordingly, they directed the SVCMC staff that was charged with responsibility for administering the closure to create a process focused on respect and compassion for impacted employees and patients with a goal of minimizing the pain and dislocations that would inevitably be caused by the closure of a hospital that has served Central Brooklyn for more than 100 years. SVCMC's staff worked hard and persistently to achieve this result through ongoing and complex discussions with Kingsbrook, community leaders, elected officials and the DOH.

3.    The Debtors recently received approval from the DOH for their Closure Plan, [2] which has been made distributed publicly.  A copy of the DOH approval is attached hereto as Exhibit "1."  Having obtained that authority, the Debtors now seek to complete the process of obtaining authority for the closure from this Court.

4.    Four objections (the "**Objections**") were filed in response to the Debtors' motion to close St. Mary's Hospital.  Objections were filed by: (1)  Kenneth Falk, (2) Brooklyn Safety Net LLC ("**BSN**"), an entity formed for the purpose of acquiring St. Mary's Hospital's operations, (3) the unofficial Medical Staff (Physicians) Committee of St. Mary's, Mary Immaculate, and St. John's Hospitals ("**MSC**"), and (4) Harriet McCloud.  The Debtors recognize that their decision may cause difficulties and dislocations for some of their stakeholders, and they deeply regret that.  However, for the reasons set forth below, the Debtors believe that the Objections either lack merit, or that, the equities of this particular case weigh strongly in favor of this Court authorizing the Debtors to close St. Mary's Hospital.

---

[2]    All capitalized terms used herein, but not defined herein, shall have the meaning ascribed to them in the Motion.

- 3 -

## RESPONSE

**Losses Experienced by St. Mary's Hospital**

5.      The Debtors determined to seek authority to close St. Mary's Hospital when their year-long efforts to transfer the facility as an operating acute care hospital to another sponsor for no consideration had failed, and when the Debtors could no longer afford to continue to provide funds to offset the substantial operating losses they had experienced at St. Mary's Hospital.  Attached hereto as Exhibit "2" are audited statements of operations for St. Mary's Hospital for 2002, 2003, and 2004 and unaudited results for the seven months ended July 31, 2005.  They show that St. Mary's Hospital experienced operating losses of $1.2 million in 2002, $29.7 million in 2003, $25.2 million in 2004 and $11.9 million for the seven months ended July 31, 2005.  St. Mary's Hospital is currently losing more than $500,000 per week.

**Continuity of High Quality Patient Care**

6.      Having made the decision to close St. Mary's Hospital, as discussed in the Closure Plan, SVCMC was determined to ensure that the patients served by St. Mary's Hospital would continue to have the broadest possible access to high quality patient care.  As set forth in the Motion, the Debtors believe that goal has been substantially furthered because Kingsbrook has agreed to continue to operate six of St. Mary's seven clinics, with St. Vincent's Manhattan assuming responsibility for managing the seventh clinic, based on its longstanding clinical relationship with that site's foster care services.  These six clinics received 109,000 visits in 2004 and provide the primary and specialty care outpatient services that are critical in addressing the community's health needs, including asthma, diabetes, hypertension and HIV/AIDS.  SVCMC understands that Kingsbrook will actually expand the hours of operation at the clinics in order to enhance community access to clinic services.

- 4 -

NYK 983397-3.074256.0010

7. Kingsbrook has filed an emergency Certificate of Need application with DOH in connection with its agreement to assume the outpatient clinical services at St. Mary's Hospital. SVCMC believes that the most acute medical needs of the community— outpatient clinical services—is met with the transition of outpatient services to Kingsbrook and reflects the current trend in healthcare delivery from an inpatient focus to outpatient services. However, to assure that any potential increased demand for inpatient services can be met, Kingsbrook is also seeking approval to convert 40 underutilized rehabilitation beds to acute care beds and to expand its ventilator dependent units and dialysis services. Approval of Kingsbrook's requests to DOH is expected within the next few days. Accordingly, the Debtors submit that the transition to Kingsbrook is consistent with the best interests of the community served by St. Mary's Hospital.

8. The New York City Fire Department has chosen to manage the Kingsbrook ambulance tours after St. Mary's closes. All tours will be fully covered and there will be no interruption in ambulance services in the community.

9. The Debtors also understand their need to communicate clearly and concisely with their current and past patients. Attached hereto as Exhibit "3" are the revised letters the Debtors intend to send to their patients pursuant to the Closure Plan. As suggested by this Court, the letters emphasize the Debtors' regret in closing St. Mary's Hospital and advise patients of their options with respect to continuing care and patient records. The outpatient letters have also been modified to reflect Kingsbrook's continuation of services at the six clinic sites. Communications with inpatients, once a closure date is set, will be done in person by St. Mary's social workers, nurses, and physicians working with each patient and their families and/or significant others to develop a transition plan for any patient who may need to be transferred to another hospital or nursing home. SVCMC's two nursing homes in Brooklyn will

- 5 -

be available as resources for patient and family consideration. It is estimated that 5 to 10 inpatients could be in this category and every effort will be made to assure a smooth transfer for these patients and families.

**Efforts to Minimize Job Losses**

10. SVCMC is also mindful of the potential disruptions that may arise from job losses caused by the closure of St. Mary's Hospital. To that end, SVCMC has negotiated agreements that are intended to mitigate these harms. As stated in the Motion, SVCMC has entered into an historic agreement with the League of Voluntary Hospitals and Homes (the "**League**"), SEIU 1199, and the Greater New York Hospital Association. The agreement provides that the 567 employees who belong to SEIU 1199 will be offered the first opportunity to obtain new positions at member hospitals of the League. If they cannot find positions from the current openings, League members have agreed, pursuant to a sharing formula contained in the agreement, to guarantee positions to these 567 employees. Positions are currently being reserved for laid off St. Mary's Hospital employees at each of the League hospitals. However, the League has notified SVCMC that employees must confirm their participation in this program and a deadline will soon be set by the League. The League has repeatedly expressed concern to SVCMC that employees are deferring participation in the program based on the uncertainty about the closure and this has caused hardship at participating League hospitals who are holding open positions for St. Mary's workers. SVCMC has asked the League to hold the positions for as long as needed.

11. The goal of this agreement is to transfer every laid off SEIU 1199 member employee, excluding registered nurses, into a new job as quickly as possible. In this unprecedented agreement, each St. Mary's Hospital worker will have priority over other SEIU

- 6 -

NYK 983397-3.074256.0010

1199 Job Security Fund candidates for vacant positions at each of these hospitals and over internal transfers/promotions (unless such an internal transfer or promotion results in a vacancy for a St. Mary's Hospital employee).

12.     While awaiting placement, St. Mary's Hospital workers will receive severance, accrued time, and unemployment benefits.  The SEIU 1199 Job Security Fund will pay for members' health insurance through the first three months, and then a committee will assess needs for the next three months.  Although, there is a slight difference in the agreement with regard to registered nurses because they are in such high demand, St. Mary's Hospital nurses will be hired first to fill vacancies unless there is an appreciable difference in ability.

13.     In addition, since SVCMC announced its intention to seek authority to close St. Mary's Hospital, SVCMC has provided, on an individualized basis, job placement, job training, one-on-one counseling, career assessments, access to social workers, and pastoral care for all employees of St. Mary's Hospital.

**SVCMC has Maintained St. Mary's Hospital's Facilities and Operations**

14.     The Debtors have acknowledged their duty to keep St. Mary's Hospital's facilities open and keep beds full to the maximum extent possible.  The Debtors have been managing this task by taking steps to staff sufficiently to ensure a high standard of patient care and continue to keep patients coming to St. Mary's Hospital.  St. Mary's Hospital continues to participate in the New York City 911 system as both a 911 receiving hospital and voluntary provider of 911 ambulance services.

15.     The Debtors have experienced some minor disruptions in service in the past few weeks.  Recently New York City Fire Department advised St. Mary's Hospital that it intended to discontinue certain ambulance tours operated by St. Mary's Hospital.  When it

- 7 -

NYK 983397-3.074256.0010

learned of the Fire Department's plan, SVCMC communicated to the Fire Department that, by virtue of its contract with the Fire Department, SVCMC is entitled to continue to operate its ambulance tours at St. Mary's Hospital and that any suspension of the ambulance tours would be viewed as a violation of the automatic stay. After discussion, the Fire Department agreed to not to suspend any ambulance tours until this Court had authorized a closure of St. Mary's Hospital. The Fire Department reserved the right to cancel tours pursuant to its police powers if St. Mary's Hospital was unable to adequately staff its ambulances. Although, St. Mary's Hospital has had some sporadic difficulties recently and historically in staffing all of its ambulance tours, its current level of performance is consistent with its historical performance. However, the level of ambulance utilization at St. Mary's Hospital has declined somewhat over 2005 reflecting the city-wide trend of lower 911 call volume and fewer true emergencies.

**New York DOH Has Approved the Closure Plan**

16.     In early June, 2005, SVCMC submitted a draft Closure Plan to the DOH, which dealt with, among other things, the transfer of patients, transition of services and custody of patient records. The final documents in connection with the Closure Plan were submitted on or about August 26, 2005. By letter dated, August 31, 2005, the DOH notified Richard Boyle, Interim President and Chief Executive Officer of SVCMC that it approved the implementation of the Closure Plan, which ceases all hospital-related activities by September 20, 2005, subject to the approval of this Court.

**WARN Notices**

17.     On July 22, 2005, the Debtors gave notice to St. Mary's Hospital employees pursuant to the Worker Adjustment and Retraining Notification Act of 1988, as amended (the "**Warn Act**"). 29 U.S.C. 210l, et seq. Pursuant to the Warn Act, the Debtors were

- 8 -

required to give 60 days notice (and are permitted a two-week grace period) (collectively, the "**Warn Act Notice Period**") of the closing of St. Mary's Hospital and the termination of the employees.[3] *Id.* The Warn Act Notice Period expires on October 4, 2005.

18.    If the termination of an employee covered by the Warn Act does not occur within the Warn Act Notice Period, the Debtors will be required to give additional notice, which commences a new Warn Act Notice Period. If St. Mary's Hospital does not close by October 4, 2005, the Debtors will be required to send out an additional notice and wait for the expiration of the new notice period or face Warn Act penalties, which would include salary payments in addition to any severance that is owed. The Debtors submit that it is in the best interest of these estates to permit the Debtors to close St. Mary's Hospital now that they have received DOH approval.

## OBJECTIONS

### Objection of Kenneth Falk

19.    Mr. Falk's objection contends that the Debtors improperly took steps to close St. Mary's Hospital prior to receiving authorization for such action from this Court. While the Debtors do not intend to respond to each of Mr. Falk's allegations, the Debtors respectfully disagree with his contentions. The Debtors represented to this Court on the record that they would take all appropriate steps to investigate allegations that actions were being taken to close down St. Mary's Hospital prior to this Court's ruling on the Motion.

20.    The Debtors have previously addressed with this Court the issue regarding the consolidation and closing of the 7th floor of St. Mary's Hospital. As fiduciaries, the Debtors

---

[3] In addition, on or about August 18, 2005, certain physicians' assistants who had not previously received WARN notification were given such notices. Through an error, the notices stated that the reason for the notification was the expected closure of St. Mary's Hospital. The Debtors recognize that they have no authority to close St. Mary's Hospital until they receive the approval of this Court.

- 9 -

act conscientiously with respect to patients and, at the same time, are mindful of their duty to creditors and other constituents in these Cases. Accordingly, at all their facilities, the Debtors consolidate and expand operations according to patient volume. For example, shortly after the consolidation of the 7th floor,[4] the Debtors re-opened the St. Mary's Hospital Cardiac Care Unit on the 6th floor (which was closed because there were no patients) to accommodate an influx of patients.

**Objection of Brooklyn Safety Net, LLC**

21.    The Debtors understand the intentions and commitment of BSN to assume the operations of St. Mary's Hospital, but they are convinced that BSN will not be able to obtain the financing necessary to consummate the transfer to new management in a time period that would avoid substantial additional losses. BSN has suggested that any decision on closing St. Mary's Hospital be delayed until December 31, 2005 to provide BSN with time to arrange its financing. In the months between the hearing on this Motion and the end of the year, when BSN hopes to have its investor commitments, St. Mary's Hospital is projected to lose in excess of $8 million. The Debtors believe that this is a result that will harm all constituents in these Cases. In light of the many steps that SVCMC has taken to maintain access to care after St. Mary's Hospital closes, SVCMC respectfully submits creditors should not be exposed to the risk that BSN cannot ultimately obtain the necessary financing to assume the St. Mary's Hospital operations.

**Objection of the Medical Staff Committee**

22.    The Debtors respectfully disagree with the MSC that the closure of St. Mary's Hospital is part of a master plan by SVCMC to close all of its Brooklyn and Queens

---

[4] Following the closure of the 7th floor, the Debtors did eventually lock up that floor, but this action was taken only after and because, within one hour of the closure, a computer was stolen from the vacated 7th floor.

- 10 -

hospitals. For the reasons set forth in the Motion and herein, the Debtors respectfully submit that the decision to close St. Mary's Hospital is amply justified and absolutely necessary to strengthen the remaining hospitals in the SVCMC system. Moreover, they expressly represent that the decision to close St. Mary's Hospital was reached absolutely independently and without consideration of the financial condition or results of operations at St. John's Hospital or Mary Immaculate Hospital.

23. SVCMC has publicly stated that is exploring all options with respect to St. John's Hospital and Mary Immaculate Hospital, including the transfer to one or more other healthcare sponsors, but SVCMC emphasizes that no decisions have been made with respect to either facility.

**Response of Harriet McCloud**

24. Ms. McCloud does not object to the Debtors' request for authority to close St. Mary's Hospital. Ms. McCloud's response is a reservation of rights with respect to the state court litigation against DOH, which, as Ms. McCloud acknowledges in her response, this Court has ruled falls within the scope of the automatic stay. The Debtors do not oppose Ms. McCloud's reservation of rights and submit that such reservation should not impact this Court's ruling on the Motion.

**CONCLUSION**

25. Having made the difficult decision that it could no longer afford to operate the hospital, the Debtors have taken diligent and conscientious steps they believe to be in the best interest of St. Mary's Hospital patients, the St. Mary's Hospital community and consistent with their fiduciary duties to creditors in these cases. The Debtors submit that the need to immediately stop the losses at St. Mary's Hospital is clear based on the submissions to this Court and that such losses threaten many more medical facilities in the SVCMC healthcare system.

- 11 -

NYK 983397-3.074256.0010

The Debtors have felt the weight of their decision to close St. Mary's Hospital, but regrettably have concluded that there is no better alternative that provides for the needs of patients and creditors in these Cases.

WHEREFORE, the Debtors respectfully request that the relief sought in the Motion be granted, and that the Court grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
       September 2, 2005

McDERMOTT WILL & EMERY LLP


By: /s/ Stephen B. Selbst_____


William P. Smith (WS-3210)
David D. Cleary (DC-9166)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

and

Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York  10020
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444

Attorneys for the Debtors and
Debtors in Possession

- 12 -

**Exhibit "1"**


**Department of Health Approval Letter**

NYK 983397-3.074256.0010



# STATE OF NEW YORK
## DEPARTMENT OF HEALTH

Corning Tower          The Governor Nelson A. Rockefeller Empire State Plaza          Albany, New York 12237

Antonia C. Novello, M.D., M.P.H., Dr.P.H.                                      Dennis P. Whalen
 *Commissioner*                                                      *Executive Deputy Commissioner*

August 31, 2005

Richard Boyle
Interim President and Chief Executive Officer
Saint Vincent Catholic Medical Centers
130 West 12th Street
Suite 1-G
New York, NY  10011

**Re:   St. Mary's Hospital – Brooklyn**

Dear Mr. Boyle:

In response to your facility's request for closure, staff from the Bureau of Hospital and
Primary Care Services and the New York Metropolitan Area Regional Office, have
reviewed the final documents dated August 26, 2005 for the facility listed above.

The Department approves the implementation of the closure plan, which ceases all
hospital-related activities by September 20, 2005.  The Operating Certificate should be
surrendered to the New York Metropolitan Area Regional Office immediately following
that date.

Please contact Marianne Oros at (212) 417-5990, should you have any questions
concerning this matter.

Sincerely,

Lisa M. Wickens
Assistant Director
Office of Health Systems Management

cc:  Ms. Oros

**Exhibit "2"**

**St. Mary's Hospital Financial Statements**

NYK 983397-3.074256.0010

## St. Mary's Hospital
## Consolidated Statement of Operations

| | | Audited | | | Unaudited |
|---|---|---|---|---|---|
| | | 2002 | 2003 | 2004 | YTD 7/31/2005 |
| **Revenue and other support:** | | | | | |
| Net patient and resident service revenue | $ | 157,526 | 150,982 | 104,103 | 57,511 |
| Capitation revenue | | 1,360 | 212 | 2,900 | 1,200 |
| Other revenue | | 12,447 | 11,319 | 12,842 | 14,785 |
| Total revenue and other support | | 171,333 | 162,513 | 119,845 | 73,497 |
| **Operating expenses:** | | | | | |
| Salaries and wages | | 78,491 | 83,643 | 70,211 | 38,207 |
| Employee benefits | | 21,498 | 25,028 | 19,145 | 11,415 |
| Supplied and other expenses | | 40,648 | 38,822 | 28,617 | 12,473 |
| Insurance | | 5,747 | 7,139 | 8,325 | 2,948 |
| Interest | | 3,531 | 4,947 | 1,354 | 483 |
| Provision for bad debts | | 13,365 | 18,606 | 13,141 | 8,292 |
| Depreciation and amortization | | 5,272 | 4,492 | 4,270 | 2,632 |
| Central support services* | | 3,957 | 9,547 | — | 8,862 |
| Total operating expenses | | 172,509 | 192,224 | 145,063 | 85,412 |
| Operating (loss) income | | (1,176) | (29,711) | (25,218) | (11,915) |
| Investment income | | 1,442 | 523 | 690 | — |
| (Deficiency) excess of revenue over expenses | | 266 | (29,188) | (24,528) | (11,915) |
| **Other changes in net assets:** | | | | | |
| Additional minimum pension liability | | — | — | — | — |
| Change in net unrealized (losses) gains on other than trading securities | | 942 | 341 | 154 | |
| Net assets released from restrictions used for capital acquisitions | | — | — | — | — |
| Transfers to affiliates | | — | — | — | — |
| Non-recurring change | | | | | 3,113 |
| Change in unrestricted net assets | $ | 1,208 | (28,847) | (24,374) | (8,802) |

*Appears as 'Corporate allocated expenses or costs' in the 2002 and 2003 audited financials.

983419_1.XLS

**Exhibit "3"**

**Draft Letters**

NYK 983397-3.074256.0010



Saint Vincent
Catholic Medical
Centers

Letter for outpatients at clinics to be managed by Kingsbrook.

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital Brooklyn is closing.  Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses and changes in the healthcare environment that make it impossible for us to continue its services.  While we deeply regret the need to close the hospital, we are pleased to let you know that all of our family health centers will continue to offer the same services you have received in the past.

Kingsbrook HealthCare System has assumed operations of St. Mary's family health centers.  As you may know, Kingsbrook has been a provider of comprehensive high quality medical care to the Central Brooklyn community for many years, and we are pleased that they will continue to provide the same level of care that has always been provided at_(insert name of outpatient health center)__.

Our physicians and staff are available to answer any questions you may have, or you may call us at St. Mary's Hospital, at (718) 221-3000.

Kingsbrook HealthCare System will be assuming custody of your medical records, and these records will continue to be maintained at the health center and available to you.   You do not need to do anything further if you decide to continue your care at the health center.  However, if you do not consent to continue your treatment at the health center and wish to obtain your medical records, simply speak to a member of the staff at the center or call the medical records department directly at (718) 221-3428.

All of us at St. Mary's Hospital Brooklyn thank you most sincerely for the confidence you have placed in us over the years.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn



Saint Vincent
Catholic Medical
Centers

DRAFT Letter for St. Vincent's Family Health Center patients

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital Brooklyn is closing.  Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses and changes in the healthcare environment that make it impossible for us to recover.

However, I want to assure you that St. Vincent's Family Health Center will remain open.  It is important to know that the closure of St. Mary's Hospital Brooklyn will not affect the care currently provided at St. Vincent's.  Saint Vincent Catholic Medical Centers, the system of which St. Mary's Hospital is a part, will continue to operate the center and  provide the same level of care and range of services that have always been available there.  The physicians and staff you are accustomed to seeing will remain as well.

If you have any questions, please call (718) 221-3000, the main number at St. Mary's Hospital. Our operators will know how to direct your call.

Don't worry about your medical records; we'll be keeping your medical record on file (and of course it will be maintained in the strictest confidence).  However, any time you want to obtain your medical records, for yourself or to have them sent to a new healthcare provider, simply speak to one of the staff or call the St. Mary's medical records department directly at (718) 221-3428.

All of us here thank you most sincerely for the confidence that you have placed in us over the years and we look forward to continuing to serve your health care needs.


Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear Client:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn
community, St. Mary's Hospital of Brooklyn and its family health centers are closing.
Our board of directors made the painful decision to seek approval to close St. Mary's
because of continuing financial losses, and changes in the healthcare environment that
make it impossible for us to recover.

This is to notify you that St. Mary's Hospital's Clinical Management Unit will close
effective _____, 2005.

Continuity of care for all Clinical Management patients is a major concern for us. It is
important that you select a new Clinical Management medical provider, several of which
are located nearby.  The attached list of providers includes Kingsbrook HealthCare
System, which will be assuming the operations of many of St. Mary's services and
continuing to provide care.  Our CMU staff will discuss these providers with you and
help you choose a new facility.  Please do not hesitate to ask our staff any questions you
may have.  Our staff will make an initial appointment with your new provider for you.

Your medical records will continue to be maintained at the health center and available to
you.  You do not need to do anything further if you decide to continue your care at the
health center.  However, if you do not consent to continue your treatment at the center
and wish to obtain your medical records, simply speak to a member of our staff or call the
medical records department directly at (718) 221-3428.  Our staff will help you to
transfer your records to another primary care provider.

**If you have any questions regarding the options that are available to you, please call
Cecil Maynard at, (718) 221-3000 or (718) 558-6971 and he will assist you.**

Thank you very much for the confidence that you have placed in St. Mary's Hospital
Clinical Management Unit over the years.

Sincerely

Gerard Connolly
Executive Director, St. Mary's Hospital


**Enclosures**



Saint Vincent
Catholic Medical
Centers

Draft Letter to Dental Patients

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover. St. Mary's Dental Clinic will be closing effective_____  __ , 2005.

It is important for you to choose a new dental provider.  We're making it a priority to urge you to take care of this important step, and to help you to do so in any way we can.

Attached is a list of dental providers in the area.  Please look it over, and think about which one might best serve your needs.  Don't hesitate to ask any of our dental care providers or staff members for advice about where to go for care.

If you have any questions about the choices available to you, you can also call the main number at St. Mary's Hospital, (718) 221-3000. Our operators will know how to direct your call.

Don't worry about your medical records. In accordance with New York State Department of Health regulations, we'll be keeping your medical record on file (and of course it will be maintained in the strictest confidence). Any time that you want to obtain your medical records, for yourself or to have them sent to a new dental provider, simply to sign the enclosed medical release form and return it to the St. Mary's medical records department at the address printed right on the form.

If you have any questions at all about your medical record, or if you need further information, please call the medical records department directly at (718) 221-3428.

All of us here at St. Mary's Hospital of Brooklyn thank you most sincerely for the confidence that you have placed in us as your dental provider over the years. Remember, we will do anything we can to help you find a new provider – all you have to do is ask.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

Enclosures

**Other Dental Providers for Your Consideration**

**Saint Vincent Catholic Medical Center Dental Clinics**

- St. Dominic's Family Health Center
  114-49 Sutphin Blvd.
  Jamaica, NY 11437
  (718) 322-6110

- St. John's Queens Family Health Center
  95-25 Queens Blvd.
  Rego Park, NY 11374
  (718) 286-1000

**Community Health Care Dental Facilities:**

- La Providencia Family Health Center
  1280 DeKalb Avenue
   Brooklyn, NY 11226
  (718) 455-9000

- The Brookdale University Hospital and Medical Center Ambulatory Care Center
  1 Brookdale Plaza
  Brooklyn, NY 11212
  (718) 240-6281

- Brownsville Family Health Center
  592 Rockaway Avenue
  Brooklyn, NY 11212
  (718) 345- 5000

- Lola Cuffee Family Health Center
  485 Throop Avenue
  Brooklyn, NY 11221
  (718) 613-7487

- Dental Center at Interfaith Medical Center
  1536 Bedford Avenue
  Brooklyn, NY 11216
  (718) 613-7375

- Elias Thall Dental Center
  585 Schenectady Avenue
  Brooklyn, NY 11203
  (718) 604-5381

- Bedford Stuyvesant Family Health Center
  1413 Fulton Street
  Brooklyn, NY 11216
  (718) 636-4500



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear   (name of client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover. The PCAP program will be closing effective _____.

It is very important for you to select a new provider as soon as possible, to be sure that you have a smooth transition and uninterrupted medical care. We're making it a priority to urge you to take care of this important step, and to help you to do so in any way we can.

Attached is a list of PCAP providers who are located nearby.  Our staff will discuss these providers with you and help you choose a new provider and facility to continue to receive your prenatal care. Our staff will make the initial appointment with your new provider for you and will also work with you to make sure your medical records are transferred to the new facility.  If you want to receive a copy of your medical records, please speak to our staff or call the medical records department directly at (718) 221-3428.

Don't hesitate to ask any of our physicians or staff members for advice if you need it. If you have any questions about the PCAP choices available to you, you can also call the main number at St. Mary's Hospital, (718) 221-3000. Our operators will know how to direct your call.

All of us here at St. Mary's Hospital of Brooklyn thank you most sincerely for the confidence that you have placed in us as your healthcare provider. Remember, we will do anything we can to help you find a new PCAP provider.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

Enclosures



DRAFT

Date

Dear <u>(name of WIC client):</u>

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover

This is to let you know that the program at St. Mary's Hospital, 170 Buffalo Avenue, Brooklyn, NY  11213, will no longer provide WIC program services effective _____, 2005.  As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment.  If your appointment is after _____, 2005, you should contact (718) 774- 3729 to discuss your transfer to one of the following WIC Program sites:

**Bedford Stuyvesant Health Center, 20 New York Ave. (718)857-4268**
**Brownsville Multi Services Life and Wellness, 408 Rockaway Ave (718)345-5000**

**NYC Neighborhood WIC, 259 Bristol St. (212)766-4240**
**IMC St. John's Division, 1606 Fulton St. (718)774-6300**
**Parkway Medical WIC Program, 391 Eastern Pkwy (718)774-6300**

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment.  Please do not hesitate to ask staff any questions you may have.  You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear (<u>name of WIC client</u>):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover.

This is to let you know that the program at St. Francis of Assisi Family Health Center, 333 Knickerbocker Ave., Brooklyn, NY  11237, will no longer provide WIC program services effective _____, 2005.  As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment.  If your appointment is after _____, 2005, you should contact (718) 456-1733 to discuss your transfer to one of the following WIC Program sites:

**New Lots WIC Program, 465 New Lots Ave.  (718)240-6445**
**Linden Blvd. WIC Program, 2554 Linden Blvd. (718)240-6445**
**NYC Neighborhood WIC, 335 Central Ave. (212)766-4240**
**MHRA Neighborhood WIC, 853 Onderdonk Ave. (212)766-4240**
**MHRA WIC Program, 1110 Pennsylvania Ave. (212)766-4240**

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment.  Please do not hesitate to ask staff any questions you may have.  You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear (name of WIC client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover.

This is to let you know that the program at Sister Thea Bowman Health Center, 1205 Sutter Ave., Brooklyn, NY  11208, will no longer provide WIC program services effective _____, 2005.  As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment.  If your appointment is after _____, 2005, you should contact (718) 827-4425 to discuss your transfer to one of the following WIC Program sites:

**Medisys East-FCC East NY WIC, 3080 Atlantic Ave. (718)206-8600**
**New Lots WIC Program, 465 New Lots Ave. (718)240-6445**
**Linden Blvd.WIC Program, 2554 Linden Blvd. (718)240-6445**
**East NY Diagnostic & Treatment Center WIC Program, 2094 Pitkin Ave. (718)240-0470**
**MHRA WIC Program, 1110 Pennsylvania Ave. (212)766-4240**
**Woodhull Medical Center Buschwick WIC Program, 1420 Bushwick Ave. (718)963-8306**

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment.  Please do not hesitate to ask staff any questions you may have.  You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital