**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                    :
In re:                                                              :
                                                                    :       Chapter 11
SAINT VINCENTS CATHOLIC MEDICAL          :       Case No. 05-14945 (PCB)
CENTERS OF NEW YORK d/b/a SAINT VINCENT :
CATHOLIC MEDICAL CENTERS, *et al.*,      :       (Jointly Administered)
                                                                    :
            Debtors.                                                :
------------------------------------------------------------------ X

**DECLARATION OF SR. JANE IANNUCELLI IN SUPPORT
OF DEBTORS' MOTION FOR AUTHORITY TO CLOSE
ST. MARY'S HOSPITAL IN BROOKLYN, NEW YORK PURSUANT
TO THE DIRECTIVES OF THE NEW YORK STATE DEPARTMENT OF
HEALTH AND OTHER APPLICABLE GOVERNMENTAL AGENCIES AND TO
REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

I, Sr. Jane Iannucelli, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information and belief:

1.      I am, and have been since 1957, a member of the Sisters of Charity of New York (the "Sisters of Charity"), a religious order dedicated to servicing the needs of New York's poor for nearly 200 years.  The Sisters of Charity began our health care ministries during the 19th and early 20th centuries.  We are guided in our work by, among other things, our belief that every individual in need should be cared for with competence, charity and compassion, without regard to ability to pay, and with special attention to the underserved.

2.      Consistent with our mission, the Sisters of Charity founded St. Mary's Hospital of Brooklyn ("St. Mary's") in 1882 to deliver high quality health care to

NY2:\1571502\05\X_K%05!.DOC\99980.0025

the poor and underserved of the surrounding areas.  St. Mary's became part of Catholic

Medical Centers of Brooklyn and Queens (the "Catholic Medical Centers") in 1967.

3.      The health care ministry of the Sisters of Charity and the diocese

of Brooklyn has become increasingly threatened by the marketplace.  What was once

supported through philanthropy and government grants, in addition to contracts, is now

threatened by a challenge to become more efficient either through cost reduction or

strategic growth.

4.      In about 1999, Catholic Medical Centers identified the need for a

strong financial partner to respond to changes reshaping the health care industry.  At that

time, the Board of the Catholic Medical Centers and its management concluded that the

Catholic Medical Centers (including St. Mary's) would not survive another 5 years

without a partnership which could provide access to capital and an enhanced ability to

offer specialty and tertiary level services to their patients.

5.      In August 2000, St. Mary's, along with the other three Catholic

Medical Centers' hospitals, merged (the "Merger") with Saint Vincents Hospital and

Medical Center in Manhattan and Sisters of Charity Healthcare System on Staten Island

to form Saint Vincent Catholic Medical Centers ("SVCMC").  Since 2004, I have been

the representative of the President of the Sisters of Charity to the Board of SVCMC.  In

this capacity, I have been and remain aware of the substantial efforts that SVCMC has

undertaken to support St. Mary's trying to make St. Mary's a viable entity to continue its

mission, and the mission of my order.

6.      In fact, since the Merger, St. Mary's has been supported financially

by SVCMC in the amount of tens of millions of dollars.  Indeed, but for the Merger, St.

Mary's would have been forced to close already.  In addition to investing substantial sums of money in St. Mary's, SVCMC instigated several initiatives to increase patient care and revenues at the hospital.  Ultimately, these initiatives each failed.

7.      In early 2004, the Board of SVCMC realized that the efforts to make St. Mary's a financially viable hospital had failed and we faced the painful reality that SVCMC could not continue to subsidize St. Mary's.  Simply put, St. Mary's was losing so much money that it was draining resources from other hospitals in the SVCMC family and putting those hospitals in financial peril.  As sad as it would be to see St. Mary's separated from SVCMC, we realized we could not allow St. Mary's financial situation to jeopardize our mission at other hospitals and our duties to our creditors.  This realization was painful for SVCMC, the Brooklyn diocese, and for the members of my order, who founded St. Mary's more than 100 years ago.

8.      From January to March of 2004, the SVCMC Board considered various alternatives for St. Mary's, and concluded that our first priority would be to sell St. Mary's to another provider, so that the institution could continue its service to the community.

9.      In March of 2004, SVCMC broadly distributed a "request for expressions of interest" related to an acquisition of St. Mary's.  Four organizations responded, Wycoff Heights Medical Center, MediSys Health Network, Interfaith Medical Center and Kingsbrook Jewish Medical Center ("Kingsbrook").  All four hospitals were provided with financial and other information about St. Mary's.  After this process was completed in May 2004, only Kingsbrook expressed interest in acquiring St. Mary's.

10.     Initially, SVCMC proposed a sale of St. Mary's to Kingsbrook. After analyzing St. Mary's financial information, however, Kingsbrook concluded that it would make no financial sense to buy St. Mary's.  Because there were no other potential buyers for St. Mary's and because our main goal was to allow St. Mary's to continue to serve the community, SVCMC proposed to transfer the hospital to Kingsbrook for no consideration.

11.     On December 8, 2004, SVCMC and Kingsbrook signed a letter of intent that reflected Kingsbrook's plan to acquire St. Mary's.  We immediately began working with Kingsbrook to achieve the transition of the hospital.  We were hopeful that Kingsbrook would succeed in putting together a financing plan so it could operate the hospital.

12.     During this process, Kingsbrook undertook a due diligence study to determine the actual financial and other needs of St. Mary's to make it a viable hospital again.  Kingsbrook's due diligence study indicated that it would take an infusion of $15-20 million annually just to achieve a financial "break even" position.  Kingsbrook stated that it had attempted to secure financial support from the State of New York, but had not been successful.  Kingsbrook stated that their due diligence indicated that the annual operating loss from St. Mary's would be approximately $11 million on a go-forward basis and that the hospital would require a capital investment of $5 to $8 million annually.  Their study also indicated that SVCMC had infused more than $62 million into St. Mary's since 2002.

13.     Accordingly, and based on its independent investigation of St. Mary's, Kingsbrook informed us on April 21, 2005, that it had decided to recommend to

its board that Kingsbrook not move forward with taking over sponsorship of in-patient services at St. Mary's. Kingsbrook would, however, take over many out-patient services at our clinics. At least, this would permit many of our patients to continue to see the same doctors in the same locations as they had historically done. The offer was very attractive to us because it would allow for the continuation of vital services to the community, including emergency care and HIV/AIDS.

14.     After Kingsbrook told us that they could not afford to run St. Mary's, even if they were to acquire it free of charge, the SVCMC Board met to discuss the inevitable – that there was no other alternative to the closure of the in-patient St. Mary's. The Board directed SVCMC's staff to work with Kingsbrook to transfer as many of the out-patient services and clinics as possible. The Board also identified several out-patient services and clinics that would be transferred for operational purposes to other parts of SVCMC, yet continue to operate in St. Mary's community. The Board felt that maintaining the out-patient services would meet the most critical community health needs.

15.     The decision to close St. Mary's was among the most difficult decisions I have ever been involved with. My order founded St. Mary's over 100 years and has served there from time to time ever since. I would like to assure the Court, the community and our staff that if there were any viable alternative to closure, the Board would have pursued it. It is with deep sorrow and regret that we have to close St. Mary's. Moreover, I would like to declare that the Board in no way acted to facilitate closure of St. Mary's until it became glaringly apparent that closure was the last practical means by which we could fulfill our mission.

16.     Although economic realities have forced the closure of St. Mary's, we remain dedicated to not abandon the community we have served for so long. Kingsbrook stands ready to operate many of our clinics, and their superior financial strength will allow them to provide services that we cannot presently provide, at extended hours.  We have developed a plan that will minimize any disruption in service and believe that neighboring hospitals will be able to appropriately serve the community in our absence.

17.     Recognizing that St. Mary's can no longer be operated as a financially viable hospital, the Board has determined that the best use of St. Mary's property that would be consistent with our mission to the underserved and our responsibility to creditors, would be low to moderate-income housing.  We have been in discussions with several purchasers for the real property owned by St. Mary's and understand that each such purchaser would seek authority to build affordable housing on

the St. Mary's site.  If we can no longer serve the in-patient health care needs of the community, we are optimistic that we can service the community's need for affordable housing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 19, 2005.

/s/Sr. Jane Iannucelli
Sr. Jane Iannucelli