**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SAINT VINCENTS CATHOLIC MEDICAL | : | Case No. 05-14945 (PCB) |
| CENTERS OF NEW YORK d/b/a SAINT VINCENT | : | |
| CATHOLIC MEDICAL CENTERS, *et al*., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

---------------------------------------------------------------- X

## DECLARATION OF DAWN GIDEON IN SUPPORT OF DEBTORS' MOTION FOR AUTHORITY TO CLOSE ST. MARY'S HOSPITAL IN BROOKLYN, NEW YORK PURSUANT TO THE DIRECTIVES OF THE NEW YORK STATE DEPARTMENT OF HEALTH AND OTHER APPLICABLE GOVERNMENTAL AGENCIES AND TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

I, Dawn Gideon, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information and belief:

1. I am both the Executive Director of St. Vincent's Hospital, Staten Island and Bayley Seton Hospital and the Interim Chief Restructuring Officer ("Interim CRO") of Saint Vincent Catholic Medical Centers ("SVCMC" or the "Debtors"). Prior to my role as Interim CRO, I was Executive Director of St. Vincent's Hospital Staten Island and Bayley Seton Hospital. Both prior to and in my role as Interim CRO, I have been responsible for developing with others at SVCMC and its professionals the proposed restructuring of SVCMC. In this process, I also have responsibility for overseeing the proposed closure of St. Mary's Hospital of Brooklyn ("St. Mary's"), one of the hospitals in the SVCMC system.

2.        Prior to joining the team at SVCMC in 2004, I spent 21 years in healthcare administration including five years as a turnaround consultant focusing my work on healthcare organizations in financial distress.  I have worked with hospitals, healthcare systems, and state and federal agencies in Pennsylvania, New York, Massachusetts, New Jersey and Florida.  Immediately prior to joining the team at SVCMC, I worked with the community and physicians of Waltham, Massachusetts, the Department of Public Health for the Commonwealth of Massachusetts and that state's Office of the Attorney General for the safe and orderly closure of 200-bed Waltham Hospital.

3.        Based on my prior professional experience, my work at SVCMC, and for the reasons set forth below, I believe that the closure of St. Mary's is in the best interest of these estates, can be accomplished with minimal disruption to the community and in a way that, under the circumstances, is consistent with SVCMC's mission, and should be approved.

4.        Unless otherwise noted, the information contained in this declaration reflects information gathered or learned that:  (a) I personally know to be true; (b) has been gathered at and under my direction; and (c) has been gathered and maintained by SVCMC in the ordinary course of its business.

**ST. MARY'S IS NOT A FINANCIALLY VIABLE STAND ALONE HOSPITAL**

5.        St. Mary's is an acute care hospital located in Central Brooklyn.  It has a license to operate 241 beds.  St. Mary's has struggled financially for the better part of the last 15 years, well before the merger that created SVCMC in 2000.  As reflected in St. Mary's Statement of Operations, attached hereto as Exhibit A, St. Mary's incurred

losses in excess of $24 million in 2004 and in excess of $11 million during the first seven months of 2005.  Currently, St. Mary's is losing an unsustainable $500,000 per week.

6.      These losses have occurred despite St. Mary's efforts to cut costs. In fact, during the last three years, St. Mary's has required an infusion in excess of  $60 million from SVCMC to cover its operating losses and capital needs and to remain in operation.  SVCMC has funded St. Mary's losses and capital expenditures from (i) its cash flow from other operations and (ii) the proceeds from sales of assets and real estate financings, largely from certain properties located in Manhattan.  SVCMC can no longer afford to support St. Mary's.  Continuing to support St. Mary's operations will endanger SVCMC's other operations and its ability to emerge from chapter 11 with a core group of hospitals, clinics and home care programs and skilled nursing facilities and continue its mission to provide quality health care services to the poor and underserved of New York.

St. Mary's Is Dramatically Underutilized

7.      According to the New York State Department of Health, Statewide Planning and Research Cooperative System (SPARCS) data, in 2004, St, Mary's market share of patients in its primary and secondary services areas was only 5.7% (The primary and secondary services areas are United Hospital Fund defined neighborhoods where St. Mary's draws the most patients, and includes Bedford-Stuyvesant-Crown Heights, East New York, Williamsburg-Bushwick, and East-Flatbush-Flatbush).  Furthermore, bed capacity at St. Mary's is significantly greater than needed in the community, due to:

- the presence of six (6) other acute care hospitals in Central Brooklyn;
- the shift from inpatient to outpatient care over time; and
- declining admissions and occupancy rates.

8. Over the last several years, inpatient care has increasingly been replaced by office-based, outpatient services due to new technology, drugs, and office-based treatments that were at one time only provided in hospital settings. This shift from inpatient to outpatient care in Central Brooklyn, as well as throughout the country, has resulted in a growing demand for outpatient care. In turn, the community in Central Brooklyn, as well as elsewhere in the State of New York, has significantly less need for inpatient care. Consequently, St. Mary's, as well as other area hospitals, have generally experienced a steady and substantial decline in admissions and occupancy rates over the years, causing financial strains. For example, in 2004 the occupancy rate at St. Mary's was 67.7% of licensed beds; in July 2005, the average daily census at St. Mary's was 123 patients, an occupancy rate of approximately 51%; on August 13, 2005, St. Mary's average daily census was 90 patients with an occupancy rate of approximately 37%; and as of September 10, 2005, St. Mary's average daily census had dropped to 76 patients, with an occupancy rate of approximately 31%.

9. Even though St. Mary's occupancy rate was, until recently, just slightly above average for Central Brooklyn among its peers, these average occupancy rates are far from ideal. In fact, a 90% occupancy rate is optimal for a hospital to bring in sufficient revenue to meet its costs. Low occupancy rates at hospitals throughout the State of New York have resulted in a number of hospital closures. Since 1994 there have been over twenty hospital closures driven in significant part because these hospitals were underutilized. More than half of these closures occurred in the last five (5) years. A list

of hospitals in the State of New York that have been closed in the last ten (10) years is attached hereto as Exhibit B.

10.     Notwithstanding these closures, there remains a substantial surplus of inpatient beds in the State of New York.  In fact, the Commission on Health Care Facilities in the 21st century (the "Berger Commission"), a New York commission established by Governor Pataki and headed by Stephen Berger as part of the 2005-2006 New York State budget, has been charged with the responsibility of recommending hospital and nursing home restructurings and closures to reduce the number of hospital beds in New York.

11.     Without question, closing St. Mary's will cause some community disruption in the short term.  Based on my professional experience and knowledge of the healthcare system in New York, however, I believe that closing St. Mary's in fact will contribute to the provision of quality healthcare in Brooklyn in the long term.  The closure of St. Mary's will increase utilization and occupancy at other area hospitals and as a consequence, community residents will benefit from the ability to obtain health care services from a group of financially stronger hospitals.

12.     In addition, it is important to note that underutilization in the form of low census and occupancy rates is not just a financial concern, but even more importantly may compromise the provision of quality care due to inexperience and, frankly, practice.  For instance, although St. Mary's has four operating rooms they average less than eleven inpatient surgeries per week for the past four months.

<u>DOH Has Preliminarily Approved the Closure of St. Mary's</u>

13.     As a result of the financial losses and underutilization described above, SVCMC's board of directors (the "<u>SVCMC Board</u>") determined that it was in the best interests of the hospital system to close St. Mary's.  Implementing this decision requires approval from the New York State Department of Health (the "<u>DOH</u>"), pursuant to the Public Health Law (NYCRR 401.3(g)), of the plan to close St. Mary's (the "<u>Closure Plan</u>").  Accordingly, in June 2005, the Debtors submitted a draft Closure Plan to the DOH which addressed, among other topics, the Debtors' plans regarding the transfer of patients, transition of services for patients and employees and the custody of patient records.  By letter dated August 31, 2005 attached hereto as Exhibit C, the DOH informed SVCMC that, with certain modifications, it had approved implementation of the Closure Plan, which contemplated closure of all hospital-related activities by September 20, 2005.  By letter dated September 12, 2005 attached hereto as Exhibit D, SVCMC informed the DOH that the contemplated closure date of the hospital will be extended to October 4, 2005.  After discussing the closure date extension with Marianne Oros and Neil Benjamin of the DOH, the Debtor received verbal approval.

### CLOSING ST. MARY'S WAS A LAST RESORT RESOLUTION

14.     The merger in 2000 between Catholic Medical Centers of Brooklyn and Queens under the auspices of the Diocese of Brooklyn (which included St. Mary's Hospital), Saint Vincents Hospital and Medical Center under the auspices of the Congregation of the Sisters of Charity, and Sisters of Charity Health Care on Staten Island under the auspices of the Congregation of the Sisters of Charity was intended to mollify significant financial difficulties facing the hospitals and other healthcare

NY2:\1571499\09\X_KR09!.DOC\99980.0025                6

organizations in these previously separate systems.  Nevertheless, even improvements

achieved in managed care rates and other efficiencies across the merged system failed to

offset (i) flat or declining Medicare, Medicaid, and managed care reimbursements, (ii)

increasing malpractice rates, and (iii) increasing numbers of uninsured patients, resulting

in large operating losses for the acute care facilities, especially St. Mary's.

15.     Beginning shortly after the merger and continuing until this

summer, actions were pursued to reduce losses across the system, including measures to

address St. Mary's problems.  These actions included staff lay-offs, elimination of

unfilled positions, consolidation of administrative functions, and termination of contracts,

among other activities.  In 2003, St. Mary's obstetrics and gynecology services recorded

more than $5 million in operational losses in the prior year.  The service was being

underused by its community, as only 1 in 10 local births took place at St. Mary's.  And,

the service experienced significant malpractice insurance costs and claims, including a

single judgment for $115 million.  Because St. Mary's is self-insured, the impact of a

$115 million judgment on its financial stability, as well as the financial stability of the

entire merged system, would be substantial.  This judgment has not been paid and is

under appeal.  As a result of these quality and financial issues, this service was closed in

October 2003.

16.     In early Spring 2004, SVCMC developed a turnaround plan for the

system that included supporting the ongoing operation of St. Mary's by seeking an

alternative sponsor for St. Mary's, while at the same time implementing strategic growth

initiatives aimed at reversing losses, stabilizing the operation, and keeping open the

option of retaining the hospital in the system.  At that time, SVCMC invited parties to

review preliminary due diligence about St. Mary's and indicate their interest in the hospital by issuing a Request for Expression of Interest ("RFEI").

17. Through the RFEI process, St. Mary's underwent a comprehensive exploration process to identify prospective transferees. Although SVCMC sent the RFEI to many potential buyers, it received two "offers" from healthcare institutions. Interfaith Medical Center, a hospital located near St. Mary's, offered to accept St. Mary's facilities only if SVCMC paid it a significant subsidy. Kingsbrook Healthcare System ("Kingsbrook") ultimately offered to accept St. Mary's only if it could obtain an annual subsidy of $10 million for each of the next four years to cover operating losses, plus an additional sum for capital expenses.

18. SVCMC began discussions with Kingsbrook as a potential transferee for St. Mary's because: (i) Kingsbrook is located within approximately a mile's distance to St. Mary's, making it more accessible to the St. Mary's community; and (ii) consolidation of Kingsbrook's and St. Mary's programs would maximize the use of healthcare resources in the community.

19. On November 12, 2004, Kingsbrook's board of directors authorized execution of a letter of intent, completion of due diligence required for financial projections, and discussions with DOH, the Dormitory Authority for the State of New York ("DASNY"), and the United States Department of Housing and Urban Development ("HUD"), and others as potential lenders to obtain support for an acquisition of St. Mary's by a to-be-formed holding company of Kingsbrook. Kingsbrook representatives signed the letter of intent on December 8, 2004.

20.     Between December 2004 and March 2005, Kingsbrook executed its due diligence.  St. Mary's, and all of SVCMC, provided Kingsbrook with the historical and other information about St. Mary's being requested by Kingsbrook. Through this effort, Kingsbrook created five-year projections for St. Mary's that showed increasing operational losses from the operation of St. Mary's facility as an acute care hospital.  Accordingly, Kingsbrook informed SVCMC that it would need $40 million in subsidies from DOH to complete a purchase of St. Mary's Hospital (i.e., $10 million per year to cover St. Mary's operating losses).  That figure represented the amount that Kingsbrook believed St. Mary's Hospital would incur in operating losses before Kingsbrook could operate the hospital on a break-even cash flow basis.

21.     On April 19, 2005, SVCMC met with DOH, DASNY and HUD to pursue receipt of $40 million in funding to support a transaction with Kingsbrook.  DOH declined to make the funds available, which SVCMC believes reflected DOH's concern about addressing a major state-wide crisis and oversupply of hospital inpatient beds. DASNY and HUD also declined to offer funding.

22.     Ultimately, on April 25, 2005, Kingsbrook terminated negotiations with SVCMC regarding St. Mary's and withdrew its letter of intent for a full transfer of the hospital.

23.     With operating losses of $3.8 million in May 2005 alone, on June 1, 2005, the SVCMC Board reviewed and approved a comprehensive system-wide restructuring plan that included the closure of St. Mary's (the "Closure Plan")[1] and began

---

[1]  Attached hereto as Exhibit E.

intensive discussions with Kingsbrook and the DOH to determine if outpatient services could be maintained by Kingsbrook at their current community sites.  On June 3, 2005, SVCMC announced its planned closure of St. Mary's.

**THE PROPOSED CLOSURE PLAN IS DESIGNED TO
MINIMIZE THE IMPACT OF ST. MARY'S CLOSURE
ON THE PROVISION OF HEALTHCARE IN CENTRAL BROOKLYN**

24.     Once the decision to close St. Mary's was made, SVCMC began work to develop a transition and continuity of care plan for inpatients and outpatients. Signed letters from the CEO's of Kingsbrook, Brooklyn Hospital, Kings County, Brookdale, Interfaith and Wyckoff Heights were obtained.  Each CEO confirmed the ability and willingness to absorb additional inpatient, outpatient and emergent care. Additionally, pending Court approval, Kingsbrook plans to continue the provision of outpatient services currently offered at six of the seven outpatient family health centers (Charles Drew, St. Peter Claver, St. Francis of Assisi, Sister Thea Bowman, Pierre Toussaint and the St. Mary's Hospital Ambulatory Care Center).  The seventh family health center, St. Vincent's, will be operated under the auspices of St. Vincent's Hospital Manhattan.  Kingsbrook is geographically and clinically positioned to provide a seamless transition for patients who choose to continue their medical care at one of the family health centers and it plans to employ many of the physicians and staff currently working within these facilities.

25.     Upon approval of the closure of St. Mary's, SVCMC plans to close St. Mary's in 14 days (the "Closure Period"), in according will the provisions of the Closure Plan and the schedule described therein which is generally described below.

26.     On Day One, St. Mary's intent to (i) begin diverting elective patient admissions to Kingsbrook and other Neighboring Hospitals (this process will continue throughout the Closure Period), (ii) evaluate patients in the pediatric department of St. Mary's, transfer stable patients to the facility of their choice, and close the pediatric unit, (iii) cease scheduling of surgical procedures, (iv) facilitate the hiring of outpatient clinics' staff at the outpatient clinics by Kingsbrook during the Closure Period, (v) provide case management assistance, which will continue throughout the Closure Period, to HIV/AIDS patients currently receiving care from St. Mary's HIV/AIDS outpatient clinic who have requested a provider other than Kingsbrook, (vi) work with patients of the St. Mary's Prenatal Care Assistance Program ("PCAP") and the DOH, during the Closure Period, to insure patients are transferred to a new provider, (vii) finalize the subcontract agreement with Kingsbrook to provide Women, Infants and Children Care ("WIC") services, and (viii) confirm the transfer of the licenses of St. Mary's four outpatient drug rehabilitation and methadone maintenance clinics (the "Methadone Clinics") and the Mentally Ill Chemical Abuser Continuing Day Treatment Program ("MICA Program") to Mary Immaculate Hospital.

27.     With respect to communications, St. Mary's will (i) hold employee Town Hall meeting during all employee shifts to provide information to employees regarding the closure of St. Mary's, (ii) distribute letters to all St. Mary's employees regarding key dates and reemployment assistance, (iii) work with the Chaplain's Office and Healing Services during the Closure Period to provide supportive services to employees, and (iv) mail outpatient notification letters to outpatients regarding the

closure of St. Mary's, and the initiation of outpatient services by Kingsbrook.  These letters will be translated into Spanish, Creole and Bengali.

28.     On Day Two and during the Closure Period, St. Mary's will (i) evaluate patients in the critical care unit and the intensive care unit, transfer stable patients to the facility of their choice, and close the two units once the patients have been transferred, (ii) coordinate with the Fire Department of New York for the diversion of ambulances to other facilities, (iii) adequately staff the Emergency Department at St. Mary's, through Day 13, to treat walk-in patients requiring immediate care and transfer such walk-in patients to Kingsbrook or another facility chosen by the patient.

29.     With respect to communications, beginning on Day 2 and continuing during the Closure Period, St. Mary's will (i) provide intensive support to employees regarding the Local 1199 SEIU and the League of Voluntary Hospitals and Homes employee placement agreement, (ii) provide employment counseling support regarding severance and benefits for non-union employees, and (iii) hold daily department head meetings regarding the closure process.

30.     Also, on Day Three and continuing during the Closure Period, St. Mary's will provide case management services to WIC patients who request a provider other than Kingsbrook and assist such patients with scheduling of an appointment with their requested provider.  On Day Four, St. Mary's will compress its medical surgical units, transfer stable patients to another facility of their choice and close the units once the transfer of patients is complete.  Additionally, on Day Four through Day Six, St. Mary's will assess the 19 medically managed detoxification beds (the "Detox Beds"), develop transfer and discharge plans for the affected patients, and provide case

management services to those patients. Beginning on Day 7 through Day 10 these detox patients will be transferred to another SVCMC facility, Kingsbrook, or a facility of patient or physician choice.

31.    On Day Six, St. Mary's will transfer stable patients from the telemetry unit and close the unit once all the patients are transferred to another provider.

32.    On Day 14, St. Mary's will staff the Emergency Department with a skeletal staff and ambulance unit. This skeletal staff and ambulance unit will remain open at St. Mary's until November 1, 2005 in order to insure that walk-in patients receive treatment and are transferred to another provider.

33.    As set forth in the Closure Plan, patients taking advantage of services provided at St. Mary's outpatient clinics, which receive over 100,000 visits annually, will receive almost seamless continuity of care. Kingsbrook has agreed to operate 6 of St. Mary's seven outpatient clinics, providing the same services to patients at the same locations, except with respect to the PCAP.[2] The seventh clinic will also continue to be operated at the same location by SVCMC. Accordingly, all of St. Mary's outpatient services will be available at the same location, during the same hours, and possibly serviced by the same physicians and medical staff.

34.    The end results of the effectuation of the Closure Plan will be: (i) inpatient services at St. Mary's will cease, (ii) outpatient services provided by St. Mary's, except with respect to the PCAP, will continue under the operation of either Kingsbrook or SVCMC in the same locations and, based upon discussions with Kingsbrook and the

---

[2] Patients will be provided with a list of alternate PCAP providers.

Declaration of Linda Brady, M.D, under the existing mission of St. Mary's, (iii) emergency care services in the community will also continue uninterrupted, particularly as Kingsbrook has significantly expanded its Emergency Department.  In addition, SVCMC will continue operation of the following St. Mary's services and programs in the community: (i) the Methadone Clinics, (ii) the MICA Program and, (iii) St. Vincents Family Health Care Center (St. Mary's seventh outpatient clinic).

**THE CLOSURE IS DESIGNED TO MINIMIZE DISRUPTION TO EMPLOYEES**

35.   On July 22, 2005, after several meetings with the community and St. Mary's employees (and following the filing of the Closure Plan), SVCMC gave notice of St. Mary's planned closing to St. Mary's employees in accordance with the Worker Adjustment and Retraining Notification Act of 1988, as amended (the "WARN Act").  29 U.S.C. 2101, et seq.  As I understand it, pursuant to the WARN Act, SVCMC was required to give at least 60 days notice (and are permitted at least a two-week window to effectuate the closing provided that the such period is referenced in the notice) (collectively, the "WARN Act Notice Period") of the closing of St. Mary's and the termination of employment.  The WARN Act Notice Period expires on October 4, 2005.

36.   If St. Mary's does not close on or before the expiration of the designated fourteen (14) day period on October 4, 2005,  SVCMC will be required by the WARN Act to give a supplemental notice setting forth, among other things, the anticipated new closing date before closing St. Mary's and releasing its employees. Depending on the circumstances, if the supplemental notice is not delivered to its employees on or before October 4, 2005, an additional full sixty (60) days notice period could be required.

37.     As of September 13, 2005, St. Mary's employed nine hundred seventy-four (974) persons:  eight hundred thirty-two (832) are members of a union (the "Union Employees") and one hundred forty-two (142) are not (the "Non-Union Employees").  The Union Employees consist of (i) five hundred eighty-nine (589) persons who are members of Local 1199 SEIU and work in technical, professional and security positions (the "1199 Staff Employees"), (ii) two hundred nineteen (219) registered nurse who are also members of Local 1199 SEIU (the "1199 RNs") and (iii) twenty-four (24) EMTs and paramedics who are members of Local 803 (the "803 Employees").  The Non-Union Employees consist of approximately (i) sixty-nine (69) physicians (the "Physician Employees") and (ii) seventy-three (73) other employees (the "Non-Union Staff Employees").  In addition, there are one hundred twenty-three (123) physicians who are credentialed at St. Mary's but are not employees.

38.     The closure of St. Mary's undoubtedly will have a negative impact on many of its employees.  SVCMC is committed to assisting these employees and has made a good faith effort to do so.  While SVCMC cannot guarantee a seamless transition for all of St. Mary's employees, SVCMC has taken a variety of steps to help as many employees as possible during this difficult transition period.

39.     First, to keep all of St Mary's employees abreast of information regarding the closure, assistance programs and job placement opportunities, SVCMC developed a communication plan that includes extensive contact with its employees. This plan has included conducting a series of town hall meetings for all St. Mary's Employees, weekly labor –management meetings, twice weekly meetings with department managers, and weekly physician leadership meetings.  SVCMC has also met

with the medical staff, other employees, and the collective bargaining units of unions from throughout the system. Through this process, SVCMC has taken the initiative to keep all of it employees and their representatives fully informed about the closing process.

40. Second, SVCMC is managing its internal placement process in an effort to maximize the likelihood that St. Mary's employees can fill current vacancies at other hospitals, clinics, and residential programs within the overall system. The Directors of Human Resources for each hospital, along with the Senior Vice President for Human Resources of the SVCMC system have attempted to match all existing vacancies within other system hospitals with employees to be displaced from St. Mary's. In fact, at least 30 employees have been offered employment opportunities internally at other SVCMC organizations.

41. Third, SVCMC intends to pay all severance, accrued vacation and incurred unemployment costs for employees at a projected cost in excess of $20 million. In addition SVCMC has provided, on an individualized basis, job placement, job training, one-on-one counseling, career assessments, access to social workers, and pastoral care for employees of St. Mary's.

42. Fourth, in addition to the assistance provided to St. Mary's employees, SVCMC has worked closely with the Local 1199 SEIU leadership to develop a comprehensive placement process for the members of that union. To this end, Local 1199 SEIU, the League of Voluntary Hospitals and Homes (the "League"), which represent approximately forty-nine (49) hospitals, including the SVCMC hospitals, (collectively, the "League Hospitals"), and the Greater New York Hospital Association,

reached a landmark agreement that creates a comprehensive program to assist union members at St. Mary's in finding comparable jobs at the League Hospitals (the "League Agreement"). *See* Letter from the League to Local 1199 SEIU and Attached Charts (March 8, 2005) attached as Exhibit F.

43.     The League Agreement is intended to provide every laid-off non-nursing 1199 Staff Employee the ability to transition into a new position in one of the League Hospitals within six-months of September 23, 2005. The League Agreement provides that 1199 Staff Employees will be offered the first opportunity to obtain new positions at League Hospitals. If employees cannot find positions from the current openings, the League Hospitals have agreed, pursuant to a sharing formula contained in the Agreement to guarantee positions to five hundred sixty-seven (567) 1199 Staff Employees. Positions are currently being reserved for laid off 1199 Staff Employees at each of the League Hospitals. For placement purposes, 1199 Staff Employees are grouped into five general categories:   professional, technical, clerical, maintenance and service. Each League Hospital, including those within SVCMC, has a quota for the number of 1199 Staff Employees it must hire within each category during the six month period. The 1199 Staff Employees will have priority over other applicants for positions at the League Hospitals and over internal transfers/promotions, unless such an internal transfer or promotion results in a vacancy for another 1199 Staff Employee. The 1199 Staff Employees will be matched to positions based on whether they were full-time or part-time employees. A full-time employee who accepts a part-time position does not give up the right to a full-time placement. The League Agreement also seeks to provide a job within a one hour commute of the employees' home if possible.

44.     Pursuant to the League Agreement, all League Hospitals will refer nursing vacancies (whether Local 1199 SEIU, NYSNA, or non-union) to the 1199 Job Security Fund and will give priority placement rights to the 1199 RNs in accordance with the provisions of the collective bargaining agreement.  This means that the 1199 RNs will be hired before other applicants unless there is an appreciable difference in ability of the other applicant.  While the League Agreement does not guarantee the rehiring of the 1199 RNs, I believe the majority of all nurses, whether or not represented by Local 1199 SEIU, likely will find new employment in a relatively short amount of time.  New York City has experienced a nursing shortage over the last several years and registered nurses are in great demand. Consistent with the experience of other area hospitals, St. Mary's has had difficulty in recent years finding enough registered nurses to even meet the hospital's limited needs.

45.     Because suspending the usual hiring practices at the approximately forty-nine (49) League Hospitals to place St. Mary's employees is logistically difficult and extremely disruptive to these hospitals' normal operating practices, the League and Local 1199 SEIU have set a deadline of September 23, 2005 for employees to register for the employment program.  1199 Staff Employees and 1199 RNs who do not submit a St. Mary's Re-Employment Program Registration Form and the Local 1199 Job Security Fund Profile and Assessment Form by September 23, 2005 will lose their reemployment guarantee.

46.     I understand from my own observations, the observations of those at St. Mary's who report directly or indirectly to me and the League that St. Mary's employees are deferring participation in this unique, and obviously beneficial, program

because there remains uncertainty whether and when St. Mary's will close.  Local 1199 SEIU has encouraged its workers to participate in the program, *see* Member Newsletter attached as Exhibit G, and SVCMC highlighted the importance of the program in a message from its President and CEO.  *See* Weekly Employee Newsletter, *Fast Facts*, (Aug. 19, 2005).

47.     To the extent not placed immediately, 1199 Staff Employees and 1199 RNs will receive severance, accrued time, and unemployment benefits.  The 1199 Job Security Fund will pay for the employees' health insurance for the first three months after the closure.  After the initial three months, a committee will assess the needs for the next three months.

48.     While the League Agreement does not apply to physicians, the impact of the closure on the physicians has already been somewhat mitigated.  First, many of the physicians associated with the outpatient clinics will be offered employment at these clinics under Kingsbrook sponsorship.  Further, all of the one hundred ninety-two (192) physicians credentialed at St. Mary's are also credentialed at Mary Immaculate Hospital and St. John's Queens Hospital.  Some of these physicians are also credentialed at other hospitals within the SVCMC healthcare system.  In addition, approximately one hundred and fifty-six (156) of these physicians are credentialed at other hospitals which are not part of SVCMC.  Any private patients of these physicians can be admitted at these hospitals by their existing physicians.  Although most of St. Mary's physicians are credentialed at other hospitals, SVCMC has offered the physicians' assistance in obtaining credentials at neighboring hospitals.

### COMMUNICATIONS ABOUT CLOSING ST. MARY'S HOSPITAL

49.     Kingsbrook has made job offers to 104 employees and physicians.

50.     As noted above, since the initiation of the turnaround plan in April 2004, St. Mary's and SVCMC have communicated regularly with its employees and the public about first, the efforts to turn around St. Mary's, second, the efforts to transfer St. Mary's and finally, when those efforts were unsuccessful, the plan to close the hospital. In the next paragraphs, I want to set forth a description of the efforts we have made to keep employees, the community generally, and the public at large equally informed of our efforts at St. Mary's.

51.     With respect to employees:

- at least thirteen (13) of the weekly SVCMC employee newsletter messages distributed by the President and CEO via email and printed and posted within departments included updates on St. Mary's and the efforts to turn it around or transfer it;

- a series of seven (7) town hall meetings were held at St. Mary's with the SVCMC CEO or COO and/or St. Mary's Executive Director to update the employees and get their feedback.  Dr. Linda Brady of Kingsbrook participated in one of these town halls to discuss Kingsbrook's intentions and receive employee feedback. All employees and physicians were invited to attend these meetings.

- The Executive Director and Vice-President of Nursing met monthly with the physician leadership to discuss St. Mary's planning; Dr. Linda Brady attended at least one of those meetings to brief them on Kingsbrook's plans.

52.   With respect to the community at large, we contacted all eighteen (18) members of the Community Advisory Council ("CAC") on June 3 or June 6, 2005 about the status of turnaround, transfer and closure issues for St. Mary's.  The CAC is an advisory board organized by the hospital to provide members of its local community a formal opportunity to interact with the hospital about issues that affect both the hospital and the community.  Thereafter, CAC meetings were held on June 23 (25 attendees), July 7 (22 attendees), July 21 (12 attendees) and August 4, 2005 (18 attendees).  Two non-CAC members were also in attendance.  On July 14, a local church sponsored neighborhood community group held a "Public Speak-Out" about the proposed closing of St. Mary's.  This session was attended by SVCMC and St. Mary's officials and community leaders.

53.   With respect to elected officials, the hospital placed calls to a number of elected officials in the first week of June, including calls to:  Mayor Michael Bloomberg, city Councilwomen Tracy Boyland and Chris Quinn, Assemblymen William Boyland Jr. and Richard Gottfried, State Senators Carl Andrews and Kemp Hannon, Borough President Marty Markowitz, Congressman Adolphus Towns, Senators Schumer and Clinton and Congressman Owens.  In-person meetings were conducted with HUD and DASNY, among others.  Contemporaneously, SVCMC issued press releases and completed interviews with a number of newspapers and television news programs, including, the Daily News, Newsday and the New York Times.

54.   Furthermore, SVCMC has implemented a detailed communications program to keep its medical staff, employees and public fully advised

about the process of the closing.  SVCMC has provided the Closure Plan to the Court and the community through the New York Lawyers for the Public Interest.

## FUTURE USE OF THE ST. MARY'S
## PROPERTY WILL BENEFIT THE COMMUNITY

55.     The St. Mary's campus consists of two parts:  the hospital itself and Shevlin Hall, a former nursing school that is being used by SVCMC as back-office and outpatient clinics space.  Before the decision to close the hospital was made, when SVCMC intended either to turn around St. Mary's or transfer the hospital as a going concern, SVCMC had begun a process to locate a purchaser for the Shevlin Hall.  After the decision to close the hospital was made, SVCMC began a process to locate a purchaser for the real estate parcel on which the hospital sits.  With input from its advisors, SVCMC concluded that selling the entire parcel to one buyer would maximize the return to these estates, particularly where SVCMC intends to find a buyer who will utilize the property in a way that also maximizes community benefit, preserving, even at this difficult time, the essence of the hospital's mission.

56.     Within these parameters, SVCMC has received several offers for St. Mary's.  The highest written offer is from a well-financed developer who has agreed to pay approximately $25 million for the property, subject to definitive documentation and Court approval of the sale.  SVCMC and the potential buyer are in the final stages of negotiating the terms of a purchase agreement. SVCMC has agreed not to disclose the specific terms of the offer, including the name of the potential buyer, until the parties have a signed contract.

57. Although the sales contract will not contain any deed restrictions, the potential buyer has told SVCMC that it intends to build low- and moderate-income housing on the St. Mary's property. SVCMC believes that such "inclusionary housing" is the best and most likely use of the property.

58. SVCMC has also discussed the proposed development of the St. Mary's property for inclusionary housing with the New York City Department of Housing and Preservation Development ("HPD"), which has indicated its support of the intended development project. HPD has provided SVCMC with a site plan for the property and has indicated it will assist SVCMC (and thus a purchaser from SVCMC) in obtaining any necessary approvals for such a project.

59. SVCMC believes that if the Court does not approve the closing of St. Mary's soon, the potential buyer might withdraw its offer and that, as a result, SVCMC may obtain a lower sale price for the property without the same level of comfort provided by the knowledge that plans for inclusionary housing will be pursued.

## Conclusion

60. From my own personal involvement in the process that has resulted in the decision to close St. Mary's, I know that this decision was not reached easily. It was reached only after significant financial and human resources were expended trying to make the hospital succeed. It was reached only after the data confirmed that these resources had not turned the hospital around and that the internal resources at SVCMC are insufficient to assure a successful turnaround particularly in light of the underutilization of the hospital and the general over-supply of hospital beds both in the State of New York and Brooklyn, where even the most used hospitals have an

occupancy rate of only approximately 73%, well below the 90% threshold for viability as discussed above. And it was reached after the most likely and active third party to take the hospital concluded that the resources required to return the hospital to break even, $40 million to fund expected losses and additional amounts required for capital expenditures, were beyond its capacity and unavailable to it from state resources.

61.     I also know from my own personal involvement that, once this decision was made, significant and substantial effort has been undertaken to minimize the impact of the hospital closing on all constituents. While the closure of any hospital, St. Mary's included, can be difficult for the patients, physicians, employees and the community in general, the transition of patients and their records is well-defined in an effort to be minimally disruptive. There are numerous proximal alternatives to St. Mary's for the small portion of the Brooklyn population that currently uses St. Mary's. And the out-patient clinics which these patients use will continue to operate in their current locations, with little, if any, disruption in service. The transition/closure plan is DOH approved. Employment opportunities and access to employment opportunities have been provided, and in the case of the League Agreement – for the hospital's largest group of employees – effectively guaranteed.

62.     Finally, I know from my own personal involvement that SVCMC is trying to find a buyer for the St. Mary's campus that will transform that campus into an important part of the community by providing inclusionary housing options.

63.     For all of these reasons, I believe that the closure of St. Mary's is appropriate and I urge the Court to approve this closure.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on September 19, 2005.


　　　　　　　　　　　　　　　　　　　　/s/ Dawn M. Gideon
　　　　　　　　　　　　　　　　　　　　Dawn M. Gideon

# EXHIBIT A

St. Mary's Statement of Operations

NY2:\1571544\01\X_M001!.DOC\99980.0025

**ST. Mary's Hospital of Brooklyn**
**Statement of Operations Information**
**(In thousands)**

| | YEAR END - AUDITED | | | YTD UNAUDITED |
|---|---|---|---|---|
| | **2002** | **2003** | **2004** | **JULY 2005** |
| **Revenue and other support:** | | | | |
| Net patient and resident service revenue | $ 157,526 | $ 150,982 | $ 104,103 | $ 57,511 |
| Capitation revenue | 1,360 | 212 | 2,900 | 1,201 |
| Other revenue | 12,447 | 11,319 | 12,842 | 14,785 |
| Total Revenue and other support | 171,333 | 162,513 | 119,845 | 73,497 |
| **Operating Expenses:** | | | | |
| Salaries and Wages | 78,491 | 83,643 | 70,211 | 38,307 |
| Employee benefits | 21,498 | 25,028 | 19,145 | 11,415 |
| Supplies and other expenses | 40,648 | 38,822 | 28,617 | 12,473 |
| Insurance | 5,747 | 7,139 | 8,325 | 2,948 |
| Interest | 3,531 | 4,947 | 1,354 | 483 |
| Provision for bad debts | 13,365 | 18,606 | 13,141 | 8,292 |
| Depreciation and amortization | 5,272 | 4,492 | 4,270 | 2,632 |
| Corporate allocated expenses | 3,957 | 9,547 | - | 8,862 |
| Total Operating expenses | 172,509 | 192,224 | 145,063 | 85,412 |
| Operating (loss) income | (1,176) | (29,711) | (25,218) | (11,915) |
| **Investment Income (loss)** | 1,442 | 523 | 690 | - |
| (Deficiency) excess of revenue over expenses | 266 | (29,188) | (24,528) | (11,915) |
| **Other Charges:** | | | | |
| Change in net unrealized (losses) gains on other than trading securities | 942 | 341 | 154 | - |
| St. Mary's OP PAC rate adjustment | - | - | - | 3113 |
| Change in unrestricted net assets | $ 1,208 | $ (28,847) | $ (24,374) | $ (8,802) |

Privileged & Confidential

# EXHIBIT B

Hospital Closures in New York State

NY2:\1571544\01\X_M001!.DOC\99980.0025

05-14945-cgm    Doc 386    Filed 09/19/05    Entered 09/19/05 20:35:12    Main Document
Pg 29 of 117    Sep 16 2005 11:16    P.02

HOSPITAL CLOSURES SINCE 1994

| Hospital | City or Town | County | Beds | Date Closed | Current Building Usage |
|---|---|---|---|---|---|
| Medical Arts Center Hospital | New York City | New York | 86 | 3/31/94 | Closed |
| Westchester Medical Center- Mental Retardation Institute | Valhalla | Westchester | 24 | 8/1/95 | Converted to outpatient program space |
| Mohawk Valley General | Ilion | Herkimer | 66 | 6/15/96 | Currently used as a primary care extension clinic |
| Julia Butterfield Memorial | Cold Spring | Putnam | 36 | 6/20/96 | Was used for outpatient activities of another hospital, which has since been relocated Closed |
| Wyckoff Heights Hospital – Jackson Heights Division | Jackson Heights | Queens | 83 | 12/12/96 | Closed |
| Flushing Hospital, Little Neck Division | Little Neck | Queens | 70 | 12/15/96 | Closed |
| Leonard Hospital | Troy | Rensselaer | 143 | 4/7/97 | Was used for patient care for a time, now closed |
| Samaritan Medical Center- Stone Street Division Watertown | Watertown | Jefferson | 57 | 12/31/97 | Hospital service closed, nursing home, DTC and dialysis services remain in operation |
| Union Hospital of the Bronx | Bronx | Bronx | 198 | 1/1/98 | Operated as full service DTC |
| Salamanca | Salamanca | Cattaraugus | 4 | 7/17/98 | Closed |
| Columbus Community Healthcare | Buffalo | Erie | 30 | 10/3/98 | Operated as DTC |
| St.John's Episcopal Hospital, Community Division | Smithtown | Suffolk | 66 | 6/1/99 | Closed |
| New York Flushing Hospital Medical Center – North Division | Flushing | Queens | 100 | 6/1/99 | Unknown as facility has not yet advised DOH of closure |
| St. Mary's Hospital | Rochester | Monroe | 218 | 11/1/99 | Operated as part of Park Ridge Hospital System; houses mental health and substance abuse services |
| Massapequa General Hospital | Seaford | Nassau | 122 | 8/15/00 | Closed |
| Olean General Hospital | Olean | Cattaraugus | 52 | 5/5/01 | This division is closed, services consolidated at main Olean General site in same town, still in operation |

| Hospital | City or Town | County | Beds | Date Closed | Current Building Usage |
|---|---|---|---|---|---|
| Genesee Hospital | Rochester | Monroe | 388 | 5/21/01 | Housed several outpatient type services, including a DTC for a while; now only houses private MD offices. |
| Staten Island University Hospital-Concord Division | Staten Island | Richmond | 71 | 2003 (not specified) | Used for administrative functions and urgicare center |
| Myers Community Hospital | Sodus | Wayne | 48 | 1/3/03 | Closed |
| Brooklyn Hospital Center-Caledonian Campus | Brooklyn | Kings | 190 | 3/19/03 | Operates as full service DTC |
| Interfaith Medical Center - Jewish Hospital of Brooklyn | Brooklyn | Kings | 300 | 4/1/03 | Outpatient clinic and MMTP operated in leased space |
| Mary McClellan Hospital | Cambridge | Washington | 49 | 4/14/03 | Closed |
| Island Medical Center | Hempstead | Nassau | 213 | 7/21/03 | Closed |
| St. Agnes Hospital | White Plains | Westchester | 184 | 10/10/03 | Closed |
| Our Lady of Mercy Medical Center-Florence D'Urso Pavilion | Bronx | Bronx | 183 | 1/30/04 | Closed |
| St. Vincent's Catholic Medical Center-St. Joseph's Hospital | Flushing | Queens | 221 | 8/27/04 | Closed |
| Beth Israel Medical Center-Singer Division | New York | New York | 268 | 8/1/04 | Closed |
| New York United Hospital | Port Chester | Westchester | 224 | 2/8/05 | Closed--not being used |
| | | | 3,694 | | |
| TOTAL | | | | | |

# EXHIBIT C

Department of Health Approval Letter

NY2:\1571544\01\X_M001!.DOC\99980.0025

 **STATE OF NEW YORK
DEPARTMENT OF HEALTH**

Corning Tower              The Governor Nelson A. Rockefeller Empire State Plaza              Albany, New York 12237

Antonia C. Novello, M.D., M.P.H., Dr.P.H.                                               Dennis P. Whalen
*Commissioner*                                                                          *Executive Deputy Commissioner*

August 31, 2005

Richard Boyle
Interim President and Chief Executive Officer
Saint Vincent Catholic Medical Centers
130 West 12th Street
Suite 1-G
New York, NY  10011

**Re:    St. Mary's Hospital – Brooklyn**

Dear Mr. Boyle:

In response to your facility's request for closure, staff from the Bureau of Hospital and
Primary Care Services and the New York Metropolitan Area Regional Office, have
reviewed the final documents dated August 26, 2005 for the facility listed above.

The Department approves the implementation of the closure plan, which ceases all
hospital-related activities by September 20, 2005. The Operating Certificate should be
surrendered to the New York Metropolitan Area Regional Office immediately following
that date.

Please contact Marianne Oros at (212) 417-5990, should you have any questions
concerning this matter.

Sincerely,

Lisa M. Wickens
Assistant Director
Office of Health Systems Management

cc: Ms. Oros

# EXHIBIT D

Extension Letter to the Department of Health

NY2:\1571544\01\X_M001!.DOC\99980.0025



# Saint Vincent
# Catholic Medical Centers

www.svcmc.org

The Academic
Medical Center of
New York Medical College
in New York City



Saint Vincent
Catholic Medical Centers
170 West 12 Street
New York, NY 10011
(212) 604-7000

Bayley Seton Hospital

Bishop Mugavero Center
for Geriatric Care

Holy Family Home

Mary Immaculate
Hospital

Msgr. Fitzpatrick
Skilled Nursing Pavilion

St. Elizabeth Ann's Health
Care & Rehabilitation
Center

St. John's Queens
Hospital

St. Joseph's Hospital

St. Mary's Hospital
Brooklyn

St. Vincent's Hospital
Manhattan

St. Vincent's Hospital
Staten Island

St. Vincent's Hospital
Westchester

September 12, 2005

Marianne Oros
Regional Director, Hospital & Primary Care
Services/EMS-Metropolitan Area Regional Office
New York State Department of Health
90 Church Street
New York NY 10007

Dear Ms. Oros:

We are writing to advise you of the revised timeline regarding the closure process for St. Mary's Hospital, pending the Bankruptcy Court's approval. St. Mary's Hospital is part of the Saint Vincent Catholic Medical Centers of New York (SVCMC) system.

The expected timetable for the closure, pending the Bankruptcy Court's approval is:

September 21, 2005 – Inpatient services closed to elective admissions

September 23, 2005 -  Cease functioning as a 9-1-1 receiving hospital

October 4, 2005 – All Inpatient services closed; PCAP services closed

The Family Health Centers,  and other outpatient services will close no later than September 30th. Within this timeframe, we will continue to work with Kingsbrook HealthCare System to coordinate these closures with their plans to initiate services under their auspices. It is anticipated, pending NYSDOH approval of emergency certificates of needs, that Kingsbrook will commence operations of the outpatient services on or about October 3rd.    St. Vincent's Family Health Center, pending NYSDOH approval of emergency transfer of the operating license, will be under the auspices of St. Vincent's Hospital Manhattan.   Additionally, it is expected that Kingsbrook will continue to provide HIV program services and primary care to these clients.

With regard to WIC, it is anticipated that these services will continue to be provided as SVCMC and Kingsbrook are finalizing a subcontract arrangement to facilitate continuity of uninterrupted WIC services by Kingsbrook at the existing sites.

It is anticipated that the 19 medically managed detoxification beds as well as the operating certificates for the methadone maintenance and MICA programs will be transferred from St. Mary's Hospital to Mary Immaculate Hospital's auspices, pending NYSDOH approval of the emergency transfer requests.
SVCMC will maintain a skeleton crew and an ambulance at St. Mary's to triage patients to Kingsbrook as well as other providers of their choice from October 4 th through no later than November 1.

We continue to work collaboratively with employees and union leadership to implement a comprehensive placement process to match the skills of displaced employees with job opportunities within the SVCMC system, at Kingsbrook, and at other institutions within the industry. As described in its Letter of Intent, Kingsbrook intends to employ many of the physicians and staff currently providing care at the outpatient facilities.

Throughout this closure process, our priority is to assure that our patients and our staff receive the care and assistance that they need. We will continue to work closely with you and your staff to meet all the regulatory requirements related to this matter and will continue to work with Kingsbrook HealthCare System as it implements the plans outlined in its Letter of Intent. We are grateful to Kingsbrook HealthCare System for their anticipated assumption of responsibility for outpatient care services in the community near St. Mary's.

We appreciate your assistance throughout this process and we will notify you immediately upon the motion of the Bankruptcy Court to approve the St. Mary' s Hospital Closure Plan.

Sincerely,

Bernadette Kingham-Bez
Senior Vice President
Communications and Planning

cc:   Richard Boyle, SVCMC Chief Executive Officer and President
      Linda Brady, MD, Kingsbrook Chief Executive Officer and President
      Robert Fanning, SVCMC Chief Operating Officer
      Gerard Connolly, Executive Director, St. Mary's Hospital
      Elizabeth St. Clair, SVCMC Chief Legal Council

# EXHIBIT E

Closure Plan



# Saint Vincent
# Catholic Medical Centers

www.svcmc.org

The Academic
Medical Center of
New York Medical College
in New York City



Saint Vincent
Catholic Medical Centers
170 West 12 Street
New York, NY 10011
(212) 604-7000

Bayley Seton Hospital

Bishop Mugavero Center
for Geriatric Care

Holy Family Home

Mary Immaculate
Hospital

Msgr. Fitzpatrick
Skilled Nursing Pavilion

St. Elizabeth Ann's Health
Care & Rehabilitation
Center

St. John's Queens
Hospital

St. Joseph's Hospital

St. Mary's Hospital
Brooklyn

St. Vincent's Hospital
Manhattan

St. Vincent's Hospital
Staten Island

St. Vincent's Hospital
Westchester

August 26, 2005

Dennis Whalen
Executive Deputy Commissioner
New York State Department of Health
Corning Tower Building
Albany, NY 12237

Neil Benjamin
Assistant Director
Division of Health Standards and
Surveillance
New York State Department of Health
433 River Street, Hedley Park Place
Troy, NY 12180

Martin Conroy
Director, Bureau of Hospital & Primary
Care Services
Division of Health Facility Planning
New York State Department of Health
433 River Street, Hedley Park Place
Troy, NY 12180

David Wollner
Director, Office of Health Systems Management
New York State Department of Health
Corning Tower Building
Albany, NY 12237

Marianne Oros
Regional Director, Hospital & Primary Care
Services/EMS-Metropolitan Area Regional Office
New York State Department of Health
90 Church Street
New York, NY 10007

Dear Messrs. Whalen, Benjamin, Wollner and Conroy and Ms. Oros:

It is with deep regret that I submit the final draft of the St. Mary's Closure Plan. It is unfortunate that Saint Vincent Catholic Medical Centers (SVCMC) no longer has the capability to sustain St. Mary's significant, ongoing operating losses. SVCMC is pleased, however, that the final plan includes the continued provision of outpatient services at all the outpatient sites currently operated by St. Mary's Hospital.

Specifically, we are supportive of the Kingsbrook Jewish HealthCare System's proposed plan to increase inpatient capacity at its nearby hospital and to provide outpatient primary and specialty care services at the following sites currently operated by St. Mary's:

- St. Mary's Hospital Ambulatory Care Center
- Pierre Toussaint Family Health Center
- Charles Drew Family Health Center
- St. Peter Claver Family Health Center
- St. Francis of Assisi Family Health Center
- Sister Thea Bowman Family Health Center

In addition, St. Vincent's Hospital Manhattan is developing an emergency certificate of need application to transfer the operation of St. Vincent's Family Health Center to St. Vincent's Hospital Manhattan. The St. Vincent's Family Health Center provides primary pediatric services to approximately 750 children, with over 6000 visits annually. The transfer to St. Vincent's Manhattan is based on the close clinical relationship between that hospital and these services.

We have also focused on the transition for clients in the St. Mary's Women, Infants and Children Care (WIC) Program, that serves approximately 3,000 individuals at St. Mary's Hospital, St. Francis of Assisi and Sister Thea Bowman Family Health Centers. A collaborative effort with Roberta Hayward, Al Lobalbo, Mike Macaluso and SVCMC staff has resulted in a detailed transition work plan. Nearby alternative WIC providers have been identified and client notification letters developed (these letters will be translated into Spanish, Creole and Bengali). WIC and SVCMC staff has developed a transition plan that includes contacting each client to advise them of their choices and to assure their continuity of care.

Pending approval of the Closure Plan, and the subsequent approval of the Federal Bankruptcy Court, we anticipate the closure schedule to be the following:

September 8, 2005   —   Inpatient services closed to elective admissions

September 20, 2005 —   All inpatient and outpatient services to be closed

October 18, 2005    —   Triage coverage of Emergency Department discontinued

We are grateful to Linda Brady, MD and Kingsbrook for their commitment to assuming the provision of critical inpatient and outpatient services in the community served by St. Mary's.

Finally, we appreciate your efforts to assure that a comprehensive plan is put in place to best meet community needs within the challenging realities of today's healthcare environment.

Sincerely,

Bernadette Kingham-Bez
Senior Vice President, Communications and Planning

Enclosure

cc:   Richard Boyle, SVCMC Interim President and Chief Executive Officer
      Robert Fanning, SVCMC Chief Operating Officer
      Gerard Connolly, St. Mary's Hospital, Executive Director,
      Elizabeth St. Clair, SVCMC Chief Legal Council
      Linda Brady, MD, Kingsbrook HealthCare System Chief Executive Officer

**SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK
REVISED AND FINAL CLOSURE PLAN DRAFT – AUGUST 26, 2005
FOR ST. MARY'S HOSPITAL BROOKLYN**

## Table of Contents

| | | Page |
|---|---|---|
| I. | Introduction and Overview | 2 |
| II. | SVCMC Board of Directors Resolution | 4 |
| III. | Services to Close and Relocate and Plans for Continuity of Patient Care | 4 |
| | - Program Closures | 4 |
| | - Program Relocation | 5 |
| | - Closure Impact | 5 |
| | - Plans for Continuity of Care | 6 |
| IV. | Human Resource Plan | 7 |
| V. | Medical Staff Plan | 7 |
| VI. | Communications and Community Outreach Plan | 8 |
| VII. | Records Management and Retention Plan | 17 |
| | - Kingsbrook Medical Record Storage Agreement | 22 |
| VIII. | Disposition Plan for Medical Equipment, Pharmaceuticals, Radioactive Material | 27 |
| | - Plans for Pharmacy and Radiology | 27 |
| | - Plans for Laboratory and Dental Clinic | 28 |
| | Exhibit A<br>- SVCMC Board of Directors Resolution | 29 |
| | Exhibit B<br>- Hospital Letters | 32 |
| IX. | Addendum | |

# SAINT VINCENT CATHOLIC MEDICAL CENTERS
# REVISED AND FINAL CLOSURE PLAN DRAFT
# ST. MARY'S HOSPITAL BROOKLYN

## AUGUST 2005

### INTRODUCTION AND OVERVIEW

In June 2005, the Board of Directors of Saint Vincent Catholic Medical Centers of New York ("SVCMC") directed management to relocate certain outpatient services from St. Mary's Hospital Brooklyn and to close the campus. This decision was made in light of several compelling facts:

- SVCMC ended 2003 with approximately $69 million in losses from operations and significant cash flow issues. In January 2004, the Board of SVCMC hired Speltz & Weis LLC, a firm that specializes in corporate renewal and financial solvency for healthcare facilities, to develop a "turnaround plan" to secure SVCMC's long term financial stability.

- Although SVCMC's financial turnaround made progress during 2004, moving toward stabilizing cash flow and rebuilding operational infrastructure, SVCMC recorded a net operating loss of $143.4 million at the end of the year. In addition, following a reconciliation of AR balances, problems were identified in the recording of revenues which resulted in the overstatement of revenues and AR balances of approximately $60M in 2004. These adjustments had an adverse impact on the projected baseline losses identified in May, 2004, with the actual performance of SVCMC far worse than originally anticipated when Speltz and Weis, LLC was appointed. Consequently, the SVCMC turnaround plan requires a total EBIDA improvement in excess of $200M.

- In February 2005, the Board directed management to develop a more comprehensive system restructuring plan to address the $60 million gap in the turnaround plan baseline, volume decreases and the growing awareness of the need to fundamentally change the health care delivery system.

- On June 1, 2005, the Board reviewed and approved a comprehensive system restructuring plan for SVCMC. Part of that plan involves the closure of St. Mary's Hospital Brooklyn.

- The decision to close St. Mary's followed an extensive, year-long process to find another operator for the hospital. In March 2004, SVCMC sent out a Request for Expressions of Interest to other Article 28 providers who might assume operations of St. Mary's. The only provider who expressed serious interest was Kingsbrook Healthcare System in Brooklyn. In December, 2004, SVCMC and Kingsbrook signed a Letter of Intent for SVCMC to transfer the hospital to Kingsbrook. After completing its financial projections, however, Kingsbrook determined that it would require annual State funding of $10 million to cover St. Mary's operational losses and minimum capital needs. Finding it not financially feasible to assume responsibility for operating the hospital without State financial assistance, Kingsbrook terminated the Letter of Intent.

- Pending the New York State Department of Health's approval of emergency certificates of need, Kingsbrook HealthCare System has agreed to assume operations of all the outpatient facilities except St. Vincent's Family Health Center. SVCMC will submit an emergency certificate of need to facilitate St. Vincent's Hospital Manhattan's ability to assume operations and transfer the Article 28 license.

4

- Because of limited resources, SVCMC cannot afford the capital investment needed to maintain St. Mary's as an acute care facility. Nor can SVCMC afford to sustain further operating losses which, in the month of May 2005 alone, totaled $3.8 million. The inpatient daily census as of August 13, 2005 was 90 patients, and continues to decline. Surgeries are showing a significant decline since the June 2005 average of 6 surgeries per week. With no apparent financial support for the full transfer of St. Mary's to Kingsbrook, SVCMC must move forward with a plan to close the hospital campus.

- Four outpatient methadone maintenance clinics will remain in existing space, as will a continuing day treatment program for the mentally ill chemical abuser (MICA). Certificate of Need applications have been filed to transfer these clinics to the operating certificate of Mary Immaculate Hospital Queens.

The closure of St. Mary's requires communication to employees, patients, families, providers and the community at-large, transfer/removal of medical records, and disposition of equipment, pharmaceuticals and inventory. In anticipation of the closing of St. Mary's and in preparation for the transition of the community and patients to alternative delivery sites, SVCMC management has been working with other area organizations and providers to plan for communication and transition. SVCMC has and will involve other stakeholders in the closure process, including:

- St. Mary's Hospital Medical Staff
- Employees of St. Mary's Hospital
- Collective Bargaining Units, including 1199/SEIU and Local 803
- Brooklyn Borough President Marty Markowitz
- Congressman Edolphus Towns
- Congressman Major Owens
- NYS Senator Carl Andrews
- NYS Assemblyman William Boyland, Jr.
- NYC Councilmember Tracy Boyland
- Community Planning Board #8
- Local Fire, Police and EMS Units
- State of New York Department of Health
- NYS Office of Mental Health
- Local and regional patient advocacy and support groups
- Other Brooklyn-based health care providers (see below: Plans for Continuity of Care)

## II. SVCMC BOARD OF DIRECTORS RESOLUTION

A resolution passed by the Board of Directors of SVCMC is attached as **Exhibit A.**

## III. SERVICES TO CLOSE OR RELOCATE AND PLANS FOR CONTINUITY OF PATIENT CARE

The acute care volume for St. Mary's Hospital is approximately 8,000 admissions per year. It is expected that this capacity will be absorbed by other hospitals in the vicinity, particularly Kingsbrook Healthcare System. Other hospitals who may care for patients include: Brookdale University Hospital; Kings County Hospital Center; Brooklyn Hospital Center; Interfaith Hospital Center; SUNY Downstate Medical Center; and Wyckoff Heights Medical Center. As of August 26, 2005, SVCMC is in the process of transferring the outpatient services to Kingsbrook to ensure continuity of care. Additionally, Kingsbrook has recently enlarged its emergency room and is seeking to increase its acute care capacity through the conversion of certain inpatient rehabilitation beds. In addition to Kingsbrook, SVCMC has also notified each of the other neighboring hospitals and asked them to prepare to absorb any extra volume as a result of the expected closure of St. Mary's. The chief executive officers of each hospital have indicated their ability and interest to provide such care.

### A. PROGRAM CLOSURES

Pending the approval of the Federal Bankruptcy Court, the closure of St. Mary's will occur in two parts. The first part is the closure of acute medical surgical beds, pediatrics and the emergency department. This will be done as soon as regulatory and court approval is received and planning for patient transitions to assure continuity of care is completed. The second part involves the relocation of four outpatient methadone maintenance clinics to the operating certificate of Mary Immaculate Hospital Queens. The Certificate of Need application to accomplish this step has been filed with the State Department of Health and the State Office of Mental Health.

The following services will close:
- Inpatient facilities:
  - Acute Medical Surgical Beds
    - 241 licensed beds with an average daily census of 93 (as of August 2005)
    - 4 coronary care beds
    - 12 intensive care beds
  - 35 pediatric beds
  - Emergency Department

The following services will be transferred to be operated under the auspices of Kingsbrook HealthCare System:

  - Family Health Center, 343 Kings 3rd Walk, Brooklyn, NY 11213
  - Family Health Center, 331 Knickerbocker Avenue, Brooklyn, NY 11237
  - Family Health Center, 1061-63 Liberty Avenue, Brooklyn, NY 11208
  - Family Health Center, 1201-1215 Sutter Avenue, Brooklyn, NY 11208
  - Family Health Center, 1110 Eastern Parkway, Brooklyn NY 11213
  - Ambulatory Care and Dental Clinic, located at St. Mary's, 170 Buffalo Avenue, Brooklyn, NY 11213

## B. PROGRAM RELOCATION

Listed on St. Mary's operating certificate are four outpatient facilities that provide drug rehabilitation and methadone maintenance services. SVCMC will continue to operate these facilities at their existing locations and, upon approval of the Certificate of Need application filed with the State Department of Health and the Office of Mental Health, will move these services to the operating certificate of Mary Immaculate Hospital Queens. These outpatient facilities are:

- o  St. Martin De Porres Clinic, 480 Alabama Avenue, Brooklyn, NY 11207
- o  St. Mary's Hospital MMTP, 1480 Prospect Place, Brooklyn, NY 11213
- o  St. Mary's Hospital MMTP, 639 Classon Avenue, Brooklyn, NY 11238
- o  St. Mary's Hospital MMTP, 229 Powell Street, Brooklyn, NY 11212

Pending DOH approval, this facility will be operated under the auspices of St. Vincent's Hospital Manhattan:
- o  Family Health Center, 162 Pierrepont St., Brooklyn, NY 11201

## C. CLOSURE IMPACT

In Central Brooklyn, the average daily census for acute care beds at the area hospitals is 54%, with a low of 25% occupancy at Interfaith Medical Center and a high of 73% occupancy at Brookdale University Hospital Center according to analysis performed by the United Hospital Fund of 2003 Institutional Cost Reports. St. Mary's average occupancy is 63%. The chart below details each hospital's average occupancy rate.

| Hospital | Licensed Acute Beds-2003 | Acute days-2003 | Census | Occ Rate |
|---|---|---|---|---|
| Brooklyn Hospital Center | 454 | 103,853 | 285 | 63% |
| St. Mary's Hospital Of Brooklyn | 269* | 61,936 | 170 | 63% |
| Kings County Hospital Center | 599 | 110,650 | 303 | 51% |
| Interfaith Medical Center | 586 | 53,353 | 146 | 25% |
| Kingsbrook Jewish Medical Center | 216 | 56,238 | 154 | 71% |
| University Hospital Of Brooklyn | 324 | 65,746 | 180 | 56% |
| Brookdale University Hospital Center | 455 | 121,342 | 332 | 73% |

*Note: This analysis includes obstetrics and gynecology beds which were eliminated in late 2003. Current licensed beds are 241.

This data reflects:
1.  The delivery of health care is shifting out of inpatient settings and into community ambulatory settings.
2.  Length of stay is decreasing across New York and is predicted to continue to shorten, affecting overall census figures.

St. Mary's captured only 3% of the Brooklyn inpatient market in 2003. In Brooklyn overall, St. Mary's has experienced no growth in discharges over the past 6 years, and actually experienced a decrease of 270 discharges from 2001 to 2003, with 8,423 discharges for that year.

In its primary neighborhood of Bedford-Stuyvesant Crown Heights, it lost 59 discharges from 2001 to 2003 and remains flat at 13.9% of market share. In East New York, it had 4.5% market share in 2003, which represented 958 discharges, a loss of 166 discharges from 2001. In Willamsburg-Bushwick it gained 24 discharges to780 discharges for 2003, but market share fell to 2.5% from 2.7% in 2001.

### D. PLANS FOR CONTINUTY OF CARE

Continuity of care for the St. Mary's Hospital patient population will be provided by:

Kingsbrook Healthcare System
585 Schenectady Avenue
Brooklyn, NY 11203

Brookdale University Hospital
One Brookdale Plaza
Brooklyn, NY 11212

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY 11203

Brooklyn Hospital Center
121 DeKalb Ave.
Brooklyn, NY 11201

Interfaith Medical Center
1545 Atlantic Avenue
Brooklyn, NY 11213

Wyckoff Heights Medical Center
374 Stockholm Street
Brooklyn, NY 11237

We have letters from all of the chief executive officers of these facilities in which each expresses its capacity to absorb inpatient, outpatient and emergency care. The letters are attached to this plan as **Exhibit B**. These facilities are accessible via public transportation and private automobile. The **Addendum** includes samples of letters informing St. Mary's outpatients of the continuation of operations under the auspices of Kingsbrook. These will be posted and distributed at all St. Mary's ambulatory care clinics as well as on the Internet, and translated into Spanish, Creole and Bengali. The **Addendum** also includes examples of notification letters for WIC, PCAP and HIV clients. These letters provide a suggested list of alternative care providers located nearby. Information regarding medical records is included in these letters. These letters will also be translated into Spanish, Creole and Bengali.

Patients of the Dental Clinic at St. Mary's will have the choice to transfer their records to either St. John's Queens Hospital or St. Dominics' Family Health Center, both of which are part of the SVCMC healthcare system and located nearby in Queens, or to transfer their records to another facility in the area. A draft notification letter to dental patients indicating these choices is included in the **Addendum.**

8

## IV. HUMAN RESOURCE SERVICES AND EMPLOYEE RELOCATION

There are approximately 931 employees affected by the closure of St Mary's, most of whom are members of 1199/SEIU. SVCMC is carefully managing current job vacancies throughout the system to ensure that SVCMC retains the maximum capability for internal placement.

Additionally, the League of Voluntary Hospitals & Homes and 1199 SEIU have reached a landmark agreement regarding full time and part time employees who are affected by the closure. Positions are being held at other League hospitals with the goal of moving every laid-off 1999 SEIU member employee into a new job as quickly as possible.

Professionals (except registered nurses) as well as technical and support staff members have been given a six-month guarantee: each League hospital, including those within SVCMC and St. Vincent's Midtown, has a quota for the number of St. Mary's workers it must hire within six months of St. Mary's last payroll period.

All League hospitals will refer vacancies (whether 1199 SEIU, NYSNA, or non-union) to the 1199 SEIU Job Security Fund. League hospitals will give priority placement rights to St. Mary's nurses in accordance with the provisions of the collective bargaining agreement. For St. Mary's nurses, this means that they will be hired, unless there is an appreciable difference in ability with another nurse, for the open position.

For placement purposes, workers will be grouped into five general categories: professional, technical, clerical, maintenance and service. St. Mary's workers will have priority for positions at League hospitals over other 1199 SEIU Job Security Fund candidates, and over internal transfers or promotions – unless such an internal transfer or promotion results in a vacancy for a St. Mary's employee.

As a contributing employer to the Joint Industry and Union Job Security and Training & Upgrading Funds, SVCMC will be coordinating efforts to ensure that St. Mary's staff receives supplemental unemployment benefits and retraining and placements through these organizations.

Open and ongoing communication continues with all affected staff and labor organizations.

## V. MEDICAL STAFF SERVICES AND RELOCATION

There are approximately 229 physicians who are credentialed at St. Mary's Hospital, all of whom also are credentialed at Mary Immaculate Hospital and St. John's Queens Hospital. Some of these physicians are also credentialed at other hospitals within SVCMC. Any private patients of these physicians could be admitted at these hospitals by their existing physician.

In addition, approximately 156 physicians also are credentialed at other hospitals which are not part of the SVCMC healthcare system but are located in Brooklyn and other boroughs (approximately 105 of these physicians are credentialed at Brooklyn hospitals). Kingsbrook has spoken to a number of physicians concerning obtaining medical staff privileges. There is an expected minimal impact on the continuity of care for private patients of St. Mary's physicians.

Although most St. Mary's physicians are credentialed at another hospital, should they so desire, SVCMC will offer them assistance in obtaining credentials at neighboring hospitals.

## VI.    COMMUNICATIONS AND COMMUNITY OUTREACH PLAN

In addition to communication with St. Mary's patients, physicians, nurses and staff, we continue to collaborate with various community members, including the unions, elected officials, government officials, the media and the community advisory board.

The following grid demonstrates the range of groups and SVCMC's method of communication. The community advisory board met on June 23, July 7, July 21, August 4 and August 18, 2005, with over 22 members of the community, along with some of St. Mary's staff, to discuss how to best address the health care needs of the community. A Communications Outreach Log, follows.

# COMMUNICATIONS OUTREACH LOG

**St. Mary's Hospital**
**Updated 8/26/05**

| Constituency | Initial Communications | Follow-up Communications |
|---|---|---|
| **St. Mary's Employees** | 6/3/05: Initial memo announcing SVCMC Board's decision to close Hospital<br>7/21: WARN Act Memo sent to unions and non-union employees | Town Hall 6/6, 7/9<br>Weekly Labor/Management meetings<br>Twice weekly meetings w/ Dept .Managers |
| **St. Mary's Physicians** | 6/3/05: Initial memo announcing SVCMC Board's decision to close Hospital<br>7/21: WARN Act Memo sent to unions and non-union employees | Town Hall 6/6, 7/9<br>Weekly physician leadership meetings |
| **SVCMC Employees** | Fast Facts Message 6/3 | |
| **Labor/Management**<br>&bull; 1199 Leadership<br>&bull; St. Mary's 1199 Delegates<br>&bull; SVCMC 1199 Delegates<br>&bull; 803 Leadership | Conference call 6/2<br>Meeting 6/3<br>Meeting 6/6<br>Meeting 6/7 | Conference call with DOH 6/3<br><br>1199 Delegate Meetings 6/6, 6/7, and 7/21 |
| **Community Advisory Council**<br>  &bull; Doris Alexander<br>  &bull; Anthony Alexis<br>  &bull; Sabrina Evans<br>  &bull; Pamela Green<br>  &bull; Angela Griffin<br>  &bull; Phyllis Herbert<br>  &bull; Robert Lipinsky<br>  &bull; Marco Mason<br>  &bull; Robert Matthews<br>  &bull; Katrina McCloud<br>  &bull; Ngozi Moses<br>  &bull; Monsignor Joseph Nugent<br>  &bull; Wendy Rost<br>  &bull; Ajao Salu<br>  &bull; Marlene Saunders<br>  &bull; Harry Schiffman<br>  &bull; Ann-Marie Edwards<br>  &bull; Reverend J.D. Wadell<br>Non-Council Members also in attendance:<br>  &bull; Anthony Feliciano<br>  &bull; Amanda Masters | **All members were called 6/3 or 6/6** | Advisory Council Meeting held June 23rd. Attendance list & Agenda attached. Also included discussion by William Boyland Sr.<br><br>Advisory Council Meeting held on July 7th. Attendance list & Agenda attached.<br><br>Advisory Council Meeting held on July 21st. Attendance list & Agenda attached.<br><br>Advisory Council Meeting held on August 4th. Attendance list & Agenda attached.<br><br>Advisory Council Meeting held on August 18th. |

11

| Constituency | Initial Communications | Follow-up Communications |
|---|---|---|
| **Community Meetings** | Public Speak-out Hosted by the Neighborhood Community Advisory Board on 7/14/05 | List of Panelist & Agenda attached |
| **Elected Officials** | | |
| • Mayor Michael Bloomberg | Telephone call 6/3 to Deputy Mayor Marc Shaw | |
| • City Councilwoman Tracy Boyland | Telephone call and conference call with DOH 6/3 | Represented by William Boyland, Sr. at 6/23/05 Community Advisory Council |
| • Assemblyman William Boyland, Jr. | Telephone call and conference call with DOH 6/3 | Follow-up call 6/21 |
| • State Senator Carl Andrews | Telephone call and conference call with DOH 6/3 | Follow-up call 6/21 |
| • Borough President Marty Markowitz | Telephone call 6/3 | Met with Pat Wardell on 6/7 |
| • Senator Kemp Hannon | Telephone call 6/6 with Jane Preston | |
| • Assemblyman Richard Gottfried | Telephone call 6/6 with Richard Conti | |
| • City Councilwoman Chris Quinn | Telephone call 6/3 with Jeremy Hoffman | Met with Councilwoman Quinn on 7/8; Met with Councilwoman Quinn and other interested members of the City Council on 7/14 |
| • Director Community Board 8 | Telephone call 6/3 and invited to participate in DOH conference call | Chairman and District Manager sit on St. Mary's Community Advisory Board, referenced above. |
| • Congressman Adolphus Towns | Telephone call 6/3 and invited to participate in DOH conference call | Meeting to be held 8/9 |
| • Senator Schumer | Telephone call 6/3 | |
| • Senator Clinton | Telephone call to state director 6/3 and invited to participate in DOH conference call | |
| • Congressman Major Owens | Telephone discussion with staff on 6/21 | Met with congressman Owens and Staff on 8/3 |

12

| Constituency | Initial Communications | Follow-up Communications |
|---|---|---|
| **Government Officials** | | |
| • D. Whalen | In-person meeting 6/2 | Conference call 6/3 and 6/24 |
| • HUD | In-person meeting 6/2 | |
| • DASNY | In-person meeting 6/2 | |
| • D. Wilmer | In-person meeting 6/2 | Conference call 6/24 |
| • Regional DOH-Marianne Oros | Conference call review of draft 6/21; | Ongoing daily conference calls regarding various aspects of plan and continuity of care issues |
| • DOH Office of Emergency Services – Ed Wronski | Conference call regarding closures plan | |
| • PCAP Program | Weekly conference calls to ensure client transition | |
| • HIV/AIDS | Discussions with AIDS Institute to ensure client primary care transition and continuity | |
| • DOH Bureau of Women and Children's Services – Linda Thornton, Roberta Hayward | Effective July, established weekly conference calls with Roberta Hayward and St. Mary's staff to ensure transition of WIC clients to other WIC providers.   Patient notification letters indicating alternative providers nearby were developed.  Weekly transfer logs to verify client continuity of care have been created to report transition progress to WIC officials. | Weekly conference calls effective July and to continue until all clients have been transfered |
| • FDNY Chief Peruggia | Meeting on 6/24 | Ongoing discussions |
| **Media** | | TBD |
| • *Daily News* | Sent press release and completed interview 6/3 | |
| • *New York Times* | Sent press release and completed interview 6/3 | |
| • *Newsday* | Sent press release and completed interview 6/3 | |
| • *Caribbean Life* | Sent press release 6/3 | |
| • *Crain's Health Pulse* | Sent press release and completed interview 6/3 | |
| • Modern Healthcare | Sent press release 6/3 | |
| • *NY1* | Confirmed story 6/4 | |
| • *WABC Channel 7* | Confirmed story 6/4 | |
| • *WNBC Channel 4* | Confirmed story 6/4 | |
| • *WCBS Channel 2* | Confirmed story 6/4 | |
| • *Courier Life Newspapers* | Conducted interview re: closure 6/22 | |
| • *WNBC Channel 4* | Sent statement on need for closure 6/22 | |
| • *Channel 12* | Conducted interview re: closure 6/24 | |
| • *Amsterdam News* | Conducted interview 7/15 | |

13

| Constituency | Initial Communications | Follow-up Communications |
|---|---|---|
| Patients | Posted initial announcement in outpatient clinics 6/9 | Distributed preliminary letter to all patients regarding closure, alternatives for care, and transfer of medical record 6/10 |

14

# ST. MARY'S HOSPITAL
Community Advisory Council Meeting
June 23rd, 2005
10:00 AM

SIGN-IN SHEET

| NAME | ORGANIZATION |
|------|--------------|
| V DISANTI | St. MARYS ADM. |
| Natasha Burke | St. Mary's Hospital |
| BERNADETTE KINGHAM-BEZ | SAINT VINCENT CATH MED. CTRS |
| Sr. M Carmelita Shaughnessy | St. Mary's |
| Damian A. Guarlara | SVCMC Human Resources |
| Patrick H. Yardly | SVCMC SMH |
| Charlie Cosby - Pastor J. Dshe | Christ The Rock Church |
| Anthony Feliciano | CSOH |
| Rev. F.D. WADDELL | St. FRIENDSHIP Baptist Church |
| JOHN RICCINS | St. MARYS |
| WILFRED HERARA, MJ | St MARys |
| HARRY Schipfma | 1CTAC |
| Doris Alexander | C.B. # 8 |
| Robert Marthews | C.B. # 8 |
| | |
| William Boyland | ASSEMBLYMEN Boyland / Nopersop |
| Anthony Aletti | CM Tracy L Boyland |
| Ann Marie Edwareb | 1199 Organizer |
| Louis Ellis | St. Mary's Hospital |
| R. Johnson c/n Troy Boyland | 2094 B Fulton St. |
| Phyllis Herbert | Christian Fellowship S.D.A. |
| Katrine McCloud | Community |
| Amanda Masters | NYLPI  212 244-4664 |
| Che' Chapter | Senator Carl Andrews |
| Steven Studman | Save Our Hospitals |

15

# ST. MARY'S HOSPITAL
Community Advisory Council Meeting
July 7th, 2005
10:00 AM

### SIGN-IN SHEET

| NAME | ORGANIZATION |
|---|---|
| Phyllis Herbert | Christian Fellowship SDA |
| Sister M Carmelita Thompson | St. Mary's |
| V DISANTI | ST. Mary's |
| GERARD Connolly | St. Mary's |
| Duncan Quarless | St. Mary's |
| Larry Schiffma | ICMC |
| Robert Matthew | CB 8 |
| William | CB 8 |
| JOHN HIGGINS | ST Mary's |
| Bernadette Kingham | Saint Vincent Cath Med Ctr |
| Anthony Feliciano | NYLPI - CSOH |
| Yesenia Matunez | NYLPI |
| Rev Karl A. Dell | Austin Rugged Cross B.C. |
| Rev Joseph A. Nugate | Our Lady of the Presentation R.P.C. |
| Katherine McClure | Community Resident |
| Patrick Waddell | SMH |
| Rev Patrick Frawley | Diocese of Brooklyn |
| Msgr Austin P. Bennett | Diocese of Brooklyn |
| Natasha Burke | St. Mary's Hospital |
| Enis Ellis | St. Mary's Hospital |
| Bob Lee | Brooklyn Borough Presidents gcc |
| Rev J.D. Waddell | Greater Friendship B.C. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

16

JUL 26 2005 15:53 FR CMC ST MARY S ADMIN  718 221 3971 TO 912126047596    P.02/02

# ST. MARY'S HOSPITAL
Community Advisory Council Meeting
July 21st, 2005
10:00 AM

### SIGN-IN SHEET

| NAME | ORGANIZATION |
|---|---|
| Robert Lipinsky | Brooklyn Borough Pres. Office |
| Natasha Burke | St. Mary's Hospital |
| Denise Harland | Pastoral Care - St. Mary's Hosp. |
| Katrina M. McClan | Community |
| Rev. Paul le Fete | Committee To Save Our Hospitals |
| Anthony Feliciano | CSOH / NYLPF |
| Jayn D. Higgins | ST. MARY'S |
| Rev. Frederick D. Worthell | Committee to Save Our Hospital |
| Gund Abdad | St. Kingsbrook Medical Center |
| Denis Clifford | C.B. #8 |
| David Matthew | C.B. #8 |
| William Boyland Jr. | NYS Assemblyman 55th AD |

# ST. MARY'S HOSPITAL
Community Advisory Council Meeting
August 4th, 2005
10:00 AM

## SIGN-IN SHEET

| NAME | ORGANIZATION |
|------|--------------|
| Sister M Carmelita Shaughnessy | Pastoral Care |
| Natasha Burke | St. Mary's Hospital |
| Gerard Connolly | St. Mary's Hospital |
| Bernadette Ferguson | SUELC |
| Linda Benton | KJMC |
| Ngozi Moses | Brooklyn Perinatal Netw |
| Marti | NYCT |
| Katrina McCloud | Community |
| Rev. Karl G. Lee | CSOH - Co-Chair. |
| Pastor Margo Field | " |
| Yesenia Gutierrez | NYLPI |
| Harry Schiffman | KJMC |
| Eddie Bautista | NYLPI / CSOH |
| Cory Provost | Brooklyn Borough President's Office |
| John Matt Guy | CBV Chair |
| Rev. Frederick Woodell | CSOH Co Chair |
| Olivia Chaveston | State Senator Carl Andrews |
| Phyllis Herbert | Christian Fellowship SDA |

## VII. DOCUMENTATION RETENTION GUIDELINES

With the exception of outpatient medical records, which will be transferred to Kingsbrook as per the agreement that follows the retention guidelines. All other documents maintained at St. Mary's will be retained at Mary Immaculate Hospital. The records will be retained in accordance with the following schedule:

| RECORD | PERIOD OF RETENTION | COMMENTS |
|---|---|---|
| **Administrative Offices** | | |
| Accident/incident reports | 10 years | |
| Annual reports | Permanent | |
| Articles of Incorporation | Permanent | |
| Birth records | Permanent | |
| Bylaws | Permanent | |
| Communicable disease reports | 3 years | |
| Construction records | Permanent | |
| Contracts | As appropriate up to 10 years | |
| Correspondence | As appropriate | File according to issue |
| Death records | Permanent | |
| Endowments, trusts, bequests | Permanent | |
| Insurance Policies | 6 years after expiration | |
| Licenses, permits, contracts | Permanent | |
| Minutes of Board Meetings | 5 years | Includes Directors & Executive Committee |
| Minutes of Non-Board meetings | 5 years | ECMS, Peer Review, Surgical Audit, M&M |
| Permits (alcohol and narcotics etc.) | Life of permit plus 6 years | |
| Physician Credentialing records | 10 years after closure | |
| Policies and Procedures Manuals | 10 years | Some non-clinical policies on a case by case basis may be |

| | | exempt |
|---|---|---|
| OB and Pediatric Policies | 30 years | |
| Property records (deeds, titles) | Permanent | |
| Property records (leases) | Term of lease plus 6 years | |
| **Finance/Business Office** | | |
| Alien-statement of income paid | As long as contents may be material in the administration of an Internal Revenue Law | |
| Bank deposits | 2 years | |
| Bank statements | 6 years | |
| Cash receipts | 6 years | |
| Charge slips to patients | 7 year | |
| Check vouchers | 10 years | |
| Checks (cancelled) | 7 years | |
| Check registers | 7 years | |
| Contributor Records | Permanent | |
| Credit and collections | 10 years | |
| Insurance | 4 years | |
| Invoices | Life of asset plus 6 years | |
| Accounts receivable | 6 years | |
| Accounts payable | 6 years | |
| Account Payable Journals | Permanent | |
| Ledgers (general) | Permanent | |
| Payroll/Time Sheets | 10 years | |
| Bonds | 7 years | |
| Journals | 7 years | |
| Social security reports | 4 years | |
| Withholding tax exemption (W-2 forms) | 4 years after taxes paid | |
| Withholding tax statements (W-2 forms) | 4 years after taxes paid | |
| Posting audits | 7 years | |
| Unemployment tax records | 4 years | |
| Welfare agency records | 7 years | |

20

| | | |
|---|---|---|
| **Clinic/Outpatient** | | Transfer to Kingsbrook |
| Appointment books | 3 years | |
| | | |
| **Engineering** | | |
| Blueprints | Permanent | |
| Calibration records | 6 years | |
| Equipment records | Life of equipment plus 6 years | |
| Equipment maintenance records | 5 years (6 years for electronic medical record systems) | |
| Equipment operating records | Life of equipment plus 6 years | |
| Inspections of buildings/grounds | 1 year | |
| Maintenance log | 6 years | |
| | | |
| **Medical Records** | | |
| Birth registration copy | Permanent | |
| Death registration copy | Permanent | |
| Delivery room log | Permanent | |
| Disease index | Permanent | |
| Fetal Monitor Strips | 7 years post maturity | |
| Hospital records | 7 years post maturity | |
| Monitor Strip Log | 7 years post maturity | |
| | | |
| **Clinical Areas** | | |
| Birth Book/Log | 30 years | |
| Code Cart Checklist | 5 years | |
| ED Paramedic Radio Communication | 30 years | |
| ED Appointment Book/Log | 30 years | |
| Specimen testing logs | 10 years | |
| Physician on-call records | 10 years | |
| Surgery log/schedule | 30 years | |
| Tumor registry files | Permanent | |
| Policies and | 10 years | |

21

| Procedures | | |
|---|---|---|
| Training (attendance, course outlines and examinations) | 5 years | Includes CEU and CME Records |
| Implant Logs | 10 years | |
| CPD QC Testing Logs | 7 years | |
| Surgical/special procedure videotapes | 10 years | |
| Pathology Parafin Blocks/Slides | 10 years | |
| X-rays, including mammograms | 10 years | |
| Blood bank recipient records | Permanent | |
| EEG tracings | 30 years | |
| Lab instrument printouts, QC records, proficiency testing records | 4 years | |
| Employee signature/initial records | 10 years | |
| | | |
| **Personnel** | | |
| Personnel records including evidence of competency and training | 10 years | |
| Employee health records | 30 years | |
| Garnishment records | 7 years | |
| Job classifications | Permanent | |
| Pension records | Permanent | |
| | | |
| **Pharmacy** | | |
| Controlled substances (inventory and orders) | 7 years | |
| Controlled substances (dispensed and administered) | 7 years | |
| Other prescriptions | 7 years | |
| | | |

22

| Risk Management | | |
|---|---|---|
| Closed Claims | 10 years post decision | |
| Potential claims | 10 years after event | |

DRAFT

**MEDICAL RECORD STORAGE AND CUSTODY AGREEMENT**
**BETWEEN**
**KINGSBROOK JEWISH MEDICAL CENTER**
**AND**
**SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK**

This **MEDICAL RECORD STORAGE AND CUSTODY AGREEMENT** ("Agreement") is made and entered into this _____ day of August, 2005 by and between KINGSBROOK JEWISH MEDICAL CENTER ("KJMC"), a New York not-for-profit corporation licensed as an acute care hospital located at 585 Schenectady Avenue, Brooklyn, New York and SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK ("SVCMC"), a New York not-for-profit corporation located at _____.

WHEREAS, SVCMC is the operator of St. Mary's Hospital of Brooklyn ("St. Mary's"), a New York licensed Article 28 acute care hospital located at 170 Buffalo Avenue, Brooklyn, New York; and

WHEREAS, on _____, 2005, SVCMC filed a Plan of Closure with the New York State Department of Health ("DOH") to close St. Mary's and cease operations of the hospital, including the community-based extension clinics, its hospital-based clinic; and

WHEREAS, to ensure the continuation of necessary health care services in the Brooklyn community, KJMC has sought emergency approval from the DOH to operate the St. Mary's outpatient community-based extension clinics and the St. Mary's hospital-based clinic listed on Exhibit 1 hereto (collectively the "Clinics") ; and

WHEREAS, the DOH has issued emergency authority to KJMC to operate the Clinics; and

WHEREAS, in connection with KJMC's operation of the Clinics and its provision of continuity of care to the patients of the Clinics ; it is necessary that the medical records of the Patients (as defined below) be transferred to KJMC where the records may be accessed by health care providers that will provide continuing treatment to the patients of the Clinics; and

WHEREAS, to coordinate continuity of care for the Patients, SVCMC additionally will transfer to KJMC certain administrative records in connection with the operations of the Clinics, including scheduling records and appointment logs; and

WHEREAS, KJMC also has agreed to assume the custody and storage of the medical records and administrative records of the Clinics which are described below on behalf of SVCMC pursuant to applicable law.

NOW, THEREFORE, in consideration of the mutual promises contained herein, as well as other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.    Transfer and Custody of Medical Records and Administrative Records.

A.    SVCMC will transfer to KJMC (i) the complete medical treatment records (the "Medical Records") maintained on site at the Clinics by St. Mary's for individuals who have been treated at the Clinics (except that SVCMC will not transfer to KJMC records of dental patients which are located at Clinics which do not provide dental services, nor will it transfer radiological records of patients which are located at Clinics which do not provide radiology services), (ii) an electronic file of the 2003, 2004 and 2005 appointment and scheduling information of the Clinics in a mutually agreed machine readable format, and (iii) an electronic file in a mutually agreed upon machine readable format with the demographic information of Patients treated at the Clinics during 2003, 2004 and 2005.

B.    The parties agree that the Medical Records are being transferred for custodial purposes to KJMC hereunder and for purposes of the care and treatment of the Patients by KJMC, its employees and staff (including, without limitation its medical staff), the billing activities of KJMC related to such care and the hospital operations of the Clinics as operated by KJMC.

C.    SVCMC will effectuate the transfer to KJMC of all forms, policies and procedures, appointment and scheduling records currently in use and maintained on site in the Clinics (the "Administrative Records"), whether they may be in electronic or in paper format.

D.    SVCMC shall compile an inventory of all Medical Records and Administrative Records that are being transferred to KJMC pursuant hereto. This inventory shall accompany the Medical Records and Administrative Records upon their transfer to KJMC.

E.    SVCMC hereby appoints KJMC and KJMC agrees to serve during the term of this Agreement as custodian for maintenance, safekeeping, inspection and copying of the Medical Records and Administrative Records being transferred to KJMC hereunder.

F.    KJMC shall store and maintain the Medical Record and Administrative Records in accordance with applicable State and federal law, rules and regulations, including those laws and regulations governing the confidentiality of patient protected health information, and KJMC shall take reasonable measures to protect the Medical Records and Administrative Records from theft, loss, unauthorized destruction and unauthorized access.

G.    All Medical Record and Administrative Records transferred to KJMC hereunder shall be retained by KJMC for that retention period required under applicable State and federal law for the particular record at issue as set forth in the schedule attached as Exhibit 2, except that KJMC may, at any time, return to SVCMC any Medical Records that KJMC and/or SVCMC deem accidentally transferred to KJMC, and/or the Medical Records of a Patient which are transferred to KJMC in accordance herewith but which Patient does not seek treatment at a Clinic between the date hereof and September 30, 2007. KJMC may, at any time, return to SVCMC those Administrative Records which it deems are not necessary for its provision of care and treatment to the Patients. KJMC agrees to retain any Medical Records and Administrative Records that it knows or has reason to know are needed for any governmental audit or investigation; medical staff or credentialing matter; quality assurance review or investigation; or

25

in connection with SVCMC's defense or prosecution of any claim or suit. KJMC further agrees not to destroy any Medical Records or Administrative Records (that are transferred to it hereunder) without having requested and received written approval from SVCMC.

    2.    Patient Communication and Access.

    A.    No later than _____, 2005, SVCMC shall send letters to all Patients informing them that their Medical Records will be transferred to KJMC for continuation of treatment and that they may obtain access to copies of their records by contacting KJMC.

    B.    KJMC shall provide timely access to, and photocopies of, the Medical Records to the Patients or their legal representatives to the extent required by law or regulation, and to other individuals, entities, and governmental agencies that have the right to access and/or receive photocopies of the Medical Records or Administrative Records under applicable laws and/or regulations, where applicable law or regulation permits, KJMC may charge appropriate copying fees therefore, consistent with its then existing policies and procedures.

    C.    During the specified retention periods set forth in Exhibit 2, KJMC shall provide SVCMC access to the Medical Records and Administrative Records upon SVCMC's written request where such access is required in connection with a governmental audit or investigation; medical staff or credentialing matter; quality assurance review or investigation; or in connection with SVCMC's defense or prosecution of any claim or suit. KJMC may pass on to SVCMC the reasonable costs of any photocopying of such records requested by SVCMC.

    3.    HIPAA Compliance.

KJMC shall abide by the terms and conditions set forth in the Business Associate Agreement attached hereto as Exhibit 2 for those Medical Records and Administrative Records being retained by KJMC as custodian for or on behalf of SVCMC for patients who do not seek continuation of care by KJMC.

    4.    Term and Termination.

    A.    This Agreement shall take effect upon execution by the parties hereto and shall remain in effect for the duration of the retention periods set forth in Exhibit 2.

    B.    This Agreement may be terminated at any time by the mutual written agreement of the parties.

    5.    Miscellaneous.

    A.    No party may assign this Agreement without the express prior written consent of the other party. Any attempt to assign this Agreement without such consent shall be void.

    B.    Neither party shall be authorized to act as agent for the other or to incur any liability in the name of or on behalf of the other, unless specifically authorized in this Agreement or in a writing executed by the party that would be responsible for the obligation.

26

C. This Agreement shall be governed by the laws of the State of New York.

D. Nothing express or implied in this Agreement is intended to confer, nor shall anything herein confer, upon any person other than a party hereto any rights, remedies, obligations or liabilities whatsoever.

IN WITNESS WHEREOF, this Medical Record Storage and Custody Agreement is signed as of the day and year first above written.

KINGSBROOK JEWISH MEDICAL CENTER

SAINT VINCENT CATHOLIC MEDICAL CENTERS OF NEW YORK

By:_____

By:_____

27

Exhibit 1

## CLINIC LOCATIONS

1. St. Mary's Hospital clinic, 170 Buffalo Avenue, Brooklyn, New York 11213.
2. Pierre Toussaint Family Health Center, 1110 Eastern Parkway, Brooklyn, New York 11213;
3. St. Mary's Hospital Family Health Center Charles Drew Division, 343 Kings 3rd Walk, Brooklyn, New York 11213;
4. Thea Bowman Family Health Center, 2201-1215 Sutter Avenue, Brooklyn, New York 11208;
5. Peter Claver, 1061-1063 Liberty Avenue, Brooklyn, New York
6. St. Francis, 331-333 Knickerbocker Avenue, Brooklyn, New York

## VIII.  DISPOSITION PLAN FOR MEDICAL EQUIPMENT, PHARMACEUTICALS, RADIOACTIVE MATERIALS.

### A.  CLOSURE PLAN FOR PHARMACY

1. Itemize all usable prescription drugs (non-controlled) on a bill of sale and transfer to Mary Immaculate Hospital.

2. Inventory and itemize controlled drugs, including completion of Federal 222 order forms from Mary Immaculate Hospital for CII drugs, and transfer medications to Mary Immaculate Hospital.

3. Transport all usable equipment to Mary Immaculate Hospital.
   - The transfer of medications to be preformed by pharmacy personnel from St. Mary's Hospital and/or Mary Immaculate Hospital using a facility vehicle under the direct supervision of at least one supervising pharmacist from either St. Mary's Hospital or Mary Immaculate Hospital.

4. Destroy on premises or utilize a pharmaceutical recovery service to remove all outdated and non-usable drugs.

5. Maintain all records pertaining to prescription drugs, including dispensing, purchasing, returning and destruction, for five years at Mary Immaculate Hospital.

6. Submit a completed discontinuance of pharmacy registration form to the Pharmacy Board office.

7. Remove all signs in the facility making reference to pharmacy.

8. Notify the U.S. Drug Enforcement Agency and NYS Department of Health, Bureau of Controlled Substances, and return all registrations and licenses as directed.

### B.  CLOSURE PLAN FOR RADIOLOGY

The radiology department equipment will be inventoried and moved to either Mary Immaculate Hospital or St. John's Queens Hospital. The equipment assessment will be done by the administrative director of the department of radiology.

The radioactive material for nuclear medicine will be properly disposed of. Governing agencies will be notified to terminate the radioactive material license as soon as we are ready to decommission the nuclear lab.

Film library will be merged with Mary Immaculate Hospital. The remaining files will be stored at an off-site facility. Outdated files will be discarded as regulations permit.

## C. CLOSURE PLAN FOR LABORATORY

The laboratory department equipment will be inventoried and moved to Mary Immaculate Hospital. The needs assessment will be done by the Administrative Director of the Laboratory.

The necessary governing agencies will be notified to terminate our certification as soon as we are ready to vacate the laboratory. Necessary records and files will be maintained at Mary Immaculate Hospital.

## D. CLOSURE PLAN FOR DENTAL CLINIC

The Dental Clinic equipment will be inventoried and moved to either St. Dominic's Family Health Center or to St. John's Queens Hospital. The equipment assessment will be done by the Vice President of Operations of those facilities.

30

# Exhibit A

## RESOLUTION OF THE BOARD OF DIRECTORS

### OF

## SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK

**RESOLUTION: AUTHORIZING MANAGEMENT TO TAKE STEPS NECESSARY TO CLOSE ST. MARY'S HOSPITAL**

WHEREAS, due to its limited resources, Saint Vincents Catholic Medical Centers of New York (the "Corporation"), can neither afford the capital investment needed to maintain St. Mary's as an acute care facility, nor can it sustain further operating losses; and

WHEREAS, due to certain factors, including, without limitation, the Corporation's financial situation, operating losses of St. Mary's Hospital and lack of state support for the full transfer of St. Mary's Hospital to Kingsbrook, the Board of Directors of the Corporation finds that it is in desirable and in the best interests of the Corporation to close St. Mary's Hospital; and

WHEREAS, the Corporation desires to authorize management to take steps necessary to facilitate the closure of St. Mary's Hospital.

NOW, THEREFORE, BE IT

RESOLVED, that, due to certain factors, including, without limitation, the operating losses of St. Mary's Hospital, the Corporation's lack of capital to maintain St. Mary's as an acute care facility and lack of state support for the transfer of St. Mary's to Kingsbrook, it is desirable and in the best interests of the Corporation to close St. Mary's Hospital; and be it further

RESOLVED, that the Corporation is hereby authorized to close St. Mary's Hospital and to pursue any and all approvals required by state and federal agencies in connection with such hospital closure; and be it further

RESOLVED, that any duly authorized officer is authorized to take all further action, and to execute, deliver and file all such further instruments and documents in the name and on behalf of the Corporation and under its corporate seal or otherwise, and to pay all such fees, expenses and taxes, as in his/her judgment may be necessary or advisable in order to carry out the closure of St. Mary's Hospital and the foregoing resolutions; and be it further

32

RESOLVED, that any actions to date of the directors and officers of the Corporation, and of any person or persons designated and authorized to act by any of them in operation of the Corporation, occurring to date, in respect to the fulfillment of the intent of these resolutions, are hereby approved, ratified and confirmed in all respects.

Dated: June 1, 2005

Mark Ackermann, Assistant Secretary

33

# Exhibit B



## Saint Vincent Catholic Medical Centers

June 8, 2005

www.svcmc.org

*The Academic Medical Center of New York Medical College In New York City*



**HOSPITALS**
Bayley Seton Hospital

Mary Immaculate Hospital

St. John's Queens Hospital

St. Joseph's Hospital

St. Mary's Hospital Brooklyn

St. Vincent's Hospital Manhattan

)nc ent's Hospital 'n Island

:ent's Hospital V._._.n ester

**NURSING HOMES**
Bishop Mugavero Center for Geriatric Care

Holy Family Home

Msgr. Fitzpatrick Skilled Nursing Pavilion

St. Elizabeth Ann's Health Care & Rehabilitation Center

**ADDITIONAL SERVICES**
Saint Vincent Catholic Medical Centers Behavioral Health Services

Saint Vincent Catholic Medical Centers Home Health Care

Saint Vincent Catholic Medical Centers Community-Based Outpatient Services

Pax Christi Hospice

David P. Rosen
President & Chief Executive Officer
Brookdale University Hospital and Medical Center
One Brookdale Plaza
Brooklyn, New York 11212

Dear Mr. Rosen:

I am writing this letter in follow-up to my discussion today with Polly Marks regarding the continuity of health care for the patients of St. Mary's Hospital. While Saint Vincent Catholic Medical Center's is seeking viable alternatives to closing St. Mary's Hospital, we are beginning to develop a plan that ensures continuity of quality medical services and access to care for community residents, in the event of closure.

Our experience indicates that many of the individuals cared for at St. Mary's Hospital are similar to the patient demographics and preferences of patients currently served by your institution. Brookdale University Hospital and Medical Center's services and its ambulatory care network of facilities throughout Central Brooklyn are compatible with the range of care these patients may require.

To that end, this letter confirms Brookdale University Hospital's ability and agreement to provide inpatient and ambulatory care services to the extent possible for patients from St. Mary's Hospital.

St. Mary's Hospital and Saint Vincent Catholic Medical Centers will assist with the transition in any way, particularly with the expeditious exchange of medical records that may be requested as our patients enter your system.

Please sign your concurrence with this correspondence below and return a copy of this letter.

Thank you for your assistance and please do not hesitate to contact me if you have any questions or require any further information or assistance.

Sincerely,

Joan Clark
Vice President, Planning and Business Development
Saint Vincent Catholic Medical Centers

Acknowledgement:

_____                              6/8/05
David Rosen                                    Date
Chief Executive Officer

cc: M. M. Johnson, Esq.
    P. Marks

35



## Saint Vincent Catholic Medical Centers

www.svcmc.org

*The Academic Medical Center of New York Medical College in New York City*



**HOSPITALS**
Bayley Seton Hospital

Mary Immaculate Hospital

St. John's Queens Hospital

St. Joseph's Hospital

St. Mary's Hospital Brooklyn

St. Vincent's Hospital
Manhattan

St. Vincent's Hospital
Staten Island

St. Vincent's Hospital
Westchester

**NURSING HOMES**
Bishop Mugavero Center
for Geriatric Care

Holy Family Home

Msgr. Fitzpatrick
Skilled Nursing Pavilion

St. Elizabeth Ann's Health
Care & Rehabilitation
Center

**ADDITIONAL SERVICES**
Saint Vincent
Catholic Medical Centers
Behavioral Health
Services

Saint Vincent
Catholic Medical Centers
Home Health Care

Saint Vincent
Catholic Medical Centers
Community-Based
Inpatient Services

St. Christ Hospice

June 10, 2005

Dominick J. Gio
President and Chief Executive Officer
Wyckoff Heights Medical Center
374 Stockholm Street
Brooklyn, NY 11237

Dear Mr. Gio:

I am writing this letter in follow-up to our discussion today regarding the continuity of health care for the patients of St. Mary's Hospital. While Saint Vincent Catholic Medical Center's is seeking viable alternatives to closing St. Mary's Hospital, we are beginning to develop a plan that ensures continuity of quality medical services and access to care for community residents, in the event of closure.

Our experience indicates that many of the individuals cared for at St. Mary's Hospital are similar to the patient demographics and preferences of patients currently served by your institution. Wyckoff Heights Medical Center's services and its network of ambulatory care centers throughout Northern Brooklyn are compatible with the range of care these patients may require.

To that end, this letter confirms Wyckoff Heights Medical Center's ability and agreement to provide inpatient and ambulatory care services to the extent possible for patients from St. Mary's Hospital.

St. Mary's Hospital and Saint Vincent Catholic Medical Centers will assist with the transition in any way, particularly with the expeditious exchange of medical records that may be requested as our patients enter your system.

Please sign your concurrence with this correspondence below and return a copy of this letter to my attention.

Thank you for your assistance and please do not hesitate to contact me if you have any questions or require any further information or assistance.

Sincerely,

Joan Clark
Vice President, Planning and Business Development
Saint Vincent Catholic Medical Centers

Acknowledgement:

_____   6/10/05
Dominick J. Gio                           Date
President and
Chief Executive Officer

36



# Saint Vincent Catholic Medical Centers

June 8, 2005

www.svcmc.org

The Academic
Medical Center of
New York Medical College
in New York City



HOSPITALS
Bayley Seton Hospital

Mary Immaculate
Hospital

St. John's Queens
Hospital

St. Joseph's Hospital

St. Mary's Hospital
Brooklyn

St. Vincent's Hospital
Manhattan

St. Vincent's Hospital
P        Island
St        mt's Hospital
N         ster

NURSING HOMES
Bishop Mugavero Center
r Geriatric Care

Holy Family Home

Mgr. Fitzpatrick
Allied Nursing Pavilion

t. Elizabeth Ann's Health
are & Rehabilitation
nter

ADDITIONAL SERVICES
int Vincent
tholic Medical Centers
munity Health
rvices

nt Vincent
tholic Medical Centers
me Health Care

int Vincent
tholic Medical Centers
mmunity-Based
patient Services

r Christi Hospice

Edward J. Glicksman
Chief Executive Officer and President
Interfaith Medical Center
1545 Atlantic Avenue
Brooklyn, New York 11213

Dear Mr. Glicksman:

I am writing this letter in follow-up to our discussion today regarding the continuity of health care for the patients of St. Mary's Hospital. While Saint Vincent Catholic Medical Center's is seeking viable alternatives to closing St. Mary's Hospital, we are beginning to develop a plan that ensures continuity of quality medical services and access to care for community residents, in the event of closure.

Our experience indicates that many of the individuals cared for at St. Mary's Hospital are similar to the patient demographics and preferences of patients currently served by your institution. Interfaith Medical Center's services and its network of ambulatory care centers throughout Central Brooklyn are compatible with the range of care these patients may require.

To that end, this letter confirms Interfaith Medical Center's ability and agreement to provide inpatient and ambulatory care services to the extent possible for patients from St. Mary's Hospital.

St. Mary's Hospital and Saint Vincent Catholic Medical Centers will assist with the transition in any way, particularly with the expeditious exchange of medical records that may be requested as our patients enter your system.

Please sign your concurrence with this correspondence below and return a copy of this letter to my attention.

Thank you for your assistance and please do not hesitate to contact me if you have any questions or require any further information or assistance.

Sincerely,

Joan Clark
Vice President, Planning and Business Development
Saint Vincent Catholic Medical Centers

Acknowledgement:

_____          6/8/05
Edward J. Glicksman                              Date
Chief Executive Officer



# Saint Vincent
# Catholic Medical
# Centers

June 8, 2005

www.svcmc.org

*The Academic
Medical Center of
New York Medical College
in New York City*



**HOSPITALS**
Bayley Seton Hospital

Mary Immaculate
Hospital

St. John's Queens
Hospital

St Joseph's Hospital

St Mary's Hospital
Brooklyn

St Vincent's Hospital
...tan

...ncent's Hospital
s        ...sland

St.     ...ant's Hospital
Westchester

**NURSING HOMES**
Bishop Mugavero Center
for Geriatric Care

Holy Family Home

Msgr. Fitzpatrick
Skilled Nursing Pavilion

t. Elizabeth Ann's Health
are & Rehabilitation
enter

**DITIONAL SERVICES**
int Vincent
tholic Medical Centers
havioral Health
rvices

int Vincent
tholic Medical Centers
me Health Care

nt Vincent
holic Medical Centers
mmunity-Based
patient Services

Christi Hospice

Samuel Lehrfeld
Chief Executive Officer and President
The Brooklyn Hospital Center
121 DeKalb Avenue
Brooklyn, New York 11201

Dear Mr. Lehrfeld:

I am writing this letter in follow-up to our discussion today regarding the continuity of health care for the patients of St. Mary's Hospital. While Saint Vincent Catholic Medical Center's is seeking viable alternatives to closing St. Mary's Hospital, we are beginning to develop a plan that ensures continuity of quality medical services and access to care for community residents, in the event of closure.

Our experience indicates that many of the individuals cared for at St. Mary's Hospital are similar to the patient demographics and preferences of patients currently served by your institution. The Brooklyn Hospital Center's services and its network of ambulatory care centers throughout Central Brooklyn are compatible with the range of care these patients may require.

To that end, this letter confirms The Brooklyn Hospital Center's ability and agreement to provide inpatient and ambulatory care services to the extent possible for patients from St. Mary's Hospital.

St. Mary's Hospital and Saint Vincent Catholic Medical Centers will assist with the transition in any way, particularly with the expeditious exchange of medical records that may be requested as our patients enter your system.

Please sign your concurrence with this correspondence below and return a copy of this letter to my attention.

Thank you for your assistance and please do not hesitate to contact me if you have any questions or require any further information or assistance.

Sincerely,

Joan Clark
Vice President, Planning and Business Development
Saint Vincent Catholic Medical Centers

Acknowledgement:

Samuel Lehrfeld                                    6/8/05
Chief Financial Officer and President            Date

38

**KINGSBROOK HEALTHCARE SYSTEM, INC.**
585 Schenectady Avenue
Brooklyn, New York 11203

May 19, 2005

Mr. David Speltz
President
Saint Vincent's Catholic Medical Centers of New York
130 West 12th Street, Suite 1G
New York, New York 10011

       Re:    St. Mary's Hospital of Brooklyn ("St. Mary's")

Dear Mr. Speltz:

I am writing to follow up on the previous discussions between Kingsbrook HealthCare System ("KHS") and St. Vincent's Catholic Medical Centers of New York ("St. Vincent's") regarding St. Mary's.

As you are aware, our conversations with DASNY and Department of Health representatives, as well as representatives from commercial lending institutions, were not able to generate the financial support that would be needed to enable KHS to acquire and operate St. Mary's as it is currently configured. Nonetheless, we want you and your Board to know that we found this outcome to be very disappointing, as we are committed to providing the most effective and highest quality care to the Brooklyn community and we were excited about the potential synergies between Kingsbrook and St. Mary's.

Accordingly, we would like to try to resume discussions in a new "phase 2" with you to determine how the parties might work together to continue to maintain, within the community, services being provided by St. Mary's. We assume that you and your Board are currently contemplating reconfiguring some of the institution's activities, and as you do so, we would like you to know that we are particularly interested in discussing with you the following possibilities to ensure the continuing provision of primary care services to the community:

- A potential acquisition of the operations, and operating certificates of the St. Mary's off-site primary care clinics, AIDS designated center and the ambulance service,

Mr. David Speltz
Page 2

- Our management of the St. Mary's on-site clinics and/or Emergency Department during a period of transition (should your Board decide to close St. Mary's),
- Operation of an urgi-care center to potentially be constructed on the currently vacant parcel that is across the street from the Hospital (and is owned by St. Vincent's). We would also consider operating various clinics out of the urgi-care center facility.

As previously committed to you in connection with the originally contemplated transaction, we would continue to conduct these operations in accordance with the Ethical and Religious Directives for Catholic Healthcare Organizations, and would pursue a close relationship with the Brooklyn diocese concerning their operation.

Also, in order to ensure continued in-patient services to the community, should St. Vincent's decide to close St. Mary's, we would seek to reconfigure a portion of our inpatient facility to absorb any bed capacity lost at St. Mary's.

We stand ready to discuss these, and any other ideas you or your Board, may have at your earliest convenience.

Very truly yours,


Linda Brady, M.D.
President and CEO

40

# ADDENDUM

## Table of Contents

I.      Update on Discussions with Kingsbrook                                    2

II.     Outpatient Facilities                                                    3
        Map of St. Mary's Ambulatory Facilities                                 5
        Sample Draft Letter to Ambulatory Facilities Patients                   6
        Sample Draft Letter to St. Vincent's Family Center Patients             7
        Sample Draft Letter to Dental Patients                                  8
        Grid of Ambulatory Facilities and Languages Spoken                      10

III.    Women, Infants and Children Care (WIC) Programs
        Overview                                                                11
        Sample Draft Client Notification Letters                                13
        Tracking and Transfer Verification Log                                  16

IV.     Designated AIDS Center (DAC)
        Overview                                                                17
        Sample Draft Client Notification Letter                                 18
        Alternative Providers Listing                                           19

V.      Prenatal Care Assistance Program (PCAP)
        Overview                                                                23
        Sample Draft Client Notification Letter                                 24
        Alternative Providers Listing                                           25
        Tracking and Transfer Verification Log                                  26

VI.     Summary of 9-1-1 Receiving Hospital and Ambulance Services              27
        REMSCO Letter                                                           28

VII.    Emergency Department Closure Process                                    29

VIII.   Methadone Clinics & MICA Continuing Day Treatment Program               30

IX.     Medically Managed Detoxification Beds                                   31

X.      Patient Access: Pre and Post Closure                                    32

I.      **UPDATE ON DISCUSSIONS WITH KINGSBROOK**

Late last year, SVCMC began to explore the possibility of transferring the operation of St. Mary's to the Kingsbrook HealthCare System. Kingsbrook terminated negotiations for a full transfer in April 2005, however, when it became evident that the facility would continue to need at least $10 million annually without significant and sustained financial assistance from the State.

Ongoing discussions with Kingsbrook HealthCare System, elected officials, and community leaders focused on either the full transfer of the hospital, if funding for Kingsbrook was made available, or the potential transfer of ambulatory services from St. Mary's to Kingsbrook prior to the closure.

Kingsbrook is currently requesting approval from the New York State Department of Health to assume the operations of the 6 outpatient facilities, pending approval of their emergency CONS.  The Closure Plan has been revised to reflect this potential change in outpatient care available to St. Mary's patients.

As Governor Pataki convenes the new health facilities commission, SVCMC will support Kingsbrook as it seeks to access restructuring funding or other state funding to preserve outpatient and urgent healthcare services in the St. Mary's Hospital community.

## II.   OUTPATIENT FACILITIES: PLANS FOR ADDRESSING TRANSFER OF PATIENTS TO ASSURE CONTINUITY OF CARE

### OVERVIEW

St. Mary's Hospital's outpatient facilities include:

St. Mary's Hospital Family Health Center
170 Buffalo Avenue
Brooklyn, NY 11213

Charles Drew Family Health Center
342 Kingsboro 3rd Walk
Brooklyn, New York 11233

St. Peter Claver Family Health Center
1061 Liberty Ave.
Brooklyn, New York 11208

St. Francis of Assisi Family Health Center
333 Knickerbocker Ave.
Brooklyn, New York 11237

Sister Thea Bowman Family Health Center
1205 Sutter Ave.
Brooklyn, New York 11208

Pierre Toussaint Family Health Center
1110 Eastern Parkway
Brooklyn, New York 11213

St. Vincent's Family Health Center
162 Pierrepont Street, 4th floor
Brooklyn, New York 11201

This section includes a map of Brooklyn that identifies St. Mary's Hospital's outpatient facilities.

Pending approval by the New York State Department of Health, all of these facilities will be operated under the auspices of Kingsbrook HealthCare System, with the exception of St. Vincent's Family Health Center. This facility will be transferred to be operated under the auspices of St. Vincent's Hospital Manhattan, pending DOH approval. A copy of both sample letters is attached.

These letters will be translated into Spanish, Creole and Bengali. Attached is a grid which outlines the sites and the languages spoken. The translation service we have

3

engaged is Language Works.   This company will also translate the patient notification letters for the PCAP, WIC and HIV programs.

Sample client notification letters and transition of care information for WIC (Women and Infant Care),  HIV/AIDS and PCAP (Prenatal Care Assistance Program) individuals are enclosed.  Alternative providers located nearby in the community are suggested. Administrators for each facility provided their consent to be included in the letters. They also verified their ability to accommodate additional patients and expressed interest in providing continuity of care for the community residents.

Additionally, a sample draft letter to the dental patients, including alternative providers nearby, is attached.

As evidenced in Exhibit B, capacity at nearby medical centers and their ambulatory care facilities was verified by the chief executive officer's.  Each expressed their interest in and capacity to absorb inpatient, outpatient and emergency care.   Signatures include Samuel Lehrfeld, CEO and President, Brooklyn Hospital Center; Dominick Gio, CEO and President, Wyckoff Heights Medical Center; Edward Glicksman, CEO and President, Interfaith Medical Center; David Rosen, CEO and President, Brookdale University Hospital and Medical Center; Jean Leon, CEO and President, Kings County Hospital Center and Linda Brady, MD, CEO and President of Kingsbrook HealthCare System.

4



**LEGEND**

*St. Mary's Outpatient Sites*
A- St. Mary's Hospital Ambulatory Care Center
B- Pierre Toussaint Family Health Center
C- St. Vincent's Family Health Center
D- Sr. Thea Bowman Family Health Center
E- St. Peter Claver Family Health Center
F- Charles Drew Family Health Center
G- St. Francis of Assisi Family Health Center

5



Saint Vincent
Catholic Medical
Centers

Letter for outpatients at clinics to be managed by Kingsbrook.

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital Brooklyn is closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge continuing financial losses and changes in the healthcare environment that make it impossible for us to continue its services.  While we deeply regret the need to close the hospital, we are pleased to let you know that all of our family health centers will continue to offer the same services you have received in the past.

Kingsbrook HealthCare System has assumed operations of St. Mary's family health centers.  As you may know, Kingsbrook has been a provider of comprehensive high quality medical care to the Central Brooklyn community for many years, and we are pleased that they will continue to provide the same level of care that has always been provided at  (insert name of outpatient health center)  .

Our physicians and staff are available to answer any questions you may have, or you may call us at St. Mary's Hospital, at (718) 221-3000.

Kingbrook HealthCare System will be assuming custody of your medical records, and these records will continue to be maintained at the health center and available to you.  You do not need to do anything further if you decide to continue your care at the health center.  However, if you do not consent to continue your treatment at the health center and wish to obtain your medical records, simply speak to a member of the staff at the center or call the medical records department directly at (718) 221-3428.

All of us at St. Mary's Hospital Brooklyn thank you most sincerely for the confidence you have placed in us over the years.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

6



Saint Vincent
Catholic Medical
Centers

Draft Letter to St. Vincent's Family Center Outpatients

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital Brooklyn is closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge continuing financial losses and changes in the healthcare environment that make it impossible for us to recover.

However, I want to assure you that St. Vincent's Family Health Center will remain open. It is important to know that the closure of St. Mary's Hospital Brooklyn will not affect the care currently provided at St. Vincent's. Saint Vincent Catholic Medical Centers, the system of which St. Mary's Hospital is a part, will operate the center and continue to provide the same level of care and range of services that have always been available there. The physicians and staff you are accustomed to seeing will remain as well.

If you have any questions, please call (718) 221-3000, the main number at St. Mary's Hospital. Our operators will know how to direct your call.

Don't worry about your medical records; we'll be keeping your medical record on file (and of course it will be maintained in the strictest confidence). However, any time you want to obtain your medical records, for yourself or to have them sent to a new healthcare provider, simply speak to one of the staff or call the St. Mary's medical records department directly at (718) 221-3428.

All of us here thank you most sincerely for the confidence that you have placed in us over the years and we look forward to continuing to serve your health care needs.


Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

7



Saint Vincent
Catholic Medical
Centers

Draft Letter to Dental Patients

Date

Dear Patient:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover. St. Mary's Dental Clinic will be closing effective_____ __ , 2005.

It is important for you to choose a new dental provider. We're making it a priority to urge you to take care of this important step, and to help you to do so in any way we can.

Attached is a list of dental providers in the area. Please look it over, and think about which one might best serve your needs. Don't hesitate to ask any of our dental care providers or staff members for advice about where to go for care.

If you have any questions about the choices available to you, you can also call the main number at St. Mary's Hospital, (718) 221-3000. Our operators will know how to direct your call.

Don't worry about your medical records. In accordance with New York State Department of Health regulations, we'll be keeping your medical record on file (and of course it will be maintained in the strictest confidence). Any time that you want to obtain your medical records, for yourself or to have them sent to a new dental provider, simply to sign the enclosed medical release form and return it to the St. Mary's medical records department at the address printed right on the form.

If you have any questions at all about your medical record, or if you need further information, please call the medical records department directly at (718) 221-3428.

All of us here at St. Mary's Hospital of Brooklyn thank you most sincerely for the confidence that you have placed in us as your dental provider over the years. Remember, we will do anything we can to help you find a new provider – all you have to do is ask.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

Enclosures

8

**Other Dental Providers for Your Consideration**

<u>Saint Vincent Catholic Medical Center Dental Clinics</u>

- St. Dominic's Family Health Center
  114-49 Sutphin Blvd.
  Jamaica, NY 11437
  (718) 322-6110

- St. John's Queens Family Health Center
  95-25 Queens Blvd.
  Rego Park, NY 11374
  (718) 286-1000

<u>Community Health Care Dental Facilities:</u>

- La Providencia Family Health Center
  1280 DeKalb Avenue
  Brooklyn, NY 11226
  (718) 455-9000

- The Brookdale University Hospital and Medical Center Ambulatory Care Center
  1 Brookdale Plaza
  Brooklyn, NY 11212
  (718) 240-6281

- Brownsville Family Health Center
  592 Rockaway Avenue
  Brooklyn, NY 11212
  (718) 345- 5000

- Lola Cuffee Family Health Center
  485 Throop Avenue
  Brooklyn, NY 11221
  (718) 613-7487

- Dental Center at Interfaith Medical Center
  1536 Bedford Avenue
  Brooklyn, NY 11216
  (718) 613-7375

- Elias Thall Dental Center
  585 Schenectady Avenue
  Brooklyn, NY 11203
  (718) 604-5381

- Bedford Stuyvesant Family Health Center
  1413 Fulton Street
  Brooklyn, NY 11216
  (718) 636-4500

9

## ST. MARY'S HOSPITAL – BROOKLYN

### Grid of Ambulatory Facilities and Languages Spoken

| LOCATION | ADDRESS | LANGUAGES SPOKEN |
|---|---|---|
| St. Mary's Hospital Ambulatory Care Center | 170 Buffalo Avenue Brooklyn, NY 11213 (718)221-3128 (T) (718)221-3937 (F) | English, Spanish, Creole and Bengali |
| Charles Drew Family Health Center | 342 Kingsboro 3rd Walk Brooklyn, NY 11233 (718)778-1003 (T) (718)493-4784 (F) | English, Spanish and Creole |
| St. Peter Claver Family Health Center | 1061 Liberty Avenue Brooklyn, NY 11208 (718)827-5009 (T) (718)827-5359 (F) | English, Spanish, Creole and Bengali |
| St. Francis of Assisi Family Health Center | 333 Knickerbocker Avenue Brooklyn, NY 11237 (718)381-5600 (T) (718)456-1068 (F) | English, Spanish and Creole |
| Sr. Thea Bowman Family Health Center | 1205 Sutter Avenue Brooklyn, NY 11208 (718)647-2600 (T) (718)647-1794 (F) (718)348-9430 (F) | English, Spanish, Creole and Bengali |
| Pierre Toussaint Family Health Center | 1110 Eastern Parkway Brooklyn, NY 11213 (718)735-1900 (T) (718)735-4531 (F) | English, Spanish and Creole |
| St. Vincent's Family Health Center | 162 Pierrepoint Street, 4th Fl. Brooklyn, NY 11201 (718)522-3700 (T) (718)422-2496 (F) | English and Spanish |

Translation services provided by Language Works, 1123 Broadway, Suite 201, New York, NY 10010; Contact: John Labati, Vice President (212) 652-5581

10

### III.   WOMEN, INFANTS and CHILDREN CARE (WIC)

Of the 4,700 WIC clients served by the Saint Vincent Catholic Medical Centers contract covering the system's Brooklyn and Queens hospitals, almost 3,000 receive services at ambulatory sites that will close as part of the overall closure plan for St. Mary's Hospital. These sites are:

| SITE | ENROLLMENT |
|---|---|
| St. Mary's Hospital | 1,148 |
| St. Francis of Assisi Family Health Care Center | 696 |
| Sister Thea Bowman Family Health Care Center | 1,141 |

The remainder of our clients are in sites affiliated with St. Mary's Hospital sister institutions, Mary Immaculate Hospital and St. John's Queens Hospital, and will not be affected by this closure.

A workplan has been developed in conjunction with Roberta Hayward, Resource Planning and Operations Unit Director, and the NYSDOH Division of Nutrition and other staff to ensure that clients successfully transition to other WIC Programs in their communities. A June 30, 2005 conference call took place with the following participants:

| | |
|---|---|
| Patrick R. Wardell | Senior Vice-President/Executive Director, SMH |
| Vincent DiSanti | Vice-President of Operations, SMH |
| Bernadette Kingham-Bez | SVP, Communications and Planning, SVCMC |
| Al LoBaldo | Development of Transition Plan, NYSDOH |
| Roberta Hayward | Resource Planning & Operations Unit Director, DOH |
| Tim Mooney | NYSDOH |
| Jennifer Graham | NYSDOH |

A follow up meeting was held on July 7, 2005 with the WIC Regional Office staff responsible for its programs and SVCMC management to outline the elements of a transition plan, including the transfer of equipment to other WIC sites. Participants included:

| | |
|---|---|
| Mike Macaluso | WIC Program Director |
| Al LoBalbo | Director, System Development and Support |
| Jennifer Graham | A.D. Resource Planning and Operations |
| Bill Rowney | Health Program Administrator |
| Tim Mooney | Director of Supplemental Nutrition Assistant Program |
| Kenylyn Ricketts | Director of WIC Program, Brooklyn/Queens |
| Vince DiSanti | Vice President Operations, St. Mary's Hospital |

11

The participants agreed to convene weekly conference calls  They also created an activity plan to assist in coordinating the efforts that have been identified.

A follow up meeting was held July 18, 2005 with the workplan members.   At this meeting it was decided that the closure date for WIC programs shall be August 31, 2005; this date has since been changed to September 20th, to adequately transition the clients. Client notification letters for the three WIC sites, indicating alternate WIC providers, were developed.  The letters utilize the preferred list of alternative providers developed by the staff of the Bureau of Supplemental Food Programs and also feature the Growing Up Healthy hotline number for clients to call.   The letters and posters will be translated into Spanish, Creole and Bengali.

WIC staff will be addressed by Kenlyn Ricketts and Gerard Connelly to ensure their support in helping WIC clients to secure a new provider and transfer their WIC verification of certification.  A transfer log was developed and a method of faxing on Monday mornings to the Bureau staff was established.

The workgroup conducts a weekly conference call and will do so until continuity of care for WIC clients has been achieved.

12



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear (name of WIC client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover.

This is to let you know that the program at St. Francis of Assisi Family Health Center, 333 Knickerbocker Ave., Brooklyn, NY 11237, will no longer provide WIC program services effective _____, 2005. As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment. If your appointment is after _____, 2005, you should contact (718) 456-1733 to discuss your transfer to one of the following WIC Program sites:

| | | |
|---|---|---|
| New Lots WIC Program | 465 New Lots Ave | (718)240-6445 |
| Linden Blvd. WIC Program | 2554 Linden Blvd. | (718)240-6445 |
| NYC Neighborhood WIC | 335 Central Ave. | (212)766-4240 |
| MHRA Neighborhood WIC | 853 Onderdonk Ave. | (212)766-4240 |
| MHRA WIC Program | 1110 Pennsylvania Ave. | (212)766-4240 |

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment. Please do not hesitate to ask staff any questions you may have. You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital

13



SaintVincent
Catholic Medical
Centers

DRAFT

Date

Dear (name of WIC client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing.  Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover

This is to let you know that the program at St. Mary's Hospital, 170 Buffalo Avenue, Brooklyn, NY  11213, will no longer provide WIC program services effective _____, 2005.  As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment.  If your appointment is after _____, 2005, you should contact (718) 774- 3729 to discuss your transfer to one of the following WIC Program sites:

| | | |
|---|---|---|
| **Bedford Stuyvesant Health Center** | **20 New York Ave.** | **(718)857-4268** |
| **Brownsville Multi Services Life and Wellness** | **408 Rockaway Ave** | **(718)345-5000** |
| **NYC Neighborhood WIC** | **259 Bristol St.** | **(212)766-4240** |
| **IMC St. John's Division** | **1606 Fulton St.** | **(718)774-6300** |
| **Parkway Medical WIC Program** | **391 Eastern Pkwy** | **(718)774-6300** |

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment.  Please do not hesitate to ask staff any questions you may have.  You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital

14



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear (name of WIC client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover.

This is to let you know that the program at Sister Thea Bowman Health Center, 1205 Sutter Ave., Brooklyn, NY 11208, will no longer provide WIC program services effective _____, 2005. As we plan for the closure, making sure you find a new WIC provider to continue your care is important.

If you have an appointment before _____, 2005, you are encouraged to keep this appointment. If your appointment is after _____, 2005, you should contact (718) 827-4425 to discuss your transfer to one of the following WIC Program sites:

| | | |
|---|---|---|
| **Medisys East-FCC East NY WIC** | **3080 Atlantic Ave.** | **(718)206-8600** |
| **New Lots WIC Program** | **465 New Lots Ave.** | **(718)240-6445** |
| **Linden Blvd.WIC Program** | **2554 Linden Blvd.** | **(718)240-6445** |
| **East NY Diagnostic & Treatment Center WIC Program** | **2094 Pitkin Ave.** | **(718)240-0470** |
| **MHRA WIC Program** | **1110 Pennsylvania Ave.** | **(212)766-4240** |
| **Woodhull Medical Center Buschwick WIC Program** | **1420 Bushwick Ave.** | **(718)963-8306** |

Our staff will work with you to select a new provider and make sure you are scheduled for an appointment. Please do not hesitate to ask staff any questions you may have. You may also call the Growing Up Healthy Hotline at (800) 522-5006 and receive more information about WIC program sites in your area.

Thank you for the confidence you have placed in us as your healthcare provider.

Sincerely,

Gerard Connolly
Executive Director, St. Mary's Hospital

15

## TRANSFER INFORMATION

Date_____

| Relationship of person receiving transfer | WICSIS ID# | Participant Name | Telephone # | | WIC Program Transferred to | Other Transfers |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16

## IV.   DESIGNATED AIDS CENTER (DAC)

St. Mary's Hospital maintains a Designated AIDS Center, which is an important part of the DAC license at Mary Immaculate Hospital as well.   The Center provides case management services for approximately 425 clients.  Four other DACs are located in Central Brooklyn, including:

- Brookdale University Hospital and Medical Center
- University Hospital of Brooklyn
- Interfaith Medical Center
- Kings County Medical Center

The Designated AIDS Center at St. Mary's Hospital will be closed along with all other programs at St. Mary's Hospital.  SVCMC staff has been collaborating with the AIDS Institute staff and have received their guidance regarding the process of client notification and transfer to another primary care provider.

Pending DOH certificate of need approval, Kingsbrook will operate the ambulatory clinics and provide AIDS related services.  Kingsbrook has had discussions with physicians and staff regarding their continued employment.   This is the preferred option for continuity of care for all clients.   Kingsbrook is also developing an application to secure DAC certification.  In addition, St. Mary's staff and the AIDS Institute have developed the attached list of primary care providers, which will also be offered to DAC clients to assure that they are aware of all available treatment options.

A tracking and transfer log will be maintained by staff to make sure continuity of care is confirmed.

For clients who are receiving Medicaid only (not dually eligible or on spend down), St. Mary's will also offer the option to join a Special Needs Plan.  Special Needs Plans (SNPs) are health plans for people on Medicaid living with HIV/AIDS and their children up to age 19. SNPs are required by contract to ensure that each enrollee is promptly assigned to one of their networks' HIV Specialist primary care providers; therefore it can assist clients who have lost their primary care providers to find new medical homes and transition to a new source of primary care. St. Mary's will contact the SNPs to arrange for information and possibly on-site marketing to be offered to clients at the hospital. The SNPs will also be listed as a resource in correspondence that will be sent to clients.

Contacts at the Special Needs Plans (SNPs) and community primary providers are referenced in the client letter. Kenneth Roistacher, MD, SVCMC Chief of Infectious Diseases, continues to collaborate with the AIDS Institute staff, the executive directors of the SNPs, and community providers to ensure a continuity of care plan is developed for clients. Dr. Roistacher will also ensure that case managers work with clients privately to review their care options and secure a new primary provider. The attached letter and listing outlines the providers in the community.

17

DRAFT

Date

Dear Client:

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover.

This is to notify you that St. Mary's Hospital's Clinical Management Unit will close effective _____, 2005.

Continuity of care for all Clinical Management patients is a major concern for us. It is important that you select a new Clinical Management medical provider, several of which are located nearby. The attached list of providers includes Kingsbrook HealthCare System, which will be assuming the operations of many of St. Mary's services and continuing to provide care. Our CMU staff will discuss these providers with you and help you choose a new facility. Please do not hesitate to ask our staff any questions you may have. Our staff will make an initial appointment with your new provider for you.

Your medical records will continue to be maintained at the health center and available to you. You do not need to do anything further if you decide to continue your care at the health center. However, if you do not consent to continue your treatment at the center and wish to obtain your medical records, simply speak to a member of our staff or call the medical records department directly at (718) 221-3428. Our staff will help you to transfer your records to another primary care provider.

**If you have any questions regarding the options that are available to you, please call Cecil Maynard at, (718) 221-3000 or (718) 558-6971 and he will assist you.**

Thank you very much for the confidence that you have placed in St. Mary's Hospital Clinical Management Unit over the years.

Sincerely


Gerard Connolly
Executive Director, St. Mary's Hospital


**Enclosures**

18

## Designated AIDS Centers

Treatment for Life Center
Brookdale University Hospital & Medical Center
One Brookdale Plaza
5th Floor of the Aaron Pavilion
Brooklyn, NY 11212
(718) 240-5028
Administrator: Michael Farca 718-240-6204
Medical Director: Dr. Cheryl Croney 718-240-6199
Clinic registration  718-240-5028
        Merland Joachim  or Tanya  Cardova

Kings County Medical Center
451 Clarkson Avenue
Brooklyn, NY 11203
Dr. John Delouri   718-270-2214

Interfaith Medical Center
AIDS Center
500 St. Mark's Avenue
Brooklyn, NY 11238
Tel: (718) 613-6589
Paula Lewis -- 718-613-6590
Norman Davis -- 718 - 613-6675

Downstate University Hospital Star Program
450 Clarkson Ave
Brooklyn, NY 11203
Appointments: 718-270-3745
Dr. J. Ravishanker   718-270-4181

## OTHER PROGRAMS

**Program for AIDS Treatment and Health (PATH) through the Brooklyn Hospital Center at:**

Caledonian Family Health Center
100 Parkside Avenue
Brooklyn, NY 11226
Tel: (718) 940-5000

Manhattan Family Health Center
960 Manhattan Avenue
Brooklyn, NY 11222
Tel: (718) 349-8500

La Providencia Family Health Center
1280 DeKalb Avenue
Brooklyn, NY 11221
Tel: (718) 455-9000

Williamsburg Family
Health Center
99 Division Avenue
Brooklyn, NY 11211
Tel: (718) 599-1122

**Services offered at Kingsbrook
HealthCare System:**

Kingsbrook HealthCare System
585 Schenectady Avenue
Brooklyn, New York  11203
Tel: (718) 604-5000

**HIV Care Network:**
Bedford Stuyvesant/Crown Heights HIV   Care
Network
1360 Fulton Street
Brooklyn, NY 11216
Tel: (718) 622-8184 ext. 101

East New York/Brownsville HIV Care Network
1958 Fulton Street Suite 500A
Brooklyn, NY 11233
Tel: (718) 907-3726

Williamsburg/Greenpoint HIV Care Network
1420 Bushwick Ave
Brooklyn, NY 11207
Tel: (718) 455-6010

19

**Other Clinic Sites/Private Practitioners in Brooklyn**

Mirela Sam, MD
1545 Atlantic Avenue
Brooklyn, NY 11213
718-613-4053

David Trauber, MD
1545 Atlantic Avenue
Brooklyn, NY 11213
718-613-4053

Positive Health Management
Wyckoff Heights Medical Center
374 Stockholm Street
Brooklyn, NY 11237
718-963-7272
*Administrator: Gina Thompson (718) 302-8487*
*Medical Director: John Vernaleo M.D.*
Mohammed S. Rahman, MD
Eric Leach, NP
Edwin Calderon, PA

**South Brooklyn Health Center**
**120 Richards Street**
**Brooklyn, NY 11231**
**718-834-8202**
*Administrador: Jose Belizario, M.D. (718) 834-8202*
**Andrea M. Lambert, MD**
**Mervat K. Hana, MD**
**Gamil S. Kostandy**

**Manhattan Providers**

Helen B. Atkinson Health Center
Community Healthcare Network
81 West 115th Street
New York, NY 10026
212-426-0088
Director of Managed Care: Jorge Pedroza (646) 772-0481
Medical Director: Yvette Walker M.D.
Hafiz A. Maje, MD

Center for Special Studies
Rogers Unit Cornell
119 West 24th Street – Ground Floor
New York, NY 10011
212-746-7200
Administrator: Linda Franklin (212) 746-7162
Medical Director: Johnathan Jacobs M.D.
Sophia Archuleta, MD
Duane Michael Smith, MD
Bruce Wayne Stewart, MD

Center for Special Studies
Bernbaum Unit Cornell
525 East 68th Street – Room F-24
New York, NY 10021
212-746-4180
Administrator: Jenny Lytton (212 )746-4152
Medical Director: Johnathan Jacobs M.D.
Susan Ball, MD
Brian Aloysius Boyle, MD
Samuel Thompson Merrick, MD
Carlos Martin Vaamonde, MD
Anthony O. Ogedegbe, MD

NYU Downtown Medical Associates
170 William Street – 7th Floor
New York, NY 10038
212-238-0102
Administrator: Teresa Lin (212) 312-5260
Medical Director: Christopher Busillo M.D.
Christopher P. Busillo, MD
Cecelia J. Yoon, MD

# New York Presbyterian SelectHealth (866) 469-7774

## BROOKLYN

Director of Managed Care:CHN Jorge Pedroza 646-772-0481
Medical Director: (All CHN & CABS Sites) Yvette Walker M.D.

Dr. Betty Shabazz Health Center
Community Healthcare Network
999 Blake Avenue
Brooklyn, NY  11208
718-277-8303
CABS Health Center
Hafiz A. Maje, MD

Community Healthcare Network
94-98 Manhattan Avenue
Brooklyn, NY  11206
718-388-0390
Jagjit Singh, MD

PATH CENTERS THROUGH Brooklyn Hospital
Administrator: Dan Sendzik (718 ) 940-5934 (All the PATH Center Sites)
Medical Director:  Leonard Berkowitz, M.D.

La Providencia Family Health Center
The Brooklyn Hospital Center
1280 DeKalb Avenue
Brooklyn, NY  11221
718-455-9000
Cindy Leigh Broholm, NP

The Brooklyn Hospital Center – Downtown
Campus
161 Ashland Place – 1st Floor
Brooklyn, NY  11201
718-250-6559
Leonard Bruce Berkowitz, MD
Akos Laszlo Kovacs, MD
Gregory Celestin, PA

The Brooklyn Hospital Center – Caledonian
Campus
100 Parkside Avenue - 5th Floor
Brooklyn, NY  11226
718-940-5930
Leonard Bruce Berkowitz, MD
Akos Laszlo Kovacs, MD
Gregory Celestin, PA

**Pediatric HIV PCP**
The Brooklyn Hospital Center – Downtown
Campus
121 DeKalb Avenue – 5th Floor
Brooklyn, NY  11201
718-940-5911
Yvonne S. Kingon, NP
Mahmoud M. Hassanein, MD

21

# Special Needs Programs - SNPs

## <u>Vidacare</u>

Dr. David John, MD
    Caribbean American Family Center
    3414 Church Avenue
    Brooklyn, NY 11203
    (718) 630-7942
    accepts also pediatrics

Dr. Susan Amenechi-Enahoro, DM
Dr. Michael Fano, MD
    Housing Works ENY
    2640 Pitkin Avenue
    Brooklyn, NY 11208
    (718) 827-8700

Dr. Barbara Zeller, MD
    Project Samaritan Brooklyn
    57 Willoughby Street
    Brooklyn, NY 11201
    (718) 960-4300

Dr. Matthew Gesner, MD
Dr. Ninad Desai, MD
Dr. Edward Handelsman, MD
    Kings County Hospital Center
    451 Clarkson Avenue
    Brooklyn, NY 11203
    (178) 245-3325
    accepts also pediatrics

Dr. Jordan Glaser, MD
    Turning Point/Discipleship Outreach
    5220 4th Avenue
    Brooklyn, NY 11238

    Brooklyn AIDS Task Force
    502 Bergen Street
    Brooklyn, NY 11217

    Richmond Home Needs
    797 Washington Avenue
    Brooklyn, NY 11238

## MetroPlus Health Plan (800) 475 - METRO

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY 11203

22

## V.    PRENATAL CARE ASSISTANCE PROGRAM

St. Mary's staff have been in contact with Linda Thornton and Denise Hernas at the NYSDOH Bureau of Women and Children to discuss the transfer plans for the approximately 50 PCAP patients. Their suggestions have been incorporated into this Addendum.

To ensure the continuity of care for PCAP participants, a transfer tracking and notification tool has been created which will assist staff in contacting participants and making sure they have selected a new provider. This tool will also enable staff to ensure the transfer of the participant's medical record to the new facility.

St. Mary's staff will also confirm in writing to the NYSDOH when transition of all participants has been completed, as well as confirm in writing that all participants at 34 weeks gestation and above have a delivery site chosen and that their medical records have been transferred to that delivery site.

23



Saint Vincent
Catholic Medical
Centers

DRAFT

Date

Dear _(name of client):

I am saddened to inform you that, after more than 100 years of service to the Brooklyn community, St. Mary's Hospital of Brooklyn and its family health centers are closing. Our board of directors made the painful decision to seek approval to close St. Mary's because of huge, continuing financial losses, and changes in the healthcare environment that make it impossible for us to recover. The PCAP program will be closing effective _____.

It is very important for you to select a new provider as soon as possible, to be sure that you have a smooth transition and uninterrupted medical care. We're making it a priority to urge you to take care of this important step, and to help you to do so in any way we can.

Attached is a list of PCAP providers who are located nearby. Our staff will discuss these providers with you and help you choose a new provider and facility to continue to receive your prenatal care. Our staff will make the initial appointment with your new provider for you and will also work with you to make sure your medical records are transferred to the new facility. If you want to receive a copy of your medical records, please speak to our staff or call the medical records department directly at (718) 221-3428.

Don't hesitate to ask any of our physicians or staff members for advice if you need it. If you have any questions about the PCAP choices available to you, you can also call the main number at St. Mary's Hospital, (718) 221-3000. Our operators will know how to direct your call.

All of us here at St. Mary's Hospital of Brooklyn thank you most sincerely for the confidence that you have placed in us as your healthcare provider. Remember, we will do anything we can to help you find a new PCAP provider.

Yours truly,


Gerard Connolly
Executive Director
St. Mary's Hospital of Brooklyn

Enclosures

24

## PCAP SITES

1. **Caledonian Family Health Center**
   100 Parkside Avenue
   Brooklyn, NY 11226
   Tel: (718) 940-5000

2. **Kings County Hospital Center**

   **Medical and Pediatric Walk-In Clinic**
   451 Clarkson Ave
   Brooklyn, NY 11203
   Tel: (718) 245-3325

   **East New York Treatment and Diagnostic Center**
   2094 Pitkin Ave
   Brooklyn, NY 11207

   **Flatbush Ave Health Center**
   630 Flatbush Ave
   Brooklyn, NY 11226

3. **Brookdale University Hospital and Medical Center**

   **Ambulatory Care Center**
   1 Brookdale Plaza
   Brooklyn, NY 11212

   **Brownsville Family Health Care**
   592 Rockaway Ave
   Brooklyn, NY 11212
   Telephone: (718) 345-5000

4. **Wyckoff Heights Medical Center**

   **On Site Outpatient Clinic**
   374 Stockholm Street
   Brooklyn, NY 11237
   Telephone: (718) 963-7672

   **Lyndon B Johnson Health Care**
   276 Nostrand Ave
   Brooklyn, NY 11205
   Telephone: (718) 783-3352

- **PCDC- Primary Care Development Corporation Sites**

   **Caribbean House**
   1167 Nostrand Ave
   Brooklyn, NY 11225
   Telephone: (718) 778-0198

   **Bedford Stuyvesant Family Health Center**
   1413 Fulton Street
   Brooklyn, NY 11216
   Telephone: (718) 636-4500

5. **Dr. Betty Shabazz Health Center**
   999 Blake Avenue
   Brooklyn, NY 11208
   Telephone: (718) 277-8303

| St. Mary's Hospital PCAP Participant Transfer Tracking Tool | | | | |
|---|---|---|---|---|
| Participant Name and Telephone Number | PCAP ID# | Date of Follow up Call (Letter Receival) | Scheduled an Appt with New Provider? | Name of PCAP Program Transferred to& Disposition of Medical Record |
| | | | | |

26

## VI.    SUMMARY OF 9-1-1 RECEIVING HOSPITAL AND AMBULANCE SERVICES

At the suggestion of Edward Wronski, Director, NYSDOH Bureau of Emergency Services, Patrick Wardell, Executive Director of St. Mary's Hospital and Mark Ackermann, Senior Vice President for Government Relations for SVCMC met with FDNY EMS Chief John Peruggia and senior members of his staff on Friday June 24, 2005 to discuss the impact of the proposed closure on the EMS system.

St. Mary's Hospital currently runs 12 ambulance tours in Brooklyn. Chief Peruggia will explore adding tours at Battalion 38 and 44. Battalion 38, adjacent to Kings County Hospital is opening on Saturday June 25th. Chief Peruggia has followed-up with his programming staff to analyze the transportation time to neighboring hospitals. Chief Peruggia had EMS operations initiate this analysis which will be forwarded to NYSDOH when completed. Chief Peruggia and the FDNY will be notified immediately when the DOH approves the closure plan. Kingsbrook HealthCare System has expressed an interest in taking over some or all of the tours currently operated by St. Mary's Hospital and has followed up with FDNY on this matter.

In addition, Marie Diglio, Executive Director of Operations for the Regional Emergency Medical Services Council of New York City (REMSCO), has been notified of the discussions between FDNY EMS and St. Mary's management. A copy of the notification sent to REMSCO is attached.

St. Mary's Hospital will continue as a 9-1-1- EMS receiving hospital until its closure. However, FDNY has indicated that it intends to re-assign the ambulance tours assigned to St. Mary's effective September 1, 2005.

Until such time as the New York State Department of Health and the US Bankruptcy Court have determined the hospital can close, St. Mary's will continue to receive patients and otherwise participate in the 9-1-1 system.

27



# Saint Vincent
# Catholic Medical Centers

www.svcmc.org

The Academic
Medical Center of
New York Medical College
in New York City



Saint Vincent
Catholic Medical Centers
170 West 12 Street
New York, NY 10011
(212) 604-7000

Bayley Seton Hospital

Bishop Mugavero Center
for Geriatric Care

Holy Family Home

Mary Immaculate
Hospital

Msgr. Fitzpatrick
Skilled Nursing Pavilion

St. Elizabeth Ann's Health
Care & Rehabilitation
Center

St. John's Queens
Hospital

St. Joseph's Hospital

St. Mary's Hospital
Brooklyn

St. Vincent's Hospital
Manhattan

St. Vincent's Hospital
Staten Island

St. Vincent's Hospital
Westchester

July 13, 2005

Marie C. Diglio, EMTP
Executive Director Operations
Regional Emergency Medical Services Council of New York City
475 Riverside Drive, Suite 1929
New York, New York  10015

Dear Ms. Diglio:

This letter is to let you know that the Fire Department of New York and Saint
Vincent Catholic Medical Centers have been engaged in discussions regarding the
impact of the proposed closure of St. Mary's Hospital on the EMS system.

I attended a meeting held on June 24, 2005, which also included FDNY EMS Chief
John Peruggia, Patrick Wardell, Executive Director of St. Mary's Hospital and
Mark Ackermann, Senior Vice President for Governmental Relations for SVCMC.
Several possibilities were explored, including the addition of ambulance tours at
Battalion 38 and 44 by FDNY.  An analysis of the transportation time to
neighboring hospitals is also underway by FDNY programming staff.  This analysis
will be shared with the Department of Health staff when complete.

As soon as the closure plan is finalized both organizations will have established a
formal transition plan that ensures timely and consistent emergency services care
for residents of the community.

Sincerely yours,

Richard Westfal, MD
Medical Director for EMS and Disaster Preparedness
Saint Vincent Catholic Medical Centers

28

## VII.    EMERGENCY DEPARTMENT CLOSURE PROCESS

When the closure plan is approved by the New York State Department of Health and a date set for the closure of the Emergency Department the following process will be followed:

- Notify the FDNY and area hospitals that the Emergency Room is closing. Ambulances will be redirected to other emergency rooms.

- Notify all facilities with active transfer agreements that the Emergency Room is closing and their patients should be directed to other facilities for care.

- Notify New York Department of Transportation that the closure plan was approved and all blue hospital signs need to be removed. (A plan to do this will be worked out with Department of Transportation in advance of closure).

- Post signs in English, Spanish and Creole at the Emergency Department entrance and other locations in the hospital and its off-site clinics, informing the public of our plan to close the Emergency Department.   Also send out a press release to local newspapers.

- Remove or cover all signs at the hospital identifying it as an Emergency Receiving Hospital.

- Maintain an ambulance and a skeleton team in the Emergency Department for four weeks following closure to triage patients to other providers.

- When the Emergency Department has been closed place signs in English, Spanish and Creole at the Emergency Department entrance, directing patients to the nearest Emergency Departments.

## VIII.  METHADONE CLINICS AND MICA CONTINUING DAY TREATMENT PROGRAM

Certificates of Need to transfer St. Mary's Methadone Clinics and its MICA Continuing Day Treatment Program from St. Mary's to Mary Immaculate Hospital have been submitted.  The Downstate Regional OASAS Director, Steve Rabinowitz, and the OMH Director of Inspection and Certification, Jim McQuide, are contacting NYSDOH Regional Director Marianne Oros to indicate that they are working with SVCMC on these CONs.  NYSDOH verbally confirmed receipt of the 2 CON applications.  The DOH CON project number is 051199.  The NYSOMH project number for the Day Treatment Program CON is MH-D-1089.  The OASAS project number is still pending.

## IX.   MEDICALLY MANAGED DETOXIFICATION BEDS

In addition to the submission to the NYSDOH of the certificates of need relating to the sponsorship transfer of St. Mary's Methadone Clinics and its MICA Continuing Day Treatment Program to Mary Immaculate Hospital, SVCMC has also submitted a certificate of need requesting the transfer of 19 medically managed detoxification beds. Suitable space has been identified at Mary Immaculate and a staffing plan has been established.   The NYSDOH certificate of need was submitted July 14, 2005.

Transferring these beds from St. Mary's Hospital to Mary Immaculate Hospital would allow these vital services to remain within the SVCMC system.

A certificate of need has also been submitted to the New York State Office of Alcoholism and Substance Abuse Services (OASIS) requesting approval for the detoxification bed transfer. This certificate of need was submitted on July 14, 2005. Verbal approval of the certificate of need from the OASIS Downstate District Director Steve Rabinowitz was obtained by Brian L. Fitzsimmons, Ph.D., Executive Director of Behavioral Health Services for SVCMC.

31

## X.   PATIENT ACCESS: PRE AND POST CLOSURE

Communicating with and providing continuity of care for St. Mary's patients is a priority during the closure process as well as after St. Mary's Hospital closes. SVCMC has obtained the support of neighboring hospitals regarding their capacity to absorb inpatient, outpatient and emergency care, as evidenced in **Exhibit B.**

The pre-closure plan to ensure patients are informed includes sending letters notifying them of the hospital closure. The letters include additional information such as a listing of alternative providers of care located nearby and medical record storage and record transfer options. These letters will be mailed to all individuals who were treated within the last six months. Examples of these letters are provided in the **Addendum.** Patients or clients of specific programs, including PCAP, WIC, Dental and the AIDS Center, will receive letters specifying nearby facilities to ensure continuity of care. A patient tracking matrix will be utilized to verify notification of patients.

Letters informing St. Mary's outpatients of Kingsbrook's assumption of operations at the clinics will be posted and distributed at all ambulatory care facilities and translated into Spanish, Creole and Bengali. Additionally, patients will be notified to refer to the website www.svcmc.org/stmarys for updates regarding the closure.

The post-closure plan includes the continuation of the St. Mary's Hospital Information number (718 221-3000), which will be maintained and staffed by the 24/7 multi-lingual SVCMC Call Center for 12 months after the closure, for patients and members of the community requiring assistance.

32

# EXHIBIT F

Letter From the League of Voluntary Hospitals and
Homes of New York to Local 1199 SEIU and Attached Charts

NY2:\1571544\01\X_M001!.DOC\99980.0025

# League of Voluntary Hospitals and Homes of New York

555 West 57ᵗʰ Street, New York, NY  10019-2925 •  Tel (212) 956-8900 • Fax (212) 956-8355

**Bruce McIver**
President

**Thomas A. Helfrich**
Sr. V/P and Counsel

March 8, 2005

Mr. Dennis Rivera
President
1199 SEIU, New York's Health and Human Services Union
310 West 43ʳᵈ St.
New York, NY 10036

Dear Mr. Rivera

As we have recently discussed, the League of Voluntary Hospitals and Greater New York Hospital Association understand that there may be important workforce ramifications resulting from our joint efforts with you and Local 1199 to achieve substantial industry-wide cost savings from long term reform and restructuring of New York's health care system.

Specifically, we have agreed to work together to support

- o   A bi-partisan commission charged with studying and making restructuring recommendations for the health care system in all regions of New York State, coupled with a
- o   Federal Waiver to provide upfront Federal investment, and
- o   A state budget that contains no Medicaid Cuts or taxes on hospitals or nursing homes and does not contain cuts to public insurance programs that will lead to an increase in the number of uninsured and underinsured New Yorkers.

In our discussions, it was agreed that the League, GNYHA and 1199 will work jointly to see that the impact of the resulting restructuring on hospital and nursing home employees is minimized.

Therefore, in order to minimize the impact on employees of League members resulting from implementation of the recommendations of the bipartisan commission, in the event the joint program outlined above is achieved, the League is committed to developing a program with 1199 that would re-employ 1199 members laid off as a direct result of the recommendations of such a commission within six months of such layoff.

Very truly yours,

/s/

Bruce McIver

BMc:pjm

# St. Mary's Brooklyn

# SUMMARY

*Draft*

05-14945-cgm   Doc 386   Filed 09/19/05   Entered 09/19/05 20:35:12   Main Document
Pg 111 of 117

| ID# | Employer/Participant (excl Nursing Homes) | Members | % Members | % of Closing Participants (CPs 480.62) (429+51.62) by % Members | # of Closing Participants by Groupings based on St. Mary's Current % in that Group | | | | | Total CPs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Prof #CPs | Tech #CPs | Cler #CPs | Maint #CPs | Serv #CPs | |
| | | | | | 5% | 15% | 26% | 4% | 51% | 100% |
| | | | | | 23.2 | 70.2 | 124.8 | 18.0 | 244.4 | 480.6 |
| 3064 | Beth Israel-DOCS | 232 | 0.45% | 2.2 | 0.1 | 0.3 | 0.6 | 0.1 | 1.1 | 2.2 |
| multi | Beth Israel-Kings Highway | 403 | 0.78% | 3.8 | 0.2 | 0.5 | 1.0 | 0.1 | 1.9 | 3.8 |
| 3066 | Beth Israel-Petrie | 2,497 | 4.85% | 23.3 | 1.1 | 3.4 | 7.1 | 0.9 | 10.9 | 23.3 |
| 4138 | Long Island College Hospital | 1,258 | 2.44% | 11.7 | 0.6 | 1.7 | 3.0 | 0.4 | 6.0 | 11.7 |
| 3175 | Roosevelt Hospital | 1,012 | 1.97% | 9.4 | 0.5 | 1.4 | 2.5 | 0.4 | 4.8 | 9.4 |
| 9153 | Saint Luke's Hospital | 1,225 | 2.38% | 11.4 | 0.6 | 1.7 | 3.0 | 0.4 | 5.8 | 11.4 |
| | **Total Continuum** | **6,625** | **12.87%** | **61.9** | **3.0** | **9.0** | **17.1** | **2.3** | **30.5** | **61.9** |
| 5070 | Long Island Jewish | 2,347 | 4.56% | 21.9 | 1.1 | 3.2 | 6.7 | 1.0 | 9.9 | 21.9 |
| multi | North Shore-LIJ-Forest Hills | 421 | 0.82% | 3.9 | 0.2 | 0.6 | 1.0 | 0.1 | 2.0 | 3.9 |
| multi | SIUH - North | 1,945 | 3.78% | 18.2 | 0.9 | 2.7 | 4.7 | 0.7 | 9.2 | 18.2 |
| 4008 | SIUH - South | 546 | 1.06% | 5.1 | 0.2 | 0.7 | 1.3 | 0.2 | 2.6 | 5.1 |
| | **Total North Shore/LIJ** | **5,258** | **10.22%** | **49.1** | **2.4** | **7.2** | **13.7** | **2.0** | **23.8** | **49.1** |
| 1065 | Montefiore Medical Center | 3,955 | 7.69% | 36.9 | 2.0 | 5.4 | 11.1 | 2.0 | 16.5 | 36.9 |
| 1083 | Jack D. Weiler Hospital | 1,170 | 2.27% | 10.9 | 0.5 | 1.6 | 2.8 | 0.4 | 5.6 | 10.9 |
| | **Total Montefiore** | **5,124** | **9.96%** | **47.9** | **2.5** | **7.0** | **13.9** | **2.4** | **22.0** | **47.9** |
| multi | Brooklyn Hospital Center | 1,130 | 2.20% | 10.6 | 0.5 | 1.5 | 2.7 | 0.4 | 5.4 | 10.6 |
| 9109 | New York Presbyterian Hospital | 3,867 | 7.51% | 36.1 | 2.0 | 5.3 | 10.4 | 1.4 | 17.1 | 36.1 |
| | **Total New York Presbyterian** | **4,996** | **9.71%** | **46.7** | **2.6** | **6.8** | **13.1** | **1.7** | **22.4** | **46.7** |
| 4018 | Bayley Seton | 230 | 0.45% | 2.1 | 0.1 | 0.3 | 0.6 | 0.1 | 1.1 | 2.1 |
| 5135 | Catholic Medical Center (PA) | 50 | 0.10% | 0.5 | 0.0 | 0.1 | 0.1 | 0.0 | 0.2 | 0.5 |
| 5195 | Mary Immaculate | 511 | 0.99% | 4.8 | 0.2 | 0.7 | 1.2 | 0.2 | 2.4 | 4.8 |
| 5129 | Saint John's-Queens | 558 | 1.08% | 5.2 | 0.3 | 0.8 | 1.4 | 0.2 | 2.7 | 5.2 |
| 3250 | Saint Vincent's-Manhattan | 1,606 | 3.12% | 15.0 | 0.7 | 2.2 | 3.9 | 0.6 | 7.6 | 15.0 |

As of 8/8/05 · **SUMMARY - Page 1** · ~7677704.xls

05-14945-cgm   Doc 386   Filed 09/19/05   Entered 09/19/05 20:35:12   Main Document   Pg 112 of 117

| ID# | Employer/Participant (excl Nursing Homes) | Members | % Members | % of Closing Participants (CPs) 480.62 (429+51.62) by % Members | Prof #CPs | Tech #CPs | Cler #CPs | Maint #CPs | Serv #CPs | Total CPs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5% | 15% | 26% | 4% | 51% | 100% |
| | | | | | 23.2 | 70.2 | 124.8 | 18.0 | 244.4 | 480.6 |
| 3281 | Saint Vincent's-Midtown/St. Clar | 355 | 0.69% | 3.3 | 0.2 | 0.5 | 0.9 | 0.1 | 1.7 | 3.3 |
| 4035 | Saint Vincent's-Staten Island | 1,020 | 1.98% | 9.5 | 0.5 | 1.4 | 2.5 | 0.4 | 4.8 | 9.5 |
| 8462 | Saint Joseph's* | 10 | 0.02% | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| | Tot St.Vincent's Catholic Med Ctr | 4,340 | 8.43% | 40.5 | 2.0 | 5.9 | 10.5 | 1.5 | 20.6 | 40.5 |
| 4010 | Brookdale | 1,842 | 3.58% | 17.2 | 1.1 | 2.5 | 4.5 | 0.6 | 8.4 | 17.2 |
| multi | Jamaica Hospital | 1,138 | 2.21% | 10.6 | 0.5 | 1.6 | 2.8 | 0.4 | 5.4 | 10.6 |
| 5021 | Flushing Hospital | 706 | 1.37% | 6.6 | 0.3 | 1.0 | 1.7 | 0.2 | 3.4 | 6.6 |
| | Total MEDISYS | 3,685 | 7.16% | 34.4 | 2.0 | 5.0 | 8.9 | 1.3 | 17.2 | 34.4 |
| 2069 | Mount Sinai Medical Ctr *(b)* | 2,392 | 4.65% | 22.3 | | 3.3 | 5.8 | 0.8 | 12.5 | 22.4 |
| multi | Mount Sinai Services-Elmhurst/( | 215 | 0.42% | 2.0 | 0.1 | 0.3 | 0.5 | 0.1 | 1.0 | 2.0 |
| 8451 | Mount Sinai Hospital-Queens | 548 | 1.07% | 5.1 | 0.2 | 0.7 | 1.3 | 0.2 | 2.6 | 5.1 |
| | Total Mount Sinai | 3,155 | 6.13% | 29.5 | 0.3 | 4.3 | 7.6 | 1.1 | 16.1 | 29.5 |
| 2218 | Hospital for Joint Diseases | 476 | 0.93% | 4.4 | 0.2 | 0.6 | 1.2 | 0.2 | 2.3 | 4.4 |
| multi | NYU *(a)* | 2,287 | 4.44% | 21.4 | 1.0 | 3.1 | | | 17.2 | 21.3 |
| | Total NYU Hospitals Ctr | 2,763 | 5.37% | 25.8 | 1.2 | 3.8 | 1.2 | 0.2 | 19.4 | 25.8 |
| 4006 | Maimonides | 2,282 | 4.44% | 21.3 | 1.0 | 3.1 | 6.5 | 0.8 | 9.8 | 21.3 |
| 1002 | Bronx-Lebanon | 1,621 | 3.15% | 15.1 | 1.0 | 2.2 | 3.9 | 0.6 | 7.4 | 15.1 |
| 4013 | Lutheran Medical Center | 1,452 | 2.82% | 13.6 | 0.7 | 2.0 | 3.5 | 0.5 | 6.9 | 13.6 |
| 4002 | New York Methodist Hospital | 1,349 | 2.62% | 12.6 | 0.6 | 1.8 | 3.3 | 0.5 | 6.4 | 12.6 |
| 4044 | Kingsbrook Jewish | 1,299 | 2.52% | 12.1 | 0.6 | 1.8 | 3.1 | 0.5 | 6.2 | 12.1 |
| multi | Our Lady of Mercy | 835 | 1.62% | 7.8 | 0.4 | 1.1 | 2.0 | 0.3 | 4.0 | 7.8 |
| multi | Wyckoff MC | 805 | 1.56% | 7.5 | 0.4 | 1.1 | 2.0 | 0.3 | 3.8 | 7.5 |

As of 8/8/05         ~7677704.xls

# St. Mary's Brooklyn

## SUMMARY

*Draft*

05-14945-cgm   Doc 386   Filed 09/19/05   Entered 09/19/05 20:35:12   Main Document   Pg 113 of 117

| ID# | Employer/Participant (excl Nursing Homes) | Members | % Members | % of Closing Participants (CPs) 480.6 (429+51.62) by % Members | # of Closing Participants by Groupings based on St. Mary's Current % in that Group | | | | | Total CPs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Prof #CPs | Tech #CPs | Cler #CPs | Maint #CPs | Serv #CPs | |
| | | | | | 5% | 15% | 26% | 4% | 51% | 100% |
| | | | | | 23.2 | 70.2 | 124.8 | 18.0 | 244.4 | 480.6 |
| 4091 | Interfaith Medical Center | 789 | 1.53% | 7.4 | 0.4 | 1.1 | 1.9 | 0.3 | 3.7 | 7.4 |
| 1113 | Saint Barnabas Hospital | 753 | 1.46% | 7.0 | 0.3 | 1.0 | 1.8 | 0.3 | 3.6 | 7.0 |
| 1274 | Union Community HC | 32 | 0.06% | 0.3 | 0.0 | 0.0 | 0.1 | 0.0 | 0.2 | 0.3 |
| | Total St. Barnabas | 785 | 1.53% | 7.3 | 0.4 | 1.1 | 1.9 | 0.3 | 3.7 | 7.3 |
| 3266 | Cabrini | 699 | 1.36% | 6.5 | 0.3 | 1.0 | 1.7 | 0.2 | 3.3 | 6.5 |
| 2093 | Lenox Hill Hospital | 663 | 1.29% | 6.2 | 0.3 | 0.9 | 1.6 | 0.2 | 3.1 | 6.2 |
| 5268 | Saint John's-South Shore | 622 | 1.21% | 5.8 | 0.3 | 0.8 | 1.5 | 0.2 | 3.0 | 5.8 |
| 1117 | Prison Health Services | 525 | 1.02% | 4.9 | 0.2 | 0.7 | 1.3 | 0.2 | 2.5 | 4.9 |
| 2028 | North General | 512 | 0.99% | 4.8 | 0.2 | 0.7 | 1.2 | 0.2 | 2.4 | 4.8 |
| 5002 | Peninsula Hospital Center | 492 | 0.96% | 4.6 | 0.2 | 0.7 | 1.2 | 0.2 | 2.3 | 4.6 |
| multi | NY Westchester Square MC | 294 | 0.57% | 2.7 | 0.1 | 0.4 | 0.7 | 0.1 | 1.4 | 2.7 |
| 4027 | New York Community Hosp | 238 | 0.46% | 2.2 | 0.1 | 0.3 | 0.6 | 0.1 | 1.1 | 2.2 |
| 2009 | Manhattan Eye & Ear | 126 | 0.25% | 1.2 | 0.1 | 0.2 | 0.3 | 0.0 | 0.6 | 1.2 |
| 7003 | New York Medical College | 124 | 0.24% | 1.2 | 0.1 | 0.2 | 0.3 | 0.0 | 0.6 | 1.2 |
| | Totals | 51,459 | 100% | 480.6 | 23.2 | 70.2 | 124.7 | 18.0 | 244.4 | 480.6 |

(a)   NYU: Original allocation of 5.5 Clerical FTEs & 0.8 Maintenance FTEs deleted as NYU does not have 1199 barg units in these two job categories;   these 6.3 FTEs were reallocated to NYU's Service category.   The following ripple changes were made to accommodate this switch:
- Beth Israel-Petrie:  decreased Service allocation by 1.0;  increased Clerical allocation by 1.0.
- Long Island Jewish:  decreased Service allocation by 1.0;  increased Clerical allocation by 1.0.

As of 8/8/05

**SUMMARY - Page 3**

~7677704.xls

05-14945-cgm    Doc 386    Filed 09/19/05    Entered 09/19/05 20:35:12    Main Document
Pg 114 of 117

# St. Mary's Brooklyn

# SUMMARY

*Draft*

| ID# | Employer/Participant (excl Nursing Homes) | Mem-bers | % Mem-bers | % of Closing Participants (CPs) 480.62 (429+51.62) by % Members | # of Closing Participants by Groupings based on St. Mary's Current % in that Group | | | | | Total CPs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Prof #CPs | Tech #CPs | Cler #CPs | Maint #CPs | Serv #CPs | |
| | | | | | 5% | 15% | 26% | 4% | 51% | *100%* |
| | | | | | 23.2 | 70.2 | 124.8 | 18.0 | 244.4 | 480.6 |

- Montefiore:  decreased Service allocation by 1.5;  increased Clerical allocation by 1.5.
- NY Presbyterian:  decreased Service allocation by 1.0;  increased Clerical allocation by 1.0.
- Maimonides:  decreased Service allocation by 1.0;  increased Clerical allocation by 1.0.
- Montefiore:  decreased Service allocation by 0.6;  increased Maintenance allocation by 0.6.
- Long Island Jewish:  decreased Service allocation by 0.2;  increased Maintenance allocation by 0.2.

(b)    Mount Sinai Medical Center:  Original allocation of 1.1 Professional FTEs deleted as Mt. Sinai does not have 119 units in this job category;   these 1.1 FTEs were reallocated to Mt. Sinai's Service category.   The following ripple changes were made to accommodate this switch:

- Montefiore:  decreased Service allocation by 0.2;  increased Professional allocation by 0.2
- NY Presbyterian:  decreased Service allocation by 0.3;  increased Professional allocation by 0.3.
- Bronx Lebanon:  decreased Service allocation by 0.3;  increased Professional allocation by 0.3
- Brookdale:  decreased Service allocation by 0.3;  increased Professional allocation by 0.3.

As of 8/8/05    **SUMMARY - Page 4**    ~7677704.xls

# EXHIBIT G

Local 1199 SEIU Member Newsletter

NY2:\1571544\01\X_M001!.DOC\99980.0025

**1199 SEIU**  310 West 43rd Street
New York, NY 10036

Prsrt. First Class
U.S. Postage
**PAID**
Permit No, 9580
New York, NY

# Bankruptcy Update

The most recent SVCMC bankruptcy hearing was held on Sept. 7th, with most of the four-hour session focused on the closure of St. Mary's. The court heard SVCMC's arguments supporting the closure, including that the Department of Health had given approval to close the hospital on September 20th because of the mounting debt and sustained operating losses. SVCMC reviewed its many efforts to find a suitable hospital system to take over St. Mary's.

Next, the creditors' committee spoke to support the closure, citing St. Mary's $400,000 weekly losses and, in turn, the mounting costs of further delays. They noted if the closure were delayed by more than 2 weeks, SVCMC would have to send out new 60-day WARN Act notices to employees. The committee also told the Judge of the deadline by which St. Mary's workers must participate in the placement program or give up their job guarantee.

A number of people spoke against the closure, and a group calling itself Brooklyn Safety Net requested that the Judge require SVCMC to keep the hospital open while it tries to raise money and get a loan from a bank. The group reported to the Judge that it has been signing up St. Mary's employees to give back 2% of their wages for 5 years and asking St. Mary's doctors to contribute $2 million. It also asked the court to stop the placement of St. Mary's employees in jobs throughout SVCMC and League institutions until December 31st while it attempts to raise enough money to run the hospital.

Throughout the hearing, Judge Beatty repeated two themes: the hospital must close because it is losing too much money; and SVCMC needs to do a better job of communicating and working with its staff, the community, and the court.

The Judge did not rule on SVCMC's motion to close St. Mary's, but set a date for another hearing next week. In the meantime, SVCMC and the creditors' committee will meet with the Brooklyn Safety Net group to find out more about their plans.

After the St. Mary's portion of the hearing, the court authorized SVCMC's loans from Commerce Bank and HFG, but did not approve the Cherry Creek lease or the SSI contract. The hearing on the sale of Parsons Manor and the medical staff's objection to it was postponed. Bankruptcy court hearings are open to the public. The court is located at 1 Bowling Green (4 or 5 train) in the Museum of the American Indian and the hearings start at 2:30 p.m.

## St. Mary's Could Be Just First on the Block as SVCMC Restructures

Word is out that SVCMC is exploring the sale and/or closure of other network facilities in order to restructure and prepare its plan for emerging from bankruptcy. With no time to lose, 1199 leadership continues to make introductions, proposals, and whatever else it will take to keep these hospitals open and members employed. Our match-making efforts thus far have St. John's Queens talking with North Shore/LIJ, Mary Immaculate talking with Wyckoff, and St. Vincent's Staten Island talking with Maimonides. 1199 Delegates will soon be organizing a Save Our Hospital Committee within each SVCMC hospital. Watch for announcements at your workplace and get involved!

## 2% Solution Undermines 1199 SVCMC Members

Some St. Mary's members have signed-on to an effort to save the Hospital, which includes agreeing to reduce salaries by 2% for five (5) years. We believe this not only unfairly undermines all SVCMC 1199 Members, it fails to produce a viable long-term solution.

At the outset of the bankruptcy, 1199 Delegates from all SVCMC institutions met and decided that 1199's position would be that we would tolerate no reductions in any contractual terms and conditions. This was forcefully communicated to SVCMC's CEO.

On their own, and without consultation with 1199 or any Delegates at any other SVCMC institutions, some members at St. Mary's have publicly called for wage reductions! Not only is their action undemocratic, but it undermines 1199's position that its members will not agree to any give backs.

Moreover, it isn't even a viable solution. The 2% reduction will raise only $3 million over five years, when the group's consultant acknowledges in open court that St. Mary's needs many millions of dollars more than that just to keep going for one year.

---

# St. Mary's Facing Closure!
## Union Secures Jobs for St. Mary's Members

The gavel has fallen. At the request of St. Vincent's Catholic Medical Center, the New York State Department of Health (DOH) approved closure of St. Mary's and ordered surrender of its operating certificate as of September 20, 2005.

But because 1199 has negotiated an historic Closing Agreement with the League of Voluntary Hospitals (League), St. Mary's bargaining unit members will have jobs when the institution closes. It's important to remember that the Job Security Fund (JSF) provision in the League Agreement does not apply when members are laid-off due to the closing of an institution, and there is no law which mandates the re-hiring of laid-off employees. This means that without the new Closing Agreement, members would be in the same shoes as the doctors and other non-union employees who will have to fend for themselves in finding new work.

However, it is important that the Members understand the terms of the Closing Agreement so that they don't lose their placement rights.

The Closing Agreement guarantees all St. Mary's 1199 bargaining unit members – other than RNs – placement in jobs similar to the ones they work at St. Mary's within six months of September 23, 2005 (when placement at new jobs will start).

St. Mary's unit members will be placed in similar unit positions (that is, technical to technical, clerical to clerical, etc.) at other League institutions. Placements will be administered by the professionals on the JSF staff. Full-time employees will be placed in full-time jobs. To the fullest extent possible, placements will be to institutions within one-hour public transportation from St. Mary's. At the new institutions, former St. Mary's employees can be paid no less than the minimums for their new jobs and they will continue with all 1199 benefits – health, pension, education, and child care, but their seniority will start new at the institutions.

In the event that St. Mary's were to remain open, or reopen, beyond September 23rd, the Closing Agreement provides for recall rights of members back to St. Mary's.

Based on the bankruptcy court proceedings, we do not anticipate that the Judge will permit St. Mary's to operate beyond September 20th (remember if it does, Members have recall rights). It is extremely important that members begin immediately to accept placements. The League hospitals have warehoused over 400 jobs in anticipation of the September 20th closing. The hospitals can only hold those jobs open for a limited period of time before they are required to fill them to meet their operational needs. If those jobs aren't given to St. Mary's members, it may take many months before enough new jobs come on line. During that time, members will only have unemployment insurance, and health coverage continuation is guaranteed only for three months. So, it is vital that we fill the jobs NOW!

For RNs, 1199 was not able to negotiate the six month guarantee (because we only represent RNs at 10 of the 55 League hospitals). However, we did get an agreement that RN openings from all 55 League hospitals – whether 1199, NYSNA or non-union – would be sent to the JSF for St. Mary's RN placements. The JSF believes that there are sufficient openings to meet RN placement needs.

**To access the job placement guarantee, MEMBERS MUST REGISTER FOR PARTICIPATION IN THE CLOSING AGREEMENT BY SEPTEMBER 23, 2005. MEMBERS WHO FAIL TO REGISTER BY THAT DATE WILL LOSE THEIR RIGHT TO A JOB.**

05-14945-cgm   Doc 386   Filed 09/19/05   Entered 09/19/05 20:35:12   Main Document   Pg 116 of 117

05-14945-cgm   Doc 386   Filed 09/19/05   Entered 09/19/05 20:35:12   Main Document   Pg 117 of 117

# St. Mary's Closure: A Chronology

# It's Not for Lack of Trying

## Economic Realities Defeat Union/Community Efforts to Keep Hospital Open

# 1199

SEIU efforts to save St. Mary's started well before June 2005 when SVCMC announced its intention to close the hospital. Despite the many efforts of 1199 leaders, delegates and members over the past two years, as well as those of elected officials and community leaders, management's inability to raise funding or instill confidence in its ability to manage the crisis is likely to bring the end to St. Mary's.

In January 2004, the writing was on the wall that New York hospitals faced a financial crisis that only promised to get worse with time. To get ahead of the curve, 1199 SEIU teamed up with the Greater New York Hospital Association and started lobbying Albany to secure a $1 billion, four-year capital program to help with health care facility modernization and consolidation. St. Mary's was among the hospitals that stood to benefit from this HEAL NY legislation.

At the same time, the Union's Education, Training and Job Security Fund (ETJSP) worked with St. Mary's management to initiate labor-management projects aimed at helping the hospital cut costs. In all, about 20 projects resulted in millions saved in Billing, ED, Radiology, Medical Records and other departments. While cost-savings brought expenses down, St. Mary's occupancy remained at only 50% — keeping St. Mary's bottom line in the red.

While the Union was working in good faith to find solutions, SVCMC secretly hired McDermott Will & Emory back in July 2004 to prepare for possible bankruptcy.

By year-end, St. Mary's future was still in question, prompting 1199 to try to pair the hospital with a suitable partner.

### FOR THE RECORD:
A chronology of 1199 SEIU efforts to keep St. Mary's open.

### All Hospitals Now at Risk
Meanwhile, in January 2005, the Governor announced his budget which included $1 billion in cuts to health care providers — putting not only St. Mary's, but all facilities, at risk. The State's budget also included a Commission on Health Care Facilities in the 21st Century, which quickly became known as the hospital "Closing Commission." The Governor asked the Commission to report to him by January 2007 with recommendations on how to best reduce hospital capacity — that is, where and how to downsize, consolidate or close hospitals. With rising

When Kingsbrook emerged as the best fit, 1199 coordinated efforts in Albany between Kingsbrook, SVCMC and St. Mary's to try to secure Department of Health funding to facilitate a Kingsbrook takeover. Kingsbrook's analysis was that the finances were so dire that a takeover wasn't feasible without a $40 million multiyear bailout package from the State.



health care costs on the public radar, the media quickly bought into the need for the Commission and the closing of hospitals.

With these developments, the fight to keep St. Mary's afloat expanded to a fight for all 1199 hospitals.

• 1199 SEIU and GNYHA announced a Health Care Education Project campaign opposing the cuts.
 • The Union immediately launched negotiations with the League to prepare for the Commission's fall out and create a structure to protect workers' jobs over the long-term.
 • Union leaders, delegates and members lobbied State Senators and Assemblymembers to secure their opposition the Governor's health care cuts.
 • We organized rallies throughout the state to urge the Governor not to veto the Legislature's restorations of health care funding.
 By April, our efforts achieved some success: the state budget passed with no cuts to health care. Plus, the Legislature and Governor extended the Health Care Reform Act through June 2007.

### Statewide Success but Setbacks for SVCMC
Unfortunately, on the SVCMC/St. Mary's front things took a turn for the worse. In April, auditors found that SVCMC had mis-stated its finances by $60 million, just one symptom of its persistent mismanagement of finances. This discovery wiped out any progress that had been made toward achieving Department of Health financing for SVCMC/St. Mary's and/or a Kingsbrook takeover.

Given the bleak financial status of the network, the Department of Health turned down SVCMC's request for tens of millions of State aid (much of which was slated to cover St. Mary's annual operating losses and capital needs), and the Dormitory Authority of New York State

(DASNY) followed suit two weeks later, refusing SVCMC's request for $15 million. With state financial assistance off the block, Kingsbrook withdrew its letter of intent to purchase St. Mary's.

Despite the setbacks, we didn't stop trying. Throughout May and June, we intensively lobbied the Governor and legislators, DOH and DASNY, as well as worked with GNYHA to try to secure alternative funding from commercial lenders for SVCMC.

### SVCMC Announces St. Mary's Closure
On June 5th SVCMC announced its intention to close St. Mary's Brooklyn, and 1199 leaders, delegates and members immediately stepped up the campaign to save the hospital.

 • We reached out to all elected officials, the Governor, and the Department of Health requesting state intervention and support to keep the hospital open.
 • We planned rallies, marches, and vigils.
 • We launched petition drives to the

### DOH.
 • We coordinated a letter-writing campaign to Bishop DiMarzio.
 • We mobilized members throughout the SVCMC network through Delegate meetings, daily leafleting at shift-changes, Labor/Management project conferences, Town Hall meetings, and sticker wearing.

 On June 22nd, we held a Candlelight Vigil, along with doctors, hospital staff, and community leaders.

 Two days later, (June 24) 1199 members held a rally outside of Bishop DiMarzio's office, followed by another the next day at the Church of God and Christ. On June 29th, informational picketing took place to further engage and inform the community of St. Mary's plight.

### SVCMC Files for Bankruptcy
On July 5th, SVCMC announced it would file for bankruptcy protection, putting the future of the entire system, not just St.

Mary's, into question. The Union's immediate response was to let SVCMC know that bankruptcy or not, 1199 would not tolerate any changes in members' wages or benefits. With the campaign now network wide, the fight to keep hospitals open and members working intensified. We stepped up negotiations with the League to protect jobs. A Community March, Rally and Speakout took place on July 14. The Union asked each network institution to elect two representatives to form a Delegates' Bankruptcy Committee, charged with meeting regularly throughout the process and keeping members informed on the Court's progress and decisions.

 Throughout August, 1199 leadership continued to work with GNYHA, the League, and DOH to secure money to enable League hospitals to hire displaced St. Mary's workers. In addition, we kept working with Kingsbrook to get the state assistance needed to take over the St. Mary's clinics. In addition, we kept working with Kingsbrook and were successful in getting several million dollars worth of State aid needed for Kingsbrook to be willing to assume operating authority for St. Mary's clinics.

### 1199 Secures Jobs for St. Mary's Workers.
On August 12th, the Union and League reached a key agreement on the process for rehiring all displaced St. Mary's workers (as well as future workers displaced by the Closing Commission). St. Mary's members were instructed to begin working with the JSF to ensure timely placement in event of closure.

### Department of Health Orders St. Mary's Closure
On August 31st, the New York State Department of Health sent a letter to SVCMC approving the closure of St. Mary's and ordering the surrender of the hospital's operating certificate on or before September 20th.