**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT VINCENT
CATHOLIC MEDICAL CENTERS, *et al.,*

Debtors.

Chapter 11
Case No. 05-14945 (PCB)

(Jointly Administered)

**ORDER PURSUANT TO SECTIONS 363, 365, AND 105(a) OF THE
BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO CLOSE ST.
MARY'S HOSPITAL IN BROOKLYN, NEW YORK PURSUANT TO THE
DIRECTIVES OF THE NEW YORK STATE DEPARTMENT
OF HEALTH AND OTHER APPLICABLE GOVERNMENT AGENCIES AND
REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon the motion (the "Motion")[1] of Saint Vincents Catholic Medical

Centers of New York d/b/a Saint Vincent Catholic Medical Centers, CMC Physician

Services, P.C., CMC Radiological Services P.C., CMC Cardiology Services P.C., CMC

Occupational Health Services P.C., Medical Service of St. Vincent's Hospital and

Medical Center, P.C., and Surgical Service of St. Vincent's, P.C., as debtors and debtors

in possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned

case commenced pursuant to chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code"), for entry of an order pursuant to sections 363, 365, and 105(a) of

the Bankruptcy Code authorizing the Debtors to close St. Mary's Hospital in Brooklyn,

New York pursuant to the directives of the New York State Department of Health and

other applicable government agencies, and to reject certain executory contracts and

unexpired leases; the Court having reviewed the Motion and having heard the statements

---

[1]  All capitalized terms used herein but not defined shall have the meaning ascribed to
them in the Motion.

of counsel in support of the relief requested therein at a hearing before the Court on

September 7, 2005 and the continued hearing on September 20, 2005 (collectively, the

"Hearing"), and any opposition thereto; and the Court having found and concluded that

(i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a

core proceeding, (iii) notice of the Motion was sufficient under the circumstances, and

(iv) the legal and factual bases set forth in the Motion and at the Hearing establish just

cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1.      The Motion shall be, and hereby is, GRANTED.

2.      The Debtors, their officers, employees, agents, and professionals, are

hereby authorized to take or refrain from taking such acts as are necessary and

appropriate to implement and effectuate the closing of St. Mary's Hospital in a manner

not inconsistent with the directives of (1) a New York State Department of Health

approved closure plan assumption, and (2) such other directives of governmental entities

as are necessary to comply with applicable laws.

3.      Any rejection or assumption of executory contracts or unexpired leases

with respect to this Motion shall be subject to separate application.

A:\SAINT VINCENTS CATHOLIC MED_ CTR__#1571556.DOC

4.      The requirement pursuant to rule 9013-1(b) of the Local Bankruptcy Rules

for the Southern District of New York that the Debtors file a memorandum of law in

support of the Motion is hereby waived.

Dated: New York, New York
            September 20,  2005


                                                /s/ Prudence Carter Beatty

                                                UNITED STATES BANKRUPTCY JUDGE