In the United States Bankruptcy Court for
The Southern District of New York

Ulysses Kilgore, III
Maurice A. Reid
Presidents/CEOs for
The Bedford Stuyvesant Family Health Center, Inc.
                    and
Brownsville Multi Service Family Health Center,
          Respectively

----------------------------------------------------------------X

In re:                                          Chapter 11

Saint Vincents Catholic Medical Centers          Case No. 05-14945
of New York d/b/a Saint Vincent Catholic
Medical Centers,

              Debtor.

---------------------------------------------------------------X


We, Messrs. Kilgore and Reid, seek to express our opposition to the debtor's motion for closure of St. Mary's Hospital at 170 Buffalo Avenue, Brooklyn, NY, due to their inadequate assessment of community impact of such an action.

# Preliminary Statement

## Overview

The Brownsville Community Development Corp., sponsor of the Brownsville Multi Service Family Health Center, Inc. (BMS), and the Bedford Stuyvesant Family Health Center, Inc. (BSFHC), have had a close and mutually nurturing relationship with St. Mary's Hospital for almost two decades. The hospital provided back-up inpatient services and many of our physician providers were credentialed by the hospital so that they were able to follow our patients who were referred there. Most of our newborn deliveries took place at St. Mary's. The Hospital also offered continuing education opportunities for our clinical staff. Together we worked to assure a seamless health safety net for the thousands of Central Brooklyn (includes the communities of Bedford Stuyvesant, Crown Heights, Prospect Heights and Brownsville) patients we served. The hospital has been an anchor and its scheduled closure, so suddenly announced and without proper planning, is sure to leave an enormous void with possible cataclysmic consequences.

It is our understanding that the New York State Department of Health is about to approve a closure proposal that would eliminate all inpatient service at the current St. Mary's Hospital site. To avert some of the terrible consequences of the closure of the hospital, BMS and BSFHC propose to develop a Birthing Center at the present hospital site and to work with other interested parties to maintain and expand the urgent care center and the ambulatory care center at the site. Also, we propose the establishment of a community based Board of Directors to oversee the new operation.

We have obtained expressions of strong interest in funding assistance for the Birthing Center. Discussions are ongoing with elected officials, community representatives and staff representatives with an emphasis on the development of a Birthing Center as one of the key components of a restructured inpatient service. The concept has been embraced by them. However, the Birthing Center will require an up-front investment. Nevertheless, it is clear that the front end investment in a Birthing Center will pale in comparison with the cost consequences of not addressing the "delivery" issue.

## Analysis

Over the past two years, both St. Mary's Hospital and Interfaith Hospital have closed their obstetrics and gynecology departments. With these services no longer available and accessible to our delivery physicians, an increasing number of prenatal patients are failing to get care early in their pregnancy. As a result, the gains that had been made in reducing the infant mortality rate and number of low birthweight babies have been obliterated. The most recent statistics provided by the New York City Department of Health and Mental Hygiene show that 36% of prenatal patients in Central Brooklyn received late or no prenatal compared to 30% for New York City. Also, low birthweight babies were 12% compared to 8% for the City and infant mortality was 11.4% compared to 6.2% citywide.

By all key health status indicators, Central Brooklyn lags far behind the rest of NYC. This includes general health, maternal and child health, infectious diseases (including heart disease, AIDS, diabetes and lung diseases), prevention (including cancer and immunizations) and access to medical care.

We are aware that the St. Mary's closure plan acknowledges contact between Kingsbrook Healthcare System and other Brooklyn hospitals which have indicated their ability to accommodate those affected persons requiring hospitalization. However, it appears that neither the distance from the St. Mary's community nor the fact that public transportation does not allow for reasonable access to those other hospitals was a consideration. As an example, a minimum of three public buses with in-between transfers would be required to reach the closest hospital for most inpatient services.

While it is appreciated that Kingsbrook seeks to "preserve outpatient and urgent healthcare services in the St. Mary's community," the matter of venue for newborn deliveries is not addressed. With a growing immigrant population (1 of every 3 residents) and an increase in late or no prenatal care events, one can realize the potential for a health calamity.

BMS and BSFHC are both Federally Qualified Health Centers (FQHC). We are also part of a network of FQHCs, the Brooklyn-Queens Community Health Care Network, which includes two other Brooklyn community health centers. As such, our primary care physicians, including Obstetricians, are provided malpractice coverage under the Federal Tort Claims Act (FTCA). Given the need and our unique resource, we propose that a Birthing Center be included as an essential component of the closure plan.

We've learned that some hospitals are finding the cost of malpractice insurance prohibitive, particularly, for Obstetricians and have dropped OB from their array of services or are contemplating such action. Under our plan, the delivering physicians (employed by BMS and BSFHC) would have FTCA coverage thus obviating the need for the delivering entity to bear the cost of seemingly ever increasing malpractice premiums. The Birthing Center's appeal would also serve as an effective but economical means for addressing the issue of where deliveries will take place. Moreover, accessibility, availability and convenience would be assured. There are existing successful models from which to draw.

## Conclusion

In conjunction with the Birthing Center, BMS and BSFHC would work closely with Kingsbrook, St. Vincent Catholic Medical Center, the Community Advisory Council, elected public officials, staff and other interested parties to ensure a successful collaborative effort. The health centers would also seek referral agreements with Kingsbrook to replace the previous agreements with the hospital and to enhance the agreements with the inclusion of referrals to Kingsbrook for rehabilitative services.

BMS and BSFHC each enjoy a reputation for high quality and compassionate care. We have been serving the Central Brooklyn community for over a quarter of a century and we have knowledgeable and dedicated clinical and support staffs. There is also proven strong

management acumen and experience forging strong and productive collaborations with other community based organizations, government agencies and academic institutions. Both organizations can bring high energy, experience and refreshing light to the new "vision" for St. Mary's.

Respectfully Submitted,

Ulysses Kilgore, III
1413 Fulton Street
Brooklyn, NY 11216

Maurice A. Reid
592 Rockaway Avenue
Brooklyn, NY 11212