Hearing Date and Time: September 7, 2005 at 3:00 p.m.

McDERMOTT WILL & EMERY LLP
William P. Smith (WS-3210)
David D. Cleary (DC-9166)
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*and*

McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05 – 19545 (PCB)<br><br>(Jointly Administered) |

**DEBTORS' OMNIBUS RESPONSE TO OBJECTIONS TO DEBTORS'
MOTION FOR ENTRY OF AN ORDER PURSUANT TO
SECTIONS 363, 365, AND 105(a) OF THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO CLOSE ST. MARY'S
HOSPITAL IN BROOKLYN, NEW YORK PURSUANT TO THE
DIRECTIVES OF THE NEW YORK STATE DEPARTMENT
OF HEALTH AND OTHER APPLICABLE GOVERNMENT AGENCIES AND
REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**TO THE HONORABLE PRUDENCE C. BEATTY:**

Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent

Catholic Medical Centers ("SVCMC"), CMC Physician Services, P.C., CMC Radiological

NYK 983397-3.074256.0010

hospitals. For the reasons set forth in the Motion and herein, the Debtors respectfully submit that the decision to close St. Mary's Hospital is amply justified and absolutely necessary to strengthen the remaining hospitals in the SVCMC system. Moreover, they expressly represent that the decision to close St. Mary's Hospital was reached absolutely independently and without consideration of the financial condition or results of operations at St. John's Hospital or Mary Immaculate Hospital.

23.     SVCMC has publicly stated that is exploring all options with respect to St. John's Hospital and Mary Immaculate Hospital, including the transfer to one or more other healthcare sponsors, but SVCMC emphasizes that no decisions have been made with respect to either facility.

### Response of Harriet McCloud

24.     Ms. McCloud does not object to the Debtors' request for authority to close St. Mary's Hospital. Ms. McCloud's response is a reservation of rights with respect to the state court litigation against DOH, which, as Ms. McCloud acknowledges in her response, this Court has ruled falls within the scope of the automatic stay. The Debtors do not oppose Ms. McCloud's reservation of rights and submit that such reservation should not impact this Court's ruling on the Motion.

### CONCLUSION

25.     Having made the difficult decision that it could no longer afford to operate the hospital, the Debtors have taken diligent and conscientious steps they believe to be in the best interest of St. Mary's Hospital patients, the St. Mary's Hospital community and consistent with their fiduciary duties to creditors in these cases. The Debtors submit that the need to immediately stop the losses at St. Mary's Hospital is clear based on the submissions to this Court and that such losses threaten many more medical facilities in the SVCMC healthcare system.

- 11 -

NYK 983397-3.074256.0010

2- Mrs. Katrina Mccloud who is heavly in debt to SVCMC for her mothers treatments arrived in court with her mother.

I personally saw her consult with two lawyers in the hallway before returning to Judge Beatty courtroom and verbally dare the court in an abusive manner to close St. Marys Hospital.
who were those lawyers?
where are they (The Lawyers firm)
Was Mrs. Katrina Mccloud told to act that way in court?

3) The court was not priviledge to vital information.

4) SVCMC closure plan is not logical

5) 1200 Employees leaving an already poor community will kill it economically

6 St. Marys. Hospital new closing date is Sept 30th 2005. SVCMC have stopped EMS Services.

Saint Marys Hospital is seeking a motion of Reconsideration do to the many issues below.

We believe Dr. Belman O. Neal accepted a bribe.

As stated by Judge Prudence Carter Beatty, Dr. ONeal met numerous times with SVCMC. These meetings was unknown to other members of Brooklyn Saftey Net (BSN) or to its creditors that participated in the two percent program.

The creditors in the 2% program paid for the lawyer and Consultant Dr. Hyde obtained by Dr. ONeal.

Neither Dr. Hyde or Dr. O Neal appeared in court Sept. 19th 2005 to represent Saint Marys Hospital off the creditors that paid his fee.

Did SVCMC bribe Dr ONeal by giving him a raise and possion in SVCMC Mary Immaculate Hospital.?

1. When did Dr. ONeal accept the possion?

2. How much is his raise?

3. What happen to Mr. Hyde — The lawyer consultant the employees paid for.

7) Tracey Boyland, Boyland JR + Sr.
stated on July 14th 2005 they collected
Millions of Dollars to save St Marys Hospital
what happen to that money?

Tracey Boyland