**EXHIBIT A**

**NOTICE OF NON-VOTING STATUS**

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Deryck A. Palmer, Esq. (DP 6351)
John J. Rapisardi, Esq. (JR 7781)
Andrew M. Troop, Esq. (AT 0750) *(pro hac vice)*
Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
In re:                                                       :
                                                             :     Chapter 11
SAINT VINCENTS CATHOLIC MEDICAL                              :     Case No. 05-14945 (ASH)
CENTERS OF NEW YORK d/b/a SAINT VINCENT                      :
CATHOLIC MEDICAL CENTERS, *et al.*,                          :     (Jointly Administered)
                                                             :
                              Debtors.                       :
                                                             :
------------------------------------------------------------ x

## NOTICE OF NON-VOTING STATUS TO UNIMPAIRED CLASSES[1]

            PLEASE TAKE NOTICE THAT by order, dated June 5, 2007 (the
"Disclosure Statement Order") the United States Bankruptcy Court for the Southern
District of New York approved the Debtors' Disclosure Statement pursuant to Section
1125 of the Bankruptcy Code for the First Amended Chapter 11 Plan of Reorganization
for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic
Medical Centers, and Chapter 11 Plans of Liquidation for Medical Service of St.
Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C.,

---

[1] Unimpaired Classes include the following: Class 1 (Priority Non-Tax Claims against
SVCMC), Class 2-1 (Other Secured Claims against SVCMC), Class 2-3 (Commerce
Secured Claim), Class 2-4 (RCG Secured Claim), Class 2-5(a) (Sun Life Westchester
Secured Claim), Class 2-5(b) (Sun Life Manhattan Secured Claim), Class 7 (PBGC
Claim), Class 9 (DASNY Subordinated Claim), Class A1 (Priority Non-Tax Claims
against MS-SVH), Class A2 (Other Secured Claims against MS-SVH), Class B1 (Priority
Non-Tax Claims against SSSV), Class B2 (Other Secured Claims Against SSSV), Class
C1 (Priority Non-Tax Claims against CMC-CS), Class C2 (Other Secured Claims against
CMC-CS), Class D1 (Priority Non-Tax Claims against CMC-PS), Class D2 (Other
Secured Claims against CMC-PS), Class E1 (Priority Non-Tax Claims against CMC-RS),
and Class E2 (Other Secured Claims against CMC-RS).

CMC Cardiology Services P.C., CMC Physician Services P.C., and CMC Radiological Services P.C., dated June 1, 2007 (as it may be amended, the "Disclosure Statement") filed by Saint Vincents Catholic Medical Centers of New York d/b/a/ Saint Vincent Catholic Medical Centers and its affiliated debtors (the "Debtors"). The Disclosure Statement Order also authorizes the Debtors to solicit votes to accept or reject the Debtors' proposed plan of reorganization and liquidation, dated June 1, 2007 (as it may be amended, the "Plan"), a copy of which is annexed as Exhibit 1 to the Disclosure Statement.

UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST OR INTEREST(S) IN THE DEBTORS IS/ARE NOT IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(f) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (i) DEEMED TO HAVE ACCEPTED THE PLAN AND (ii) NOT ENTITLED TO VOTE ON THE PLAN.  IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR INTEREST(S), OR YOU WANT TO REQUEST A COPY OF THE PLAN AND DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE DEBTORS' VOTING AGENT, BANKRUPTCY SERVICES, LLC AT 1-888-498-7764. COPIES OF THE PLAN, PLAN SUPPLEMENT, AND DISCLOSURE STATEMENT CAN BE ACCESSED ON BANKRUPTCY SERVICES, LLC'S WEBSITE AT: WWW.BSILLC.COM.

Dated:    June 8, 2007
          New York, New York

                          CADWALADER, WICKERSHAM &
                          TAFT LLP
                          One World Financial Center
                          New York, New York  10281
                          Telephone:  (212) 504-6000
                          Facsimile:  (212) 504-6666
                          Deryck A. Palmer, Esq. (DP 6351)
                          John J. Rapisardi, Esq. (JR 7781)
                          Andrew M. Troop, Esq. (AT 0750) *(pro hac vice)*
                          Attorneys for the Debtors and
                          Debtors in Possession

**EXHIBIT B**

**CONFIRMATION HEARING NOTICE**

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Deryck A. Palmer, Esq. (DP 6351)
John J. Rapisardi, Esq. (JR 7781)
Andrew M. Troop, Esq. (AMT 0750) (pro hac vice)

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

In re:                                                :

                                                      :          Chapter 11
SAINT VINCENTS CATHOLIC MEDICAL       :          Case No. 05-14945 (ASH)
CENTERS OF NEW YORK d/b/a SAINT VINCENT :
CATHOLIC MEDICAL CENTERS, *et al.*,        :          (Jointly Administered)

                                                      :
           Debtors.                         :
-------------------------------------------------------------- x

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II)
ESTABLISHMENT OF RECORD DATE; (III) DEADLINE FOR OBJECTIONS
TO CONFIRMATION OF THE PLAN; (IV) DEADLINE FOR VOTING ON THE
PLAN; AND (V) HEARING ON CONFIRMATION OF THE PLAN**

PLEASE TAKE NOTICE that:

       1.    ***Approval of Disclosure Statement.***  On June 5, 2007 the United
States Bankruptcy Court for the Southern District of New York entered an order (the
"Disclosure Statement Order") approving the Disclosure Statement pursuant to section
1125 of the Bankruptcy Code for the First Amended Chapter 11 Plan for Reorganization
of Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic
Medical Centers, and Chapter 11 Plans of Liquidation for Medical Service of St.
Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C.,
CMC Cardiology Services P.C., CMC Physician Services P.C., and CMC Radiological
Services P.C., dated June 1, 2007 (as it may be amended, the "Disclosure Statement")
filed by Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent
Catholic Medical Centers and its affiliated debtors (the "Debtors").  The Order also
authorizes the Debtors to solicit votes to accept or reject the Debtors' proposed plan of
reorganization and liquidation, dated June 1, 2007 (as it may be amended, the "Plan"), a
copy of which is annexed as Exhibit 1 to the Disclosure Statement.  Any capitalized

terms used herein and not otherwise defined shall have the meaning ascribed to them in
the Plan.

2.    ***Confirmation Hearing.***  A hearing (the "<u>Confirmation Hearing</u>")
to consider the confirmation of the Plan will be held at 9:30 a.m. (New York City Time)
on July 27, 2007, before the Honorable Adlai S. Hardin, Jr., United States Bankruptcy
Judge, in White Plains, New York, at the United States Bankruptcy Court for the
Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-
4140.  The Confirmation Hearing may be adjourned or continued from time to time
without further notice other than the announcement of the adjourned date(s) at the
Confirmation Hearing or any continued hearing.  The Plan may be modified, if necessary,
prior to, during, or as a result of the Confirmation Hearing.

3.    ***Record Date.***  The Record Date has been established as June 5,
2007, the date on which the Disclosure Statement Order was entered.

4.    ***Voting Deadline.***  All votes to accept or reject the Plan must be
actually received by the Debtors' voting and tabulation agent, Bankruptcy Services, LLC
("<u>BSI</u>"), by no later than 4:00 P.M. (New York City Time) on July 18, 2007 (the "<u>Voting
Deadline</u>").  Any failure to follow the voting instructions included with your Ballot may
disqualify your Ballot and your vote.

5.    ***Parties in Interest Not Entitled to Vote.***  The following creditors
and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims or
interests; (ii) holders of claims or interests who will receive no distribution under the
Plan; and (iii) holders of claims that are the subject of filed objections.  If you have
timely filed a proof of claim, or filed a proof of claim deemed timely filed by order of the
Court, and disagree with the Debtors' objection to your claim and believe that you are
entitled to vote on the Plan, then you must serve on the parties identified in paragraph
6(e) below and file with the Court (with a copy to chambers) a motion (a "<u>Rule 3018(a)
Motion</u>") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy
Procedure (the "<u>Bankruptcy Rules</u>") temporarily allowing such claim in a different
amount for purposes of voting to accept or reject the Plan.  All Rule 3018(a) Motions
must be filed on or before the date that is at least three (3) business days prior to the
Voting Deadline.  In accordance with Bankruptcy Rule 3018, as to any creditor filing a
Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be
otherwise ordered by the Court.  Creditors may contact BSI at 1-888-498-7764 to receive
an appropriate Ballot for any claim for which a proof of claim has been timely filed or
deemed timely filed by order of the Court and a Rule 3018(a) Motion has been granted if
they have not already received a Ballot.  Rule 3018(a) Motions that are not timely filed or
deemed timely filed by order of the Court and served in the manner set forth above shall
not be considered.

6.    ***Objections to Confirmation.***  Objections, if any, to confirmation of
the Plan must:

(a)    be in writing;

(b)    state the name and address of the objecting party and the nature of the claim or interest of such party;

(c)    state with particularity the basis and nature of any objection or proposed modification to the Plan;

(d)    be filed with the Court, together with proof of service; and

(e)    be served in accordance with General Order M-242 upon (i) Cadwalader Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Attn: Deryck A. Palmer, Esq. and Andrew M. Troop, Esq.), the attorneys for the Debtors, (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor, New York, New York 10004 (Attn: Tracy H. Davis, Esq.), (iii) Alston & Bird LLP, 90 Park Avenue, New York, New York, 10016 (Attn: Martin G. Bunin, Esq. and Craig E. Freeman, Esq.), the attorneys for the official committee of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee"), and (iv) Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036 (Attn: Richard S. Kanowitz, Esq.), the attorneys for the official committee of tort claimants appointed in these chapter 11 cases (the "Tort Committee"), **so as to be actually received no later than July 20, 2007 at 4:00 p.m. (New York City Time). IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE HEARING.**

· 7.    ***Additional Information***.  Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should telephone the Debtors' voting agent, BSI at 1-888-498-7764, or may view such documents by accessing the Court's website: http://www.nysb.uscourts.gov.  A PACER password and login are needed to access documents on the Court's website.  A PACER password can be obtained at http://www.pacer.psc.uscourts.gov.  Copies of the Plan, Plan Supplement, and Disclosure Statement can also be accessed on BSI's website at: http://www.bsillc.com.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments**

relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan.  In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan.  See Plan § 11.6.

The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.

DATED:  June 8, 2007
        New York, New York

                    CADWALADER, WICKERSHAM &
                    TAFT LLP
                    One World Financial Center
                    New York, New York  10281
                    Telephone:  (212) 504-6000
                    Facsimile:  (212) 504-6666
                    Deryck A. Palmer, Esq. (DP 6351)
                    John J. Rapisardi, Esq. (JR 7781)
                    Andrew M. Troop, Esq. (AT 0750) *(pro hac vice)*
                    Attorneys for the Debtors and
                    Debtors in Possession

**EXHIBIT C**

**BALLOT FOR CLASS 2-2**

**(Aptium Secured Claim)**

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

*In re*                                             Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL            Case No.                          **CLASS 2-2**
CENTERS OF NEW YORK d/b/a SAINT                                            **APTIUM**
VINCENT CATHOLIC MEDICAL CENTERS,          05-14945 (ASH)                 **SECURED CLAIM**
*et al.,*                                           (Jointly Administered)

                            Debtors.

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, holder of the Aptium Secured Claim, votes (check one box only):

❏   to **ACCEPT** the Plan                    ❏   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:                              Street Address:_____

_____                      _____
            (Print or Type)                              City, State, and Zip Code

By:_____
     (Signature of Claimant or Authorized Agent)    Telephone Number:  (_____) _____

Print Name of                                  _____
Signatory:_____                    Social Security or Federal Tax I.D. No.

Title:_____                     Date Completed:_____
            (If Appropriate)

## Class 2-2: Aptium Secured Claim

**PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT**

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases, from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

## Class 2-2: Aptium Secured Claim

**EXHIBIT D**

**BALLOT FOR CLASS 3**


**(General Unsecured Claims Against SVCMC)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED. |

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

## CLASS 3
### GENERAL UNSECURED CLAIMS AGAINST SVCMC

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a General Unsecured Claim against Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers ("SVCMC"), votes (check one box only):

❑   to **ACCEPT** the Plan                    ❑   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:

_____
(Print or Type)

By:_____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____

Title:_____
(If Appropriate)

Street Address:_____

_____
City, State, and Zip Code

Telephone Number:  (_____) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed:_____

## Class 3: General Unsecured Claims Against SVCMC

**PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT**

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

# Class 3: General Unsecured Claims Against SVCMC

**EXHIBIT E**

**BALLOT FOR CLASS 4**


**(MedMal-BQ Claims)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re* | Chapter 11 | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Case No.

05-14945 (ASH)
(Jointly Administered)

**CLASS 4**
**MEDMAL-BQ CLAIMS**

Debtors.

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a MedMal-BQ Claim, votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: **$1.00**

Name of Claimant: _____

_____
(Print or Type)

By:_____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____

Title:_____
(If Appropriate)

Street Address:_____

_____
City, State, and Zip Code

Telephone Number: (_____) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed:_____

# Class 4: MedMal-BQ Claims

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services, LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007 the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, your claim has been temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div style="text-align:center">

**PLEASE CALL BANKRUPTCY SERVICES, LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class 4: MedMal-BQ Claims

**EXHIBIT F**

**BALLOT FOR CLASS 5**


**(MedMal-MW Claims)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

> **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.**

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

**CLASS 5**
**MEDMAL-MW CLAIMS**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a MedMal-MW Claim, votes (check one box only):

❑     to **ACCEPT** the Plan                    ❑     to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: **$1.00**

Name of Claimant:                              Street Address:_____

_____             _____
(Print or Type)                                   City, State, and Zip Code

By:_____
(Signature of Claimant or Authorized Agent)     Telephone Number: (_____) _____

Print Name of
Signatory:_____             _____
                                                 Social Security or Federal Tax I.D. No.

Title:_____             Date Completed:_____
(If Appropriate)

## Class 5: MedMal-MW Claims

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, your claim has been temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES, LLC AT
(888) 497-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class 5: MedMal-MW Claims

**EXHIBIT G**

## BALLOT FOR CLASS 6

**(MedMal-SI Claims)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

*In re*

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS,
*et al.*,

                    Debtors.

</td><td>

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

</td></tr>
</table>

> **IF THIS BALLOT IS NOT RECEIVED BY
> BANKRUPTCY SERVICES, LLC BY 4:00 P.M.
> (NEW YORK CITY TIME) ON JULY 18, 2007
> YOUR VOTE WILL NOT BE COUNTED.**

## CLASS 6
### MEDMAL-SI CLAIMS

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a MedMal-SI Claim, votes (check one box only):

❑    to **ACCEPT** the Plan              ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: **$1.00**

Name of Claimant:                             Street Address:_____

_____
            (Print or Type)                            _____
                                            City, State, and Zip Code

By:_____
     (Signature of Claimant or Authorized Agent)      Telephone Number:  (____) _____

Print Name of
Signatory:_____         _____
                                      Social Security or Federal Tax I.D. No.

Title:_____      Date Completed:_____
          (If Appropriate)

## Class 6: MedMal-SI Claims

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, your claim has been temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

### PLEASE CALL BANKRUPTCY SERVICES, LLC AT
### (888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
### THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN

# Class 6: MedMal-SI Claims

EXHIBIT H

**BALLOT FOR CLASS 8**

**(Intercompany Claims)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

*In re*                                                    Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL          Case No.                        **CLASS 8**
CENTERS OF NEW YORK d/b/a SAINT                                           **INTERCOMPANY**
VINCENT CATHOLIC MEDICAL CENTERS,        05-14945 (ASH)                   **CLAIMS**
*et al.*,                                (Jointly Administered)
                            Debtors.

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an Intercompany Claim, votes (check one box only):

❑   to **ACCEPT** the Plan                    ❑   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:                              Street Address:_____

_____              _____
            (Print or Type)                          City, State, and Zip Code

By:_____
      (Signature of Claimant or Authorized Agent)    Telephone Number:  (_____) _____

Print Name of
Signatory:_____              _____
                                                    Social Security or Federal Tax I.D. No.

Title:_____              Date Completed:_____
            (If Appropriate)

# Class 8: Intercompany Claims

**PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT**

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

**PLEASE CALL BANKRUPTCY SERVICES, LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

# Class 8: Intercompany Claims

# EXHIBIT I

## BALLOT FOR CLASS A3

### (General Unsecured Claims against MS-SVH)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED. |

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH) (Jointly Administered)

**CLASS A3**
**GENERAL UNSECURED CLAIMS AGAINST MS-SVH**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a General Unsecured Claim against the Medical Service of St. Vincent's Hospital and Medical Center, P.C., votes (check one box only):

❑   to **ACCEPT** the Plan                ❑   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:

_____
(Print or Type)

By:_____
   (Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____

Title:_____
        (If Appropriate)

Street Address:_____

_____
City, State, and Zip Code

Telephone Number:  (____) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed:_____

## Class A3: General Unsecured Claims Against MS-SVH

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation of Medical Service for St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

### PLEASE CALL BANKRUPTCY SERVICES LLC AT (888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN

# Class A3: General Unsecured Claims Against MS-SVH

**EXHIBIT J**

## BALLOT FOR CLASS A4

**(Equity Interests in MS-SVH)**

USActive 8907282.3

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re* | Chapter 11 | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

*In re*

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS,
*et al.*,

                                    Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

## CLASS A4

### EQUITY INTEREST IN MS-SVH

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an equity interest in the Medical Service of St. Vincent's Hospital and Medical Center, P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: ____

Name of Claimant:                                            Street Address:_____

_____            _____
            (Print or Type)                                            City, State, and Zip Code

By:_____
     (Signature of Claimant or Authorized Agent)         Telephone Number:  (____) _____

Print Name of
Signatory:_____            _____
                                                                Social Security or Federal Tax I.D. No.

Title:_____            Date Completed:_____
            (If Appropriate)

## Class A4: Equity Interest in MS-SVH

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class A4: Equity Interest in MS-SVH

# EXHIBIT K

## BALLOT FOR CLASS B3

### (General Unsecured Claims against SSSV)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

**CLASS B3**
**GENERAL
UNSECURED CLAIMS
AGAINST SSSV**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a general unsecured claim against the Surgical Service of St. Vincent's, P.C., votes (check one box only):

❑   to **ACCEPT** the Plan                    ❑   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: ____

Name of Claimant:

_____
(Print or Type)

By:_____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____

Title:_____
(If Appropriate)

Street Address:_____

_____
City, State, and Zip Code

Telephone Number: (____) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed:_____

# Class B3: General Unsecured Claims Against SSSV

**PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT**

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class B3: General Unsecured Claims Against SSSV

## EXHIBIT L

## BALLOT FOR CLASS B4

## (Equity Interest in SSSV)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

<div style="border:1px solid black">

**IF THIS BALLOT IS NOT RECEIVED BY
BANKRUPTCY SERVICES, LLC BY 4:00 P.M.
(NEW YORK CITY TIME) ON JULY 18, 2007
YOUR VOTE WILL NOT BE COUNTED.**

</div>

*In re*

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS,
*et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

## CLASS B4
**EQUITY
INTEREST IN
SSSV**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an equity interest in the Surgical Service of St. Vincent's, P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: ____

Name of Claimant:                                            Street Address:_____

_____                    _____
            (Print or Type)                                         City, State, and Zip Code

By:_____
    (Signature of Claimant or Authorized Agent)        Telephone Number:  (____) _____

Print Name of
Signatory:_____                    _____
                                                            Social Security or Federal Tax I.D. No.

Title:_____                    Date Completed:_____
        (If Appropriate)

## Class B4: Equity Interest in SSSV

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

<div align="center">

## Class B4: Equity Interest in SSSV

</div>

**EXHIBIT M**

## BALLOT FOR CLASS C3

**(General Unsecured Claims against CMC-CS)**

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

**IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.**

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

## CLASS C3
### GENERAL UNSECURED CLAIMS AGAINST CMC-CS

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a general unsecured claim against CMC Cardiology Services, P.C., votes (check one box only):

❑   to **ACCEPT** the Plan                    ❑   to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:

_____
(Print or Type)

By:_____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____

Title:_____
(If Appropriate)

Street Address:_____

_____
City, State, and Zip Code

Telephone Number:  (_____) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed:_____

## Class C3:  General Unsecured Claims Against CMC-CS

## PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

• "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

• "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT**
**(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT**
**THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class C3:  General Unsecured Claims Against CMC-CS

# EXHIBIT N

## BALLOT FOR CLASS C4

## (Equity Interest in CMC-CS)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** | |

*In re*                                                            ⎞  Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL    ⎟  Case No.
CENTERS OF NEW YORK d/b/a SAINT          ⎬
VINCENT CATHOLIC MEDICAL                      ⎟  05-14945 (ASH)
CENTERS, *et al.*,                                              ⎟  (Jointly Administered)
                              Debtors.       ⎠

## CLASS C4
### EQUITY INTEREST IN CMC-CS

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an equity interest in CMC Cardiology Services, P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:                                    Street Address:_____

_____            _____
            (Print or Type)                                        City, State, and Zip Code

By:_____
      (Signature of Claimant or Authorized Agent)        Telephone Number:  (____) _____

Print Name of
Signatory:_____            _____
                                                                      Social Security or Federal Tax I.D. No.

Title:_____            Date Completed:_____
            (If Appropriate)

## Class C4:  Equity Interest In CMC-CS

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot.  Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.  If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below).  The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan.  In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan.  See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class.  In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).*  **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007.  If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT**
**(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT**
**THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

<div align="center">

# Class C4:  Equity Interest In CMC-CS

</div>

## EXHIBIT O

## BALLOT FOR CLASS D3

### (General Unsecured Claims against CMC-PS)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

> **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.**

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

## CLASS D3
### GENERAL UNSECURED CLAIMS AGAINST CMC-PS

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a general unsecured claim against CMC Physician Services, P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant: _____

_____
(Print or Type)

By: _____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory: _____

Title: _____
(If Appropriate)

Street Address: _____

_____
City, State, and Zip Code

Telephone Number:  ( ____ ) _____

_____
Social Security or Federal Tax I.D. No.

Date Completed: _____

# Class D3:  General Unsecured Claims Against CMC-PS

**PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT**

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

**By signing this Ballot, you make the following certifications:**

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class D3:  General Unsecured Claims Against CMC-PS

# EXHIBIT P

## BALLOT FOR CLASS D4

### (Equity Interest in CMC-PS)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td></td><td></td></tr>
</table>

| | |
|---|---|
| *In re* | Chapter 11 |
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*, <br> Debtors. | Case No. <br><br> 05-14945 (ASH) <br> (Jointly Administered) |

> **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.**

## CLASS D4
### EQUITY INTEREST IN CMC-PS

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an equity interest in CMC Physician Services, P.C., votes (check one box only):

❑  to **ACCEPT** the Plan                    ❑  to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: ____

Name of Claimant: _____           Street Address:_____

_____               _____
(Print or Type)                               City, State, and Zip Code

By:_____               Telephone Number: (____) _____
(Signature of Claimant or Authorized Agent)

Print Name of
Signatory:_____             _____
                                              Social Security or Federal Tax I.D. No.

Title:_____             Date Completed:_____
(If Appropriate)

## Class D4:  Equity Interest In CMC-PS

### PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.*

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class D4:  Equity Interest In CMC-PS

# EXHIBIT Q

## BALLOT FOR CLASS E3

**(General Unsecured Claims against CMC-RS)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** | |

*In re*                                              Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL              Case No.
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS,            05-14945 (ASH)
*et al.*,                                            (Jointly Administered)
                               Debtors.

**CLASS E3**
**GENERAL**
**UNSECURED CLAIMS**
**AGAINST CMC-RS**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of a general unsecured claim against CMC Radiological Services P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: _____

Name of Claimant:                              Street Address:_____

_____          _____
        (Print or Type)                              City, State, and Zip Code

By:_____
    (Signature of Claimant or Authorized Agent)   Telephone Number:  (____) _____

Print Name of
Signatory:_____          _____
                                                 Social Security or Federal Tax I.D. No.

Title:_____          Date Completed:_____
          (If Appropriate)

## Class E3:  General Unsecured Claims Against CMC-RS

## PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

<div align="center">

**PLEASE CALL BANKRUPTCY SERVICES LLC AT
(888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN**

</div>

# Class E3:  General Unsecured Claims Against CMC-RS

**EXHIBIT R**

**BALLOT FOR CLASS E4**

**(Equity Interest in CMC-RS)**

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re* | Chapter 11 | **IF THIS BALLOT IS NOT RECEIVED BY BANKRUPTCY SERVICES, LLC BY 4:00 P.M. (NEW YORK CITY TIME) ON JULY 18, 2007 YOUR VOTE WILL NOT BE COUNTED.** |

*In re*

SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,

Debtors.

Chapter 11

Case No.

05-14945 (ASH)
(Jointly Administered)

**CLASS E4**
**EQUITY INTEREST IN CMC-RS**

BALLOT FOR ACCEPTING OR REJECTING SVCMC'S PLAN OF REORGANIZATION DATED JUNE 1, 2007
**PLEASE READ BOTH SIDES OF THIS BALLOT BEFORE COMPLETING THIS BALLOT.**

The undersigned, a holder of an equity interest in CMC Radiological Services P.C., votes (check one box only):

❑    to **ACCEPT** the Plan                    ❑    to **REJECT** the Plan

By signing this Ballot, the undersigned makes the certifications set forth on the reverse side of this Ballot.

Amount of Your Claim for Voting Purposes Only: ____

Name of Claimant:                                        Street Address:_____

_____                    _____
(Print or Type)                                             City, State, and Zip Code

By:_____
(Signature of Claimant or Authorized Agent)         Telephone Number:  (____) _____

Print Name of
Signatory:_____                    _____
                                                        Social Security or Federal Tax I.D. No.

Title:_____                    Date Completed:_____
(If Appropriate)


## Class E4:   Equity Interest In CMC-RS

## PLEASE READ THE FOLLOWING BEFORE COMPLETING YOUR BALLOT

Please complete, sign and date this Ballot. Return this Ballot (by first-class mail in the return envelope provided with this Ballot) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, FDR Station, P.O. Box 5014, New York, New York 10150-5014, or (by overnight courier or personal delivery) to Bankruptcy Services LLC, Attn: Saint Vincents Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017. If your Ballot is not RECEIVED by 4:00 p.m. (New York City Time) on July 18, 2007, it will not be counted.

On June 5, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") signed an order (the "Disclosure Statement Order"), which (among other things) establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan (as defined below). The Disclosure Statement Order is annexed as Exhibit 2 to the disclosure statement for the First Amended Chapter 11 Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, and First Amended Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services, P.C., CMC Physician Services, P.C., and CMC Radiological Services P.C. (collectively, the "Plan"), dated June 1, 2007, which accompanies this Ballot.

Please note that, pursuant to the Disclosure Statement Order, if your claim is contingent, unliquidated or disputed, or is subject to a pending request for estimation, it will be temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

**The Plan contains an injunction which prevents, among other things, any holder of any claim or equity interest or any other party in interest in the Debtors' chapter 11 cases from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, enforcing judgments relating to such claims or interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan or the Debtors' reorganization on and after the effective date under the Plan. In addition, except as provided in the Plan, the Debtors will not have any liability for any claim against or equity interest in the Debtors that arose prior to the effective date under the Plan. See Plan § 11.6.**

**The Plan contains various releases and injunctions in favor of, among others and with certain limited exceptions, certain current or former agents, representatives, directors, officers, members, sponsors, managers, attorneys, accountants, financial advisors, and other professionals retained by the Debtors, the Debtors' postpetition lender, and the official committees appointed in these chapter 11 cases but specifically excluding Litigation Parties as defined in the Plan.**

By signing this Ballot, you make the following certifications:

- "I have been provided with a copy of the Disclosure Statement and the exhibits thereto."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed on this Ballot."

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).* **To have your vote count you must complete and return this Ballot by 4:00 p.m. (New York City Time) on July 18, 2007. If your Ballot does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and rejection of the Plan, you will be deemed to have voted to accept the Plan.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or an admission by the Debtors of the validity of a claim.

### PLEASE CALL BANKRUPTCY SERVICES LLC AT
### (888) 498-7764 IF YOU HAVE ANY QUESTIONS ABOUT
### THIS BALLOT, THE VOTING PROCEDURES OR THE PLAN

# Class E4:   Equity Interest In CMC-RS

## EXHIBIT S

## CREDITORS' COMMITTEE SUPPORT LETTER

[Alston & Bird LLP Letterhead]

[Date]

To Unsecured Creditors of Saint Vincents Catholic
Medical Centers of New York d/b/a Saint Vincent Catholic
Medical Centers, *et al.*:

On July 5, 2005 (the "Petition Date"), Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, *et al.* (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. On July 18, 2005, the United States Trustee appointed the Official Committee of Unsecured Creditors to serve in the Debtors' Chapter 11 cases (the "Creditors' Committee").

The Creditors' Committee writes this letter to advise you that the Creditors' Committee supports the enclosed First Amended Plan of Reorganization for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers and Chapter 11 Plans of Liquidation for Medical Service of St. Vincent's Hospital and Medical Center, P.C., Surgical Service of St. Vincent's, P.C., CMC Cardiology Services P.C., CMC Physicians Services P.C. and CMC Radiological Services P.C. (collectively, the "Plan"), and to recommend that you vote affirmatively to accept the Plan. The Creditors' Committee has been actively involved in the Debtors' Chapter 11 cases on behalf of unsecured creditors. In this regard, the Creditors' Committee has consulted with its counsel, Alston & Bird LLP, and its financial advisor, Houlihan Lokey Howard & Zukin Capital, Inc. Simultaneously with this letter you are receiving a copy of the Debtors' Disclosure Statement with respect to the Plan (the "Disclosure Statement"), the Plan and a ballot for voting on the Plan.

The Creditors' Committee believes that acceptance of the Plan is in the best interests of the unsecured creditors and believes that the Plan represents the best recovery available under the circumstances to the holders of unsecured claims. The Creditors' Committee recommends that each general unsecured creditor vote to accept the Plan.

The Plan and Disclosure Statement are legal documents setting forth in detail the interests and rights of various classes of creditors and interest holders under the Plan. The Creditors' Committee asks that you carefully read the Plan and the Disclosure Statement before voting on the Plan. Neither the Creditors' Committee nor its counsel and financial advisor make any representations or warranties with respect to or certify in any way the accuracy of the Disclosure Statement or any other documents. The Creditors' Committee has, however, relied upon statements contained in the Plan and the Disclosure Statement in reaching its conclusions. **ONCE YOU HAVE READ THESE DOCUMENTS, THE CREDITORS' COMMITTEE URGES YOU TO VOTE TO ACCPET THE PLAN BY COMPLETING, SIGNING AND RETURNING THE ENCLOSED BALLOT IN ACCORDANCE WITH THE INSTRUCTIONS.** It is important that the enclosed ballot be signed and returned so as to be received by ___ p.m. Eastern Time on July ___, 2007. Your vote is important.

Should you have any questions with respect to the foregoing recommendation by the Creditors' Committee, please do not hesitate to contact us.

Martin G. Bunin
Craig E. Freeman
Alston & Bird LLP
Counsel for the Official Committee of Unsecured Creditors of Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, *et al.*

2

**EXHIBIT T**

**TORT COMMITTEE SUPPORT LETTER**

## STATUTORY COMMITTEE OF TORT CLAIMANTS

## SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK
## D/B/A/ SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*, DEBTORS[1]

Chapter 11 Case No. 05-14945 (ASH) (Jointly Administered)

TO:          HOLDERS OF MEDMAL CLAIMS

The Statutory Committee of Tort Claimants appointed in the Debtors' chapter 11 cases (the "Tort Claimants' Committee") writes to advise you of the Tort Claimants' Committee's support for the Debtors' First Amended Plan, which was filed by the Debtors on June 1, 2007, and is enclosed.  Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the First Amended Plan.

---

**THE TORT CLAIMANTS' COMMITTEE UNANIMOUSLY RECOMMENDS THAT YOU AS A HOLDER OF CLAIM IN CLASS 4 (MEDMAL-BQ CLAIMS), CLASS 5 (MEDMAL-MW CLAIMS) OR CLASS 6 (MEDMAL-SI CLAIMS) VOTE TO ACCEPT THE FIRST AMENDED PLAN.**

**PLEASE NOTE THAT FOR YOUR VOTE TO COUNT YOU MUST SUBMIT A COMPLETED BALLOT SO AS TO BE RECEIVED BY THE DEBTORS' VOTING AGENT ON OR BEFORE JULY 18, 2007, AT 4:00 P.M. (NEW YORK TIME), IN ACCORDANCE WITH THE INSTRUCTIONS ON THE BALLOT.**

---

The First Amended Plan is the product of extensive negotiations which included the Tort Claimants' Committee and reflects the consensual resolution of all issues relating to the reorganization between the Debtors and the Tort Claimants' Committee.  We believe the global resolution embodied in the First Amended Plan will maximize recoveries for the holders of Allowed MedMal Claims and will reduce the expenses and protracted disputes otherwise associated with seeking recovery on account of MedMal Claims.  The First Amended Plan contemplates the payment in full of all timely filed MedMal Claims for which SVCMC is liable, as well as the accrual of interest on any MedMal Claim if it cannot be paid in full within 30 days of when it becomes an Allowed MedMal Claim.  The First Amended Plan further provides that Reorganized SVCMC will fund an aggregate of approximately $173 million in cash into three

---

[1] The debtors and debtors in possession (collectively, the "Debtors") consist of the following entities: Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, CMC Physician Services, P.C., CMC Radiological Services P.C., CMC Cardiology Services P.C., Medical Service of St. Vincent's Hospital and Medical Center, P.C., and Surgical Service of St. Vincent's, P.C.

separate trusts[2] to cover its estimated liability for MedMal Claims, as well as to cover the costs associated with liquidating the MedMal Claims in an amount of up to $3 million annually (to the extent those costs are not otherwise covered by third-party insurance).[3]

If you have any questions concerning the procedures for voting on the First Amended Plan, please contact the Debtors' voting agent, Bankruptcy Services, LLC at 1-888-498-7764. For any other information, please contact us as attorneys for the Tort Claimants' Committee:

**COOLEY GODWARD KRONISH LLP**

Attorneys for the Tort Claimants' Committee
1114 Avenue of the Americas
46th Floor
New York, New York 10036
(212) 479-6000
Attn: Richard S. Kanowitz, Esq.

---

[2] The three trusts correspond to the three regions in which SVCMC operated prior to the commencement of its chapter 11 case: Manhattan/Westchester, Brooklyn/Queens and Staten Island.

[3] The foregoing description summarizes only certain aspects of the First Amended Plan and does not constitute any part of, and is not intended as a substitute for, the disclosure statement related to the First Amended Plan, approved by the Court by Order dated June 5, 2007 (the "Disclosure Statement"). Creditors should read the First Amended Plan and the accompanying Disclosure Statement in their entirety before voting on the First Amended Plan. Specifically, information regarding the treatment of MedMal Claims under the First Amended Plan is set forth in Sections 1.93 – 1.131 and 4.8 – 4.10 of the First Amended Plan, and Sections I.A., I.D, III.L. and IV.A.9 of the Disclosure Statement.